

**Process Serving Division**
1500 Walnut Street
Suite 1050
Philadelphia, PA 19102
(215) 790-0800
Fax (215) 790-1576



Philadelphia
Association of
Professional
Process Servers

## AFFIDAVIT OF SERVICE

| PLAINTIFF(S) | COURT TERM & NO. | US District Court for the Eastern District of PA |
|---|---|---|
| Right Track Management, Inc. and Yasin Fans | 17-3353 | |
| DEFENDANT(S) Renee Tartaglione | DATE RECEIVED | SERVE BY |
| SERVE AT 111 West Cumberland Street Philadelphia, Pennsylvania 19133 | ☑ Civil Action Complaint ☐ Subpoena ☑ Summons ☐ Notice of Real Estate Sale ☐ Writ of ☐ Other | |
| | COMPANY CONTROL NUMBER 17-10015 | |

**SPECIAL INSTRUCTIONS**

Served and made known to **Dewayne Skinner**,
on the **18** day of **November**, 20**17**, at **2:45** o'clock, **P** M.,
at **111 West Cumberland Street**, County of **Philadelphia**
Commonwealth of Pennsylvania, in the manner described below:
- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
- ☐ Adult in charge of Defendant's residence who refused to give name or relationship.
- ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant's office or usual place of business.
- ☐ _____ an officer of said Defendant company.
- ☑ Other **Painting contractor for Residence**

| DESCRIPTION | AGE 35 | HEIGHT 5'9" | WEIGHT 170lb | RACE AA | SEX M | OTHER |
|---|---|---|---|---|---|---|

On the _____ day of _____, 20 _____, at _____ o'clock, _____ M.,
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other _____

**NAME OF SERVER**
Timothy Maclop — being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sworn to & subscribed before me this **18** day of **Nov**, 20**17**

Joe Gill
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joseph F. Gill, Notary Public
City of Philadelphia, Philadelphia County
My commission expires March 23, 2019

Sheriff _____ Process Server / Competent Adult **Timothy Maclop**

**DEPUTIZED SERVICE**
Now, this _____ day of _____, 20 _____, I do hereby deputize the Sheriff of _____ County.
to serve this ☐ Summons ☐ Complaint ☐ Other _____ and make return thereof and according to Law.
By (Competent Adult) _____ County Sheriff's Check $ _____

Law Firm **Schafkopf Law, LLC**
Attorney's Name **Yanna Panagopoulos** For _____
Address **11 Bala Avenue**
**Bala Cynwyd, Pennsylvania 19004**
Telephone # **610-664-5200** Identification # _____

ATTEST _____
PRO PROTHY

DATE

©1990 Philadelphia Assoc. of Professional Process Servers Rev 1