WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiffs**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-238-1334
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RIGHT TRACK MANAGEMENT INC., et al** : :<br>: :<br>: :<br>Plaintiffs, :<br>v. :<br>:<br>**JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., et al** :<br>:<br>Defendants. : | No. 2:17-cv-03353-AB<br><br>CIVIL ACTION<br><br>JURY OF TWELVE (12) JURORS DEMANDED. |

## PLAINTIFF'S AFFIDAVIT

### I.  INTRODUCTION

I, Yanna Panagopoulos, Esquire of full age, under penalty of perjury/false statements, declare:

1. I am an attorney associate acting under the supervision of Gary Schafkopf, Esquire in the above matter. I have personal knowledge of the facts stated herein.

### II.  BACKGROUND

2. Defendant, Juniata Community Mental Health Clinic, Inc ("JCMHC") was a nonprofit corporation that operated as a mental health clinic in the Commonwealth of Pennsylvania and was located at 2637-45 N.5th St. Philadelphia, PA 19133

3. Defendant, Norris Hancock, LLC is a limited liability corporation registered to conduct business in the Commonwealth of Pennsylvania at and owner of the property located at

2637-45 N. 5th Street Philadelphia, PA 19133.

4. Norris Hancock, LLC and JCMHC were formed by Defendant, Renee Tartaglione.

5. Given Defendant, Renee Tartaglione's extensive criminal background Tartaglione was not authorized to operate JCMHC.

6. Defendants, Leonard Brown, Michael Wright, Carlos Matos and Maria Matos acted as authorized agents for JCMHC and Norris Hancock, LLC.

## III. SERVICE

7. On July 26, 2017 Plaintiffs filed a Civil Action Complaint against the Defendants in the Eastern District of Pennsylvania.

8. Plaintiff's hired B&R Services to serve the Summons, Notice, and Civil Action Complaint upon all listed Defendants at the 2637-45 N. 5th Street Philadelphia, PA 19133 address.

9. On or about August 18, 2017, B&R Services (e.g. Process Server) attempted service upon all listed Defendants.

10. B&R Services was unable to serve the Summons, Notice, and Complaint as the given address was vacant and pad locked. **Exhibit A**

11. Plaintiff's hired Gill and Associates (e.g., Private Investigator) Inc to attempt to locate the individually named Defendants.

12. On or about October 4, 2017 Plaintiff's were advised that Gill could not locate Leonard Brown due to the commonality of Defendants' name and last known address being that of the corporation. **Exhibit B**

13. On or about October 15, 2017 Gill sent a follow up correspondence advising they were still unable to locate a servable address Brown. **See Exhibit B**

14. On or about October 5, 2017, Plaintiffs' were advised that Gill could not locate Wright due

to the commonality of Defendants name and last known address being that of the corporation. **Exhibit C**

15. On or about November 15, 2017, Plaintiffs' were advised that Gill had located Tartaglione. **Exabit D**

16. On or about November 16, 2017, Plaintiffs' were advised that Gill had located Defendant Carlos Matos. **Exhibit E**

17. On or about November 24, 2017, Plaintiffs' were advised that Gill could not located Matos due to the commonality of Defendant's name and last known address being that of the corporation. **Exhibit F**

18. Per Gill, Tartgalione and Matos are married. *See,* **Exhibit E**

19. Gill advised that Tartaglione is the owner of 111 W. Cumberland Street and that the Cumberland Address was a potential address for Defendant Carlos Matos. *See,* **Exhibit D**

20. Plaintiffs' directed Gill and Associated to serve all Defendants including corporate defendants at 11 W. Cumberland Street Philadelphia, PA 19133 with the Summons, Notice and Complaint.

## IV.  CONCLUSION

21. On November 20, 2017 and December 27, 2017 service was perfected on Defendants respectively.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Respectfully Submitted,
SCHAFKOPF LAW, LLC

Dated: 1-22-18

BY: _____
YANNA PANAGOPOULOS, ESQ.

# EXHIBIT A



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

Right Track Managment Inc.et al

    -VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.01
Reference Number

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Juniata Community Mental Health Clinic, Inc.** at 2637-45 N. 5th Street, Philadelphia , Pa 19133.

Service was **NOT SERVED** on **08/18/2017** at **11:50 AM**, for the reason described below:

**Given address is vacant and pad locked. Client advises to attempt c/o Leonard Brown, 3306 N 2nd Street, Philadelphia.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

Sworn to and subscribed before me this

25th day of August 2017

**Process Server/Sheriff** _____

Theresa M. Tommaso
Notary Public

ATTEMPTS:

Client    Phone (610) 664-5200

:    **Filed Date:** 07/26/2017   **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff* | )<br>)<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 17-3353 |
| JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | )<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Juniata Community Mental Health Clinic, Inc.**
**2637-45 N. 5th Street**
**Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/17

_____
*PATRICIA A. JONES*, Deputy Clerk

PS 13,719C 01

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Juniata Community Mental_
was received by me on (date) _8·11·17_ . _Health Clinic_

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because _Given address is vacant /parkers_ or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_8·28·17_
Date

_Thomas Kenney_ Process Server
Server's Signature

_Thomas Kenney_
Printed name and title

_235 S. 13th St Philadelphia_
Server's Address _Pa 19107_

Additional information regarding attempted service, etc:



**B&R**
Service for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.02
**Reference Number**

Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Norris Hancock, LLC at 2637-45 N. 5th Street, Philadelphia , Pa 19133.**

Service was **NOT SERVED** on **08/18/2017 at 11:50 AM,** for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
Commission Expires March 9, 2021

Sworn to and subscribed before me this

25th day of August 2017

**Process Server/Sheriff** _____

Theresa DeTommaso
**Notary Public**

ATTEMPTS:

Client    Phone (610) 664-5200                    :          | **Filed Date:** | 07/26/2017 | **BR Serve By:** | 08/31/2017 |

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINSTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-3353 |

## SUMMONS IN A CIVIL ACTION

To:  **Norris Hancock, LLC**
**2637-45 N. 5th Street**
**Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA  19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __7/26/17__

_____
*PATRICIA A. JONES,* Deputy Clerk

PC1319802

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Norris Hancock LLC_

was received by me on (date) _8/11/17_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☒ I returned the summons unexecuted because _Given address was vacant_ ; or
_and padlocked_ .

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


_8-22-17_
Date

_____
Server's Signature

_Thomas Kenney  Process Serv_
Printed name and title

_235 S. 13th St. Philadelphia Pa_
Server's Address
_19107_

Additional information regarding attempted service, etc:



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.03

**Reference Number**

Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Renee Tartaglione, Individually at 2637-45 N. 5th Street, Philadelphia , Pa 19133.**

Service was **NOT SERVED** on **8/18/2017** at **11:50 AM**, for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

Sworn to and subscribed before me this

25th day of August 2017

**Process Server/Sheriff**

**Notary Public**

ATTEMPTS:

Client    Phone (610) 664-5200                    :              **Filed Date:** 07/26/2017  **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.  17-3353<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: Renee Tartaglione
Indv., and in her Offical Capacity as
President of Norris Hancock LLC
2637-45 N. 5th Street
Philadelphia, PA 19133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA  19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

*PATRICIA A. JONES*, Deputy Clerk

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Renee Tartaglione_

was received by me on (date) _8-11-17_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because _Given address was vacant_
_and had locked_ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_8-22-17_
Date

_Thomas Kenney_    _Proces Serv._
Server's Signature
Printed name and title

_235 S. 13th St. Philadelphia Pa_
_19107_
Server's Address

Additional information regarding attempted service, etc:

PCI 3719882



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT**  United States District Court
Eastern District of Pennsylvania

**CASE NUMBER**  17-3353

# AFFIDAVIT

State of  Pennsylvania
County of  Philadelphia

**B&R Control #**  PS137198.04
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the  **Summons, Notice, and Complaint**  for service upon:

**Renee Tartaglione in her Capacity as President of Norris Hancock LLC at 2637-45 N. 5th Street, Philadelphia , Pa 19133.**

Service was **NOT SERVED** on 8/18/2017 at 11:50 AM,  for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila.  County
My Commission Expires March 9, 2021

Sworn to and subscribed before me this

25th day of August 2017

Process Server/Sheriff _____

_____
Notary Public

ATTEMPTS:

Client    Phone (610) 664-5200        :      | **Filed Date:** | 07/26/2017 | **BR Serve By:** | 08/31/2017 |

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>    *Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-3353 |

### SUMMONS IN A CIVIL ACTION

To: **Renee Tartaglione Indv., and in her Offical Capacity as President of Norris Hancock LLC 2637-45 N. 5th Street Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

_____
*PATRICIA A. JONES*, Deputy Clerk

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Dinee Tartaglione in her_

was received by me on (date) _8·11·17_ . _capacity as President of_
_Morris Hancock LLC_

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because _given address was vacant_ ; or
_and pad locked ._

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_9|24|17_
Date

_Thomas Kenney   Process Serve_
Printed name and title

_235 S. 13th St. Philadelphia Pa_
Server's Address
_19107_

Additional information regarding attempted service, etc:

PS 137198.09



**235 SOUTH 13TH STREET**
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

*National Association of Professional Process Servers*

Right Track Managment Inc.et al

**COURT** United States District Court
Eastern District of Pennsylvania

-VS-

Juniata Community Mental Health Clinic, Inc.

**CASE NUMBER** 17-3353

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.05
**Reference Number**

Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Michael Wright , individually at 2637-45 N. 5th Street, Philadelphia , Pa 19133.**

Service was **NOT SERVED** on **8/18/2017** at **11:50 AM,** for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

**Sworn to and subscribed before me this**

25th **day of** August 2017

**Process Server/Sheriff** _____

Theresa DeTommaso
**Notary Public**

ATTEMPTS:

| Client | Phone (610) 664-5200 | : | Filed Date: | 07/26/2017 | BR Serve By: | 08/31/2017 |

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 17-3353 |

**SUMMONS IN A CIVIL ACTION**

To: Michael Wright
Indv., and in his Official Capacity
as business administrator of Juniata
Community Medical Health Clinic, Inc.
2637-45 N. 5th Street
Philadelphia, PA 19133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

PATRICIA A. JONES, Deputy Clerk

Civil Action No.:

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Michael Wright

was received by me on (date) 8-11-17 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because premises were vacant & _____ ; or
                                          padlocked

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_____8-21-0_____
        Date

Server's Signature

Thomas Kenney Process Server
Printed name and title

235 S. 13th St. Philadelphia Pa 19107
Server's Address

Additional information regarding attempted service, etc:



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

    -VS-

Juniata Community Mental Health Clinic, Inc.

**COURT**  United States District Court
Eastern District of Pennsylvania

**CASE NUMBER**  17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #**  PS137198.06
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Michael Wright in his Official Capacity as Business Administrator of Juniata Community Medical Health Clinic, Inc. at 2637-45 N. 5th Street, Philadelphia, Pa 19133.**

Service was **NOT SERVED** on 8/18/2017 at 11:50 AM, for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

**Sworn to and subscribed before me this**

25th day of August 2017

Theresa DeTommaso
**Notary Public**

**Process Server/Sheriff**

ATTEMPTS:

Client    Phone (610) 664-5200    :    **Filed Date:** 07/26/2017  **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 17-3353 |

## SUMMONS IN A CIVIL ACTION

To: Michael Wright
Indv., and in his Official Capacity
as business administrator of Juniata
Community Medical Health Clinic, Inc.
2637-45 N. 5th Street
Philadelphia, PA 19133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/17

_____
*PATRICIA A. JONES*, Deputy Clerk

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Michael Wright in his Official capacity
was received by me on (date) 8-11-17 _____. as business Administrator of Juniata Community
Medical Health Clinic, Inc .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date)_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐✓ returned the summons unexecuted because address was vacant + padlocked or

☐ Other (specify) :

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

8-22-17
Date

Server's Signature

Thomas Kenney Process Server
Printed name and title

235 S 13th St. Philadelphia Pa
Server's Address
19107

Additional information regarding attempted service, etc:

PS13119356



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

*National Association of Professional Process Servers*

Right Track Managment Inc.et al

    -VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.07

**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Carlos Matos, individually at 2637-45 N. 5th Street, Philadelphia , Pa 19133.**

Service was **NOT SERVED** on **8/18/2017 at 11:50 AM,** for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

Sworn to and subscribed before me this

25th day of August 2017

**Process Server/Sheriff** _____

**Notary Public**

ATTEMPTS:

Client    Phone (610) 664-5200        :        **Filed Date:** 07/26/2017  **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>　　　*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  17-3353 |

## SUMMONS IN A CIVIL ACTION

To: **Carlos Matos**
**Indv., and in his Official Capacity**
**2637-45 N. 5th Street**
**Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA  19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

_____
*PATRICIA A. JONES,* Deputy Clerk

~ivil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Carlos Matas_

was received by me on (date) _8-11-17_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because _premises were vacant + padlocked_ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_8·22·17_
Date

_Thomas Kenney   Process Server_
Printed name and title

_235 S. 13th St Philadelphia Pa 19107_
Server's Address

Additional information regarding attempted service, etc:

PO 13119807



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

    -VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.08
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Carlos Matos in his Official Capacity** at 2637-45 N. 5th Street, Philadelphia , Pa 19133.

Service was **NOT SERVED** on **8/18/2017** at **11:50 AM**, for the reason described below:

**Given address is vacant and pad locked.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

Sworn to and subscribed before me this

_25th_ day of _August_ _2017_

_Theresa DeTommaso_
**Notary Public**

**Process Server/Sheriff** _____

ATTEMPTS:

| Client | Phone (610) 664-5200 | | : | | **Filed Date:** | 07/26/2017 | **BR Serve By:** | 08/31/2017 |

Yanne Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>    *Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>    *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  17-3353 |

## SUMMONS IN A CIVIL ACTION

To: **Carlos Matos**
**Indv., and in his Official Capacity**
**2637-45 N. 5th Street**
**Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/17

_____
*PATRICIA A. JONES*, Deputy Clerk

Civil Action No.:

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *Carlos Matos in his official Capacity*

was received by me on (date) *8-11-17* .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☑ I returned the summons unexecuted because *premises were vacant /padlocked*; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


*8/22/17*
<u>Date</u>

Server's Signature

*Thomas Kenney Process Server*
<u>Printed name and title</u>

*235 S 13th St. Philadelphia Pa 19107*
<u>Server's Address</u>

Additional information regarding attempted service, etc:

PS 1371 9506



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.09
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Leonard Brown , individually at 3306 N 2nd Street, Philadelphia, Pa 19140.**

Service was **NOT SERVED** on **09/26/2017 at 11:21 AM,** for the reason described below:

**No response - see attempts.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

25th day of September 2017

**Process Server/Sheriff** _____

**Notary Public** _____

ATTEMPTS:
08/18/2017 12:30 PM 3306 N 2ND STREET, PHILADELPHIA, PA 19140 NO RESPONSE.
08/22/2017 06:54 PM 3306 N 2ND STREET, PHILADELPHIA, PA 19140 NO RESPONSE.
08/26/2017 11:21 AM 3306 N 2ND STREET, PHILADELPHIA, PA 19140 SATURDAY ATTEMPT NO.RESPONSE

| Client | Phone (610) 664-5200 | : | **Filed Date:** 07/26/2017 | **BR Serve By:** 08/31/2017 |
|---|---|---|---|---|

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>  *Plaintiff*<br><br>     v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>  *Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 17-3353<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: **Leonard Brown**
**Indv., and in his Official Capacity as**
**President of Juniata Community Medical**
**Health Clinic, Inc.**
**3306 N. 2nd Street**
**Philadelphia, PA 19140**
A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

          *CLERK OF COURT*

Date: __7/26/17__            _____
              *PATRICIA A. JONES*, Deputy Clerk

05137198.09

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Leonard Brown, individually

was received by me on (date) 8.11.17 .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because no response at time of attempts ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

9.22.17
Date

_____
Server's Signature

Thomas Kenney Process Server
Printed name and title

235 S 8th St. Philadelphia Pa 19107
Server's Address

Additional information regarding attempted service, etc:



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.10
**Reference Number**

Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Leonard Brown in his Official Capacity as President of Juniata Community Medical Health Clinic, Inc.** at 3306 N 2nd **Street, Philadelphia, Pa 19140.**

Service was **NOT SERVED** on **9/26/2017 at 11:21 AM,** for the reason described below:

**No response - see attempts.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

25th day of September 2017

**Process Server/Sheriff**

Notary Public

ATTEMPTS:
09/18/2017 12:30 PM 3306 N 2nd Street, Philadelphia, Pa 19140 No response

09/22/2017 06:54 PM 3306 N 2nd Street, Philadelphia, Pa 19140 No Response
09/26/2017 11:21 AM 3306 N 2nd Street, Philadelphia, Pa 19140 Saturday Attempt. No response.

| Client | Phone (610) 664-5200 | : | **Filed Date:** | 07/26/2017 | **BR Serve By:** | 08/31/2017 |

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>　　　*Plaintiff*<br><br>　　　　　　　v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 17-3353 |

## SUMMONS IN A CIVIL ACTION

To: **Leonard Brown**
**Indv., and in his Official Capacity as**
**President of Juniata Community Medical**
**Health Clinic, Inc.**
**3306 N. 2nd Street**
**Philadelphia, PA 19140**

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: <u>7/26/17</u>

　　　　　　　　　　　　　　　　　　*PATRICIA A. JONES*, Deputy Clerk

PS137198 10

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Leonard Brown in his official capacity as President of Juniata Community Medical Health Clinic, Inc

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because no response at time of attempts ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

9·20·17
Date

_____
Server's Signature

Thomas Kenny Process Server
Printed name and title

235 S 13th St. Philadelphia Pa 19107
Server's Address

Additional information regarding attempted service, etc:



**235 SOUTH 13TH STREET**
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



*National Association of Professional Process Servers*

Right Track Managment Inc.et al

**COURT**  United States District Court
Eastern District of Pennsylvania

-VS-

Juniata Community Mental Health Clinic, Inc.

**CASE NUMBER**  17-3353

# AFFIDAVIT

State of  Pennsylvania
County of  Philadelphia

**B&R Control #**  PS137198.11
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 8/11/2017 we received the **Summons, Notice, and Complaint**  for service upon:

**Maria Matos, individually at 3063 Mascher Street, Philadelphia, PA 19133.**

Service was **NOT SERVED** on  **09/26/2017** at **11:32 AM**,  for the reason described below:

**No response - see attempts.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA M. RAVENELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

25th day of September 2017

**Process Server/Sheriff** _____

Barbara Ravenell
**Notary Public**

ATTEMPTS:
08/08/2017 12:08 PM 3063 MASCHER STREET, PHILADELPHIA, PA 19133 NO RESPONSE.: CAN SEE IN THE WINDOW. HARDLY ANYTHING IN HOUSE
08/22/2017 06:38 PM 3063 MASCHER STREET, PHILADELPHIA, PA 19133 NO RESPONSE.
08/26/2017 11:32 AM 3063 MASCHER STREET, PHILADELPHIA, PA 19133 SATURDAY ATTEMPT NO RESPONSE

Client  Phone (610) 664-6200       :  **Filed Date:** 07/26/2017  **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINSTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 17-3353 |

## SUMMONS IN A CIVIL ACTION

To: Maria Matos
Indv., and in her Official Capacity
as vice president of Juniata
Community Medical Health Clinic, Inc.
3063 Mascher Street
Philadelphia, PA 19133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

*PATRICIA A. JONES*, Deputy Clerk

B13198.11

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Maria Matos, individually

was received by me on (date) 8.11.17 .

☐ I personally served the summons on the individual at place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because No response at time of attempt ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

9.22.17
Date

Server's Signature

Thomas Kenney Process Server
Printed name and title

235 S 13th St. Philadelphia Pa 19107
Server's Address

Additional information regarding attempted service, etc:



**235 SOUTH 13TH STREET**
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS137198.12
**Reference Number**

Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 8/11/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Maria Matos in her Official Capacity as Vice President of Juniata Community Medical Health Clinic, Inc.** at 3063 **Mascher Street, Philadelphia, PA 19133.**

Service was **NOT SERVED** on **9/26/2017 at 11:32 AM**, for the reason described below:

**No response - see attempts.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

25th day of September 2017

**Process Server/Sheriff**

**Notary Public**

ATTEMPTS:
08/08/2017 12:08 PM 3063 Mascher Street, Philadelphia, PA 19133 No Response. Can see in window hardly anything in house.
09/22/2017 06:38 PM 3063 Mascher Street, Philadelphia, PA 19133 No Response

09/26/2017 11:32 AM 3063 Mascher Street, Philadelphia, PA 19133 No response.

| Client | Phone (610) 664-5200 | : | **Filed Date:** 07/26/2017 | **BR Serve By:** 08/31/2017 |
|---|---|---|---|---|

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004



ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | ) ) ) ) ) ) ) )<br><br>Civil Action No. 17-3353 |

## SUMMONS IN A CIVIL ACTION

To: Maria Matos
Indv., and in her Official Capacity
as vice president of Juniata
Community Medical Health Clinic, Inc.
3063 Mascher Street
Philadelphia, PA 19133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/26/17

_____
PATRICIA A. JONES, Deputy Clerk

DS13719812

Civil Action No.:

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Maria Matos in her official capacity

was received by me on (date) 8·11·17 as Vice President of Juniata community Medical Health Clinic LLC.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because no response at time of attempts ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

9·22·17
Date

_____
Server's Signature

Thomas Kenny Process
Printed name and title

235 S. 13th St. Philadelphia Pa. 19107
Server's Address

Additional information regarding attempted service, etc:



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169


*National Association of Professional Process Servers*

Right Track Managment Inc.et al

-VS-

Juniata Community Mental Health Clinic, Inc.

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 17-3353

# AFFIDAVIT

State of  Pennsylvania
County of  Philadelphia

**B&R Control #**  PS137198.13
**Reference Number**

    Thomas Kenney, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

    On 08/22/2017 we received the **Summons, Notice, and Complaint** for service upon:

**Juniata Community Mental Health Clinic, Inc. at c/o Leonard Brown 3306 N 2nd Street, Philadelphia, PA 19140.**

Service was **NOT SERVED** on  09/26/2017 at 11:21 AM,  for the reason described below:

**No response - see attempts.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

25th day of September 2017

**Process Server/Sheriff** _____

Brenda Ravenell
**Notary Public**

ATTEMPTS:
08/22/2017 06:38:00 c/o Leonard Brown 3306 N 2nd Street, Philadelphia, PA 19140 No Response
08/26/2017 11:21 AM c/o Leonard Brown 3306 N 2nd Street, Philadelphia, PA 19140 Saturday attempt no response.

---

Client    Phone (610) 664-5200      :     **Filed Date:** 07/26/2017  **BR Serve By:** 08/31/2017

Yanna Panagopoulos, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

---

ORIGINAL

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| RIGHT TRACK MANAGEMENT INC. and FARES YASIN<br>*Plaintiff*<br><br>v.<br><br>JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; LEONARD BROWN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.; NORRIS HANCOCK, LLC ; RENEE TARTAGLIONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS PRESIDENT OF NORRIS HANCOCK, LLC; MICHAEL WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BUSINESS ADMNISTRATOR OF JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC.; CARLOS MATOS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY & MARIA MATOS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS VICE PRESIDENT OF JUNIATA COMMUNITY MEDICAL HEALTH CLINIC, INC.<br>*Defendant* | ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 17-3353 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Juniata Community Mental Health Clinic, Inc.**
**2637-45 N. 5th Street**
**Philadelphia, PA 19133**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY SCHAFKOPF, ESQ.
11 BALA AVE.
BALA CYNWYD, PA 19004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/17

_____
*PATRICIA A. JONES*, Deputy Clerk

Civil Action No.:

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Juniata Community Mental Health Clinic Inc.

was received by me on (date) 8.11.17

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☑ I returned the summons unexecuted because no response at time of attempts or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

9-22-17
Date

_____
Server's Signature

Thomas Kenney Process Server
Printed name and title

235 S. 13th St. Philadelphia Pa. 19107
Server's Address

Additional information regarding attempted service, etc:

# EXHIBIT B

# GILL &
# ASSOCIATES, INC.
### *PRIVATE INVESTIGATIONS*
### *1500 WALNUT STREET*
### *SUITE 1050*
### *PHILADELPHIA, PENNSYLVANIA 19102*

**SENIOR INVESTIGATORS:**
**JOSEPH GILL**
**ERIC KRAMER**
**FRANK GRIBBIN**
**ANGELA MARTIN**
**TIMOTHY MADUZIA**
**AMANDA BURDZIAK**
**STEFANIE EICHMANN**
**ANALISE DENNIS**

**(215) 790-0800**
**FAX: (215) 790-1576**
**E-MAIL:GILLANDASSOCIATES@VERIZON.NET**
**WWW.GILLANDASSOCIATES.COM**

*\*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY\**

October 4, 2017

Law Offices:
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, Pennsylvania 19004

Attention:      Yanna Panagopoulos, Esquire

Re:      Leonard Brown
          Our File Number:      17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is continuing. Enclosed, please find our Report of
Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad



# Gill & Associates, Inc.
## REPORT OF INVESTIGATION

**INFORMATION RECEIVED:**

Counsel advised that Leonard Brown has the last known work address of 3306 North 2ⁿᵈ Street in Philadelphia, Pennsylvania 19140.

**ASSIGNMENT:**

The assignment in this matter consists of conducting record searches in order to locate Leonard Brown.

**INVESTIGATION CONDUCTED:**

Investigation into this matter consisted of conducting record searches in effort to locate Leonard Brown.

**COMPUTER RECORDS:**

A search of computer records determined that Leonard R. Brown has a date of birth of May 25, 1946 a social security number of 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. The most recently recorded addresses for this individual are identified as 3306 North 2ⁿᵈ Street and 3525 North Warnock Street in Philadelphia, Pennsylvania 19140. A copy of this record has been obtained and is attached for your review.

**PENNSYLVANIA DEPARTMENT OF MOTOR VEHICLES:**

Application has been made to the Pennsylvania Department of Motor Vehicles in effort to determine if the subject has any vehicles registered in his name in the state of Pennsylvania.

**TELEPHONE RECORDS:**

A reverse search was conducted under the address of 3306 North 2ⁿᵈ Street. The results of this search determined that Leonard Brown maintains a non-published listing at this address.



A reverse search was conducted under the address of 3525 North Warnock Street. The results of this search determined that Leonard, Fannie and John Brown maintain three published listings at this address identified as (215) 225-5814, (215) 842-0349 and (215)226-3892. An investigator attempted to contact telephone number (215) 225-5814 and received an unidentified males' voicemail recording to leave a message. An investigator also attempted to contact telephone numbers (215) 842-0349 and (215)226-3892 and determined that they are not in service.

## CITY HALL, PHILADELPHIA, PENNSYLVANIA:

**Property Records:** A search of the Tax Assessor's records determined that Leonard Brown is the current owner of the property located at 3306 North 2nd Street by sale date of October 7, 1982. A copy of this record has been obtained and is attached for your review.

A search of the Tax Assessor's records determined that Leonard and Fannie Brown are the current owners of the property located at 3525 North Warnock Street by sale date of May 21, 1984. A copy of this record has been obtained and is attached for your review.

An additional search of the Tax Assessor's records determined that Leonard and Fannie Brown are the current owners of the property located at 3523 North Warnock Street by sale date of December 16, 2003. A copy of this record has been obtained and is attached for your review.

**Civil Records:** A search of the Prothonotary's records determined that Leonard Brown has been involved in numerous civil matters within this court. The most recent matter was filed on December 12, 2015, and the subject's address is recorded as 3306 North 2nd Street in Philadelphia, Pennsylvania 19140. A copy of this case list and case docket have been obtained and are attached for your review.

**Marriage Records:** A search of the Register of Wills records determined that several individuals identified as Leonard Brown have applied for a marriage license between 1995 and the current date. However, none of these appear to pertain to the subject of this investigation. A copy of this information has been obtained and is attached for your review.

## PHILADELPHIA MUNICIPAL COURT:

A search of Philadelphia Municipal Court records determined that Leonard Brown has been involved in one civil matter within this court in the last ten years. This matter was filed on June 6, 2017 and an adult was served on the subject's behalf, on June 16, 2017, at the address of 3525 North Warnock Street in Philadelphia, Pennsylvania 19140. A copy of this case docket has been obtained and is attached for your review.

    

## PHILADELPHIA INMATE LOCATOR:

A search of the Philadelphia inmate locator determined that Leonard Brown is not currently incarcerated in Philadelphia, Pennsylvania.

## CRIMINAL JUSTICE CENTER, PHILADELPHIA, PENNSYLVANIA:

A search of the Unified Judicial System, Magisterial District Court criminal records determined that Leonard Brown with a date of birth of May 25, 1946, has not been involved in any criminal matters within this court.

A search of the Unified Judicial System, Common Pleas Court criminal records determined that Leonard Brown with a date of birth of May 25, 1946, has been involved in several criminal matters within this court. However, none of these matters were filed recently enough to provide a current address for the subject of this investigation. A copy this case list and court summary have been obtained and are attached for your review.

## PENNSYLVANIA INMATE LOCATOR:

A search of the Pennsylvania inmate locator determined that Leonard Brown is not currently incarcerated in Pennsylvania.

## UNITED STATES DISTRICT COURT:

**Civil:** A search of the United States District Court records determined that numerous individuals by the name of Leonard Brown have been involved in civil matters within this court. However, there is not enough identifying information provided on these case dockets in order to confirm or deny if any of these matters pertain to the subject of this investigation. A copy of this case list has been obtained and is attached for your review.

**Criminal:** A search of the United States District Court records determined that numerous individuals by the name of Leonard Brown have been involved in criminal matters within this court. However, there is not enough identifying information provided on these case dockets in order to confirm or deny if any of these matters pertain to the subject of this investigation. A copy of this case list has been obtained and is attached for your review. Please be advised that these searches were conducted on a nationwide basis.

## UNITED STATES BANKRUPTCY COURT:

A search of the United States Bankruptcy Court records determined that Leonard Brown with a social security number of 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 has not filed for bankruptcy.

    

**UNITED STATES FEDERAL PRISON LOCATOR:**

A search of the United States Federal prison locator determined that Leonard R. Brown is not currently incarcerated in federal prison.

**WWW.FACEBOOK.COM:**

A search of www.facebook.com identified several social networking profiles for individuals by the name of Leonard Brown; however, it is unclear if any of these profiles pertain to the subject of this investigation. A copy of this profile list has been obtained and is attached for your review.

**WWW.LINKEDIN.COM:**

A search of www.linkedin.com did not identify a social networking profile for the subject of this investigation.

**UNITED STATES POSTAL SERVICE:**

Efforts are currently underway to speak with the postal carrier who services the aforementioned addresses in order to determine whether Leonard Brown currently resides at either of the aforementioned addresses.

**SUMMARY:**

Active investigation into this matter is continuing, and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES, INC.**


Joseph Gill

JG/ad

    

# GILL &
# ASSOCIATES, INC.
### *PRIVATE INVESTIGATIONS*
### *1500 WALNUT STREET*
### *SUITE 1050*
### *PHILADELPHIA, PENNSYLVANIA 19102*

**SENIOR INVESTIGATORS:**
**JOSEPH GILL**
**ERIC KRAMER**
**FRANK GRIBBIN**
**ANGELA MARTIN**
**TIMOTHY MADUZIA**
**AMANDA BURDZIAK**
**STEFANIE EICHMANN**
**ANALISE DENNIS**

**(215) 790-0800**
**FAX: (215) 790-1576**
**E-MAIL:GILLANDASSOCIATES@VERIZON.NET**
**WWW.GILLANDASSOCIATES.COM**

*\*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY\**

October 15, 2017

Law Offices:
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, Pennsylvania 19004

Attention:     Yanna Panagopoulos, Esquire

Re:     Leonard Brown
        Our File Number:        17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is continuing.  Enclosed, please find our Report of
Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad

    

# Gill & Associates, Inc.
## REPORT OF INVESTIGATION



**INVESTIGATION CONDUCTED:**

Continued investigation into this matter consists of attempting to locate Leonard Brown.

**INVESTIGATIVE NARRATIVE:**

On Sunday, October 15, 2017, at approximately 10:34 a.m., an investigator traveled to the address of 3306 North 2nd Street in Philadelphia, Pennsylvania 19140 for the purposes of locating Leonard Brown. The residence is a two-story, brick row home, in average condition. Upon arrival, the investigator received no answer. At this time, the investigator spoke with a neighbor at 3308, who doesn't know who lives at 3306.

On the same date, at approximately 10:59 a.m., the investigator traveled to the address of 3325 North Warnock Street in Philadelphia, Pennsylvania 19140 for the purposes of locating Leonard Brown. The residence is a two-story, brick, stucco row home, in below average condition. Upon arrival, the investigator spoke with Domingo Morales, who can be described as an Hispanic male, appearing in his 70's, with gray hair, who said the subject just sold the house to a new owner. Domingo showed the investigator several pieces of mail addressed to the subject. He said he has lived at this house for at least one year. 3323 and 3321 Warnock Street are empty lots with a fence around them. Numerous vehicles (possibly inoperable) are behind the fence.

**SUMMARY:**

Active investigation into this matter is continuing, and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad

    

# EXHIBIT C

**GILL &**
**ASSOCIATES, INC.**
*PRIVATE INVESTIGATIONS*
*1500 WALNUT STREET*
*SUITE 1050*
*PHILADELPHIA, PENNSYLVANIA 19102*

SENIOR INVESTIGATORS:
JOSEPH GILL
ERIC KRAMER
FRANK GRIBBIN
ANGELA MARTIN
TIMOTHY MADUZIA
AMANDA BURDZIAK
STEFANIE EICHMANN
ANALISE DENNIS

(215) 790-0800
FAX: (215) 790-1576
E-MAIL:GILLANDASSOCIATES@VERIZON.NET
WWW.GILLANDASSOCIATES.COM

*\*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY\**

October 5, 2017

Law Offices:
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, Pennsylvania 19004

Attention:     Yanna Panagopoulos, Esquire

Re:     Michael Wright
        Our File Number:     17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is continuing.  Enclosed, please find our Report of Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad



# Gill & Associates, Inc.
## REPORT OF INVESTIGATION



## INFORMATION RECEIVED:

Counsel advised that Michael Wright has the last known work address of 2637-45 North 5th Street in Philadelphia, Pennsylvania 19133.

## ASSIGNMENT:

The assignment in this matter consists of conducting record searches in order to locate Michael Wright.

## INVESTIGATION CONDUCTED:

Investigation into this matter consisted of conducting record searches in effort to locate Michael Wright.

## COMPUTER RECORDS:

A search of computer records was conducted under the name of Michael Wright in Philadelphia, Pennsylvania. The results of this search identified several individuals with an address history in Philadelphia, Pennsylvania; however, none of these individuals are identified as having an address history at the address of 2637-45 North 5th Street in Philadelphia, Pennsylvania 19133. Furthermore, it should be noted that there is no other identifying information to confirm the identification of the subject. A copy of these results have been obtained and are attached for your review.

## TELEPHONE RECORDS:

A reverse search was conducted under the address of 2637-45 North 5th Street. The results of this search determined that Juniata Community Mental Megapath and Juniata Community maintain a published listing at this address identified as (215) 291-0550. An investigator attempted to contact this number and determined that it is no longer in service.

    

## CITY HALL, PHILADELPHIA, PENNSYLVANIA:

**Property Records:** A search of the Tax Assessor's records determined that APM Properties Inc., is the current owner of the property located at 2637-45 North 5ᵗʰ Street by sale date of June 28, 2017. A copy of this record has been obtained and is attached for your review.

A search of the Tax Assessor's records determined that several individuals identified as Michael Wright own property within Philadelphia. A copy of this list of properties is attached for your review.

**Civil Records:** A search of the Prothonotary's records determined that numerous individuals identified as Michael Wright have been involved in civil matters within this court. However, it is unclear if any of these matters pertain to the subject of this investigation. A copy of this list is attached for your review.

**Marriage Records:** A search of the Register of Wills records determined that two individuals identified as Michael Wright have applied for a marriage license between 1995 and the current date. However, it is unclear if any of these pertain to the subject of this investigation. A copy of this information has been obtained and is attached for your review.

## PHILADELPHIA MUNICIPAL COURT:

A search of Philadelphia Municipal Court records determined that several individuals identified as Michael Wright have been involved in civil matters within this court in the last ten years. However, it is unclear if any of these matters pertain to the subject of this investigation. A copy of this list is attached for your review.

## PHILADELPHIA INMATE LOCATOR:

A search of the Philadelphia inmate locator determined that no one by the name of Michael Wright is currently incarcerated in Philadelphia, Pennsylvania.

## CRIMINAL JUSTICE CENTER, PHILADELPHIA, PENNSYLVANIA:

A search of the Unified Judicial System, Magisterial District Court criminal records determined that numerous individuals identified as Michael Wright have been involved in criminal matters within this court. However, it is unclear if any of these matters pertain to the subject of this investigation. A copy of this list is attached for your review.

A search of the Unified Judicial System, Common Pleas Court criminal records determined that numerous individuals identified as Michael Wright have been involved in criminal matters within this court. However, it is unclear if any of these matters pertain to the subject of this investigation. A copy of this list is attached for your review.

    

**PENNSYLVANIA INMATE LOCATOR:**

A search of the Pennsylvania inmate locator determined that two individuals identified as Michael Wright are currently incarcerated in Pennsylvania. However, it is uncertain if either of these individuals are the subject. A copy of this information has been obtained and is attached for your review.

**UNITED STATES DISTRICT COURT:**

**Civil:** A search of the United States Pennsylvania District Court records determined that numerous individuals by the name of Michael Wright have been involved in civil matters within this court. It should be noted that the only case certain to pertain to the subject is counsel's case which was filed on July 26, 2017; however, there is no further identifying information provided on this case docket for the subject. A copy of this record has been obtained and is attached for your review.

**Criminal:** A search of the United States Pennsylvania District Court records determined that four individuals by the name of Michael Wright have been involved in criminal matters within this court. However, there is not enough identifying information provided on these case dockets in order to confirm or deny if any of these matters pertain to the subject of this investigation. A copy of this case list has been obtained and is attached for your review.

**UNITED STATES BANKRUPTCY COURT:**

A search of the United States Pennsylvania Bankruptcy Court records determined that there are 36 matters filed for individuals identified as Michael Wright have filed for bankruptcy. A copy of this list has been obtained and is attached for your review.

**UNITED STATES FEDERAL PRISON LOCATOR:**

A search of the United States Federal prison locator determined that 27 individuals identified as Michael Wright are/have been incarcerated in federal prison. A copy of this list is attached for your review.

**WWW.FACEBOOK.COM:**

A search of www.facebook.com identified several social networking profiles for individuals by the name of Michael Wright; however, it is unclear if any of these profiles pertain to the subject of this investigation. A copy of this profile list has been obtained and is attached for your review.



**WWW.LINKEDIN.COM:**

A search of www.linkedin.com identified several social networking profiles for individuals by the name of Michael Wright; however, it is unclear if any of these profiles pertain to the subject of this investigation. A copy of this profile list has been obtained and is attached for your review.

**NEWS/INTERNET ARCHIVES:**

A search of news and internet archives identified records pertaining to Michael Wright being an employee at Juniata Community Mental Health and counsel's case. However, there is no new identifying information for Michael Wright identified to aid in this investigation. A copy of this information is attached for your review.

**SUMMARY:**

**Please be advised that further identifying information is needed in order to identify and locate the subject of this investigation.**

Active investigation into this matter is continuing, and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES, INC.**


Joseph Gill

JG/ad



# GILL & ASSOCIATES, INC.
### *PRIVATE INVESTIGATIONS*
### *1500 WALNUT STREET*
### *SUITE 1050*
### *PHILADELPHIA, PENNSYLVANIA 19102*

**SENIOR INVESTIGATORS:**
**JOSEPH GILL**
**ERIC KRAMER**
**FRANK GRIBBIN**
**ANGELA MARTIN**
**TIMOTHY MADUZIA**
**AMANDA BURDZIAK**
**STEFANIE EICHMANN**
**ANALISE DENNIS**

**(215) 790-0800**
**FAX: (215) 790-1576**
**E-MAIL:GILLANDASSOCIATES@VERIZON.NET**
**WWW.GILLANDASSOCIATES.COM**

*\*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY\**

October 6, 2017

Law Offices:
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, Pennsylvania 19004

Attention:     Yanna Panagopoulos, Esquire

Re:     Leonard Brown
        Our File Number:      17-10015

Dear Ms. Panagopoulos,

As follow-up to our most recent correspondence, record searches conducted through the Board of Elections Office determined that Leonard Brown, with a date of birth of May 25, 1946, is registered to vote at the address of 3306 North 2nd Street in Philadelphia, Pennsylvania 19140. This individual registered to vote at this address on August 24, 1988 and last voted from this address on May 16, 2017.

Active investigation into this matter is continuing, and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad

    

# EXHIBIT D

# GILL &
## ASSOCIATES, INC.
### *PRIVATE INVESTIGATIONS*
#### *1500 WALNUT STREET*
##### *SUITE 1050*
###### *PHILADELPHIA, PENNSYLVANIA 19102*

**SENIOR INVESTIGATORS:**
JOSEPH GILL
CRAIG GRIBBIN
ERIC KRAMER
FRANK GRIBBIN
TIMOTHY MADUZIA
ANGELA MARTIN
AMANDA BURDZIAK
ANALISE DENNIS
STEFANIE EICHMANN

(215) 790-0800
FAX: (215) 790-1576
E-MAIL: GILLANDASSOCIATES@VERIZON.NET
WWW.GILLANDASSOCIATES.COM

*\*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY\**

November 15, 2017

Schafkopf Law, LLC
11 Bala Avenue
Bala Crynwyd, Pennsylvania 19004

Attention:    Yanna Panagopoulos

Re:    Right Track Management & Fares Yasin v. Leonard Brown, et al
       Our File Number:    17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is continuing. Enclosed please find our Report of Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**

Joseph Gill

JG/ad

     

**Gill & Associates, Inc.**
REPORT OF INVESTIGATION

| | |
|---|---|
| Subject of Investigation:<br>**Renee Tartaglione** | Requested By:<br>**Yanna Panagopoulos** |
| | Date of Request: **11/15/2017** |
| Your File No.<br>Our File No:    **17-10015** | Date of Report:  **11/15/2017**<br>Status of Case:   **Continuing** |

## INFORMATION RECEIVED:

Counsel provided a Civil Action Summons that needs to be served upon the defendant, Renee Tartaglione.

## ASSIGNMENT:

The assignment in this matter consisted of locating the defendant, Renee Tartaglione.

## INVESTIGATION CONDUCTED:

Investigation into this matter consists of conducting record searches in an effort to locate and serve the defendant, Renee Taraglione.

## COMPUTER RECORDS:

A search of computer records determined that Renee Tartaglione has the date of birth of October 31, 1955 and the social security number of 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. Ms. Tartaglione's most recent addresses are:

2122 North Hancock Street in Philadelphia, Pennsylvania 19122
2124 North Hancock Street in Philadelphia, Pennsylvania 19122
111 West Cumberland Street in Philadelphia, Pennsylvania 19133
113 West Cumberland Street in Philadelphia, Pennsylvania 19133

A copy of these records have been obtained and attached for your review.

## DEPARTMENT OF MOTOR VEHICLE SERVICES:

Efforts are currently underway to determine vehicles registered to Renee Tartaglione and counsel will be kept advised.

     

**PENNSYLVANIA STATEWIDE VOTER REGISTRATION RECORDS:**

A search conducted through the Board of Elections Office determined that Renee Tartaglione, with the date of birth of October 31, 1955, last registered to vote on April 25, 2007 at the address of 2122 North Hancock Street in Philadelphia, Pennsylvania 19122 and last voted on May 16, 2007.

**TELEPHONE RECORDS:**

A reverse search of the address 2122 and 2124 North Hancock Street determined that Renee Tartaglione maintains a non-published listing at these addresses.

A reverse search of the addresses 111 and 113 West Cumberland Street determined that Renee Tartaglione does not maintain a listing at these addresses.

Additional searches determined that Renee Tartaglione is associated with the telephone numbers of (215)906-1243, (215)425-0145, (609)-487-0728 and (609)823-8057.

> An investigator attempted to contact the telephone number (215)906-1243 and was greeted by an unidentified female individual.

> An investigator attempted to contact the telephone number of (215)425-0145, of which maintains a published listing under Renee T. Tartaglione at the address of 2124 North Hancock Street, and was forwarded to an automatic voicemail box for the "Matos Residence".

>> Please be advised that additional numbers associated with this published listing are (215)739-6355 and (215)938-3604. An investigator attempted to contact the telephone number of (215)739-6355 and determined that this number is no longer in service. An investigator attempted to contact the telephone number of (215)938-3604 and determined that it continues to ring without forwarding to an automated voicemail box.

> An investigator attempted to contact the telephone number of (609)487-0728 and determined that this number is no longer in service.

> An investigator attempted to contact the telephone number of (609)823-8057, of which maintains a published listing under Renee T. Tartaglione at the address of 2124 North Hancock Street, and determined that this number is no longer in service.



## CITY HALL, PHILADELPHIA, PENNSYLVANIA:

**Property Records:** A search of the Tax Assessor's records determined that Renee and Margaret Tartaglione are the current owners of the property located at 2122 North Hancock Street by the sale date of November 24, 2003. Please be advised that the owner's mailing address is recorded as the same.

A search of the Tax Assessor's records determined that Israel Farfan is the current owner of the property located at 2124 North Hancock Street by the sale date of April 29, 2013. Please be advised that the owner's mailing address is recorded as 13 Irving Place, Apartment 3A in Brooklyn, New York 11238.

A search of the Tax Assessor's records determined that Carlos Matos Jr. is the current owner of the property located at 111 West Cumberland Street by the sale date of April 30, 2015. Please be advised that the owner's mailing address is recorded as the same.

A search of the Tax Assessor's records determined that Renee Tartaglione Matos is the current owner of the property located at 113 West Cumberland Street by the sale date of April 26, 2004. Please be advised that the owner's mailing address is recorded as 111 West Cumberland Street in Philadelphia, Pennsylvania 19133.

A copy of these property records have been obtained and attached for your review.

**Civil Records:** A search of the Prothonotary's records determined that Renee Tartaglione has been involved in 11 civil matters within this court, the most recent being in 2016. In both of these case matters, Ms. Tartaglione's address is recorded as 2637-2645 North 5th Street and 2254-60 North 3rd Street in Philadelphia, Pennsylvania 19133.

A copy of these case summaries have been obtained and attached for your review.

**Marriage Records:** A search of the Philadelphia Register of Wills determined that Renee Tartaglione had applied for a marriage license to wed an individual by the name of Carlos Matos, identified as license number 73773.

A copy of this information has been obtained and is attached for your review.

## PHILADELPHIA MUNICIPAL COURT:

A search of Philadelphia Municipal Court records determined that Renee Tartaglione has not been involved in any civil matters in this court within the last ten years.

## PHILADELPHIA INMATE LOCATOR:

A search of Philadelphia's inmate locator determined that Renee Tartaglione is not currently incarcerated in Philadelphia.



## CRIMINAL JUSTICE CENTER, PHILADELPHIA, PENNSYLVANIA:

A search of the Unified Judicial System Magisterial District Court criminal records determined that Renee Tartaglione has not been involved in any criminal matters within this court.

A search of the Unified Judicial System Common Pleas records criminal records determined that Renee Tartaglione has not been involved in any criminal matters within this court.

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS:

A search of the Pennsylvania Inmate Locator determined that Renee Tartaglione is not currently incarcerated in the state of Pennsylvania.

## NATIONWIDE

## UNITED STATES DISTRICT COURT RECORDS:

**Civil:** A search of United States District Court records determined that Renee Tartaglione has been involved in one civil matter within this court, determined to be counsel's case. In this case docket, Renee Taraglione is recorded as the President of Norris Hancock, LLC. However, this case docket does not have a recorded address for Ms. Tartaglione.

**Criminal:** A search of United States District Court records determined that Renee Tartaglione has been involved in one criminal matter within this court in 2015. However, this case docket does not have a recorded address for Ms. Tartaglione.

Please note that these searches were conducted on a nationwide basis.
A copy of these case dockets has been obtained and attached for your review.

## UNITED STATES BANKRUPTCY COURT:

A search of United States Bankruptcy Court records determined that Renee Tartaglione has not filed for bankruptcy on any occasion.

## FEDERAL BUREAU OF PRISONS:

A search of the Federal Inmate Locator determined that Renee Tartaglione is not currently incarcerated in federal prison.

## WWW.FACEBOOK.COM:

A search of www.facebook.com did not identify a social networking profile for an individual by the name of Renee Tartaglione or Renee Matos in the Philadelphia, Pennsylvania area.

     

**WWW.TWITTER.COM:**

A search of www.twitter.com did not identify a social networking profile for an individual by the name of Renee Tartaglione.

**WWW.LINKEDIN.COM:**

A search of www.linkedin.com did not identify a social networking profile for an individual by the name of Renee Tartaglione.

**UNITED STATES POSTAL SERVICE:**

Efforts are currently underway to speak with the postal carriers who service these addresses in order to determine if Renee Tartaglione currently resides at the aforementioned addressees listed in this report.

**SUMMARY:**

Active investigation into this matter is continuing and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES**


Joseph Gill

JG/ad








| | | | | | |
|---|---|---|---|---|---|
| | TARTAGLIONE RENEE T<br>AKA: TARTAGOIONE, RENEE<br>AKA: TARTGILONE, RENE | 7x2122 N HANCOCK ST<br>PHILADELPHIA PA 19122-1609<br>**Reported:** 12/02/2003 - 11/15/2017<br>**County:** Philadelphia | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | Cell: (215)906-1243<br>Landline: (215)425-0145 |
| | BIANCHI RENEE T | 1x2122 N HANCOCK ST<br>PHILADELPHIA PA 19122-1609<br>**Reported:** 11/03/2017 - 11/03/2017<br>**County:** Philadelphia | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | Cell: (215)906-1243 |
| | TARTAGLIONE RENEE T<br>AKA: BIANCHI, RENEE T<br>AKA: TARTAGOIONE, RENEE<br>AKA: TARTGILONE, RENE | 9x111 W CUMBERLAND ST<br>PHILADELPHIA PA 19133-4016<br>**Reported:** 12/05/1990 - 02/08/2017<br>**County:** Philadelphia | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | |
| | TARTAGLIONE RENEE T | 1x2124 N HANCOCK ST<br>PHILADELPHIA PA 19122<br>**Reported:** 01/01/2010 - 01/01/2017<br>**County:** Philadelphia | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | |
| | TARTAGLIONE RENEE T | 3x2118-2120 N HANCOCK ST 20<br>PHILADELPHIA PA 19122<br>**Reported:** 01/01/2010 - 01/01/2017<br>**County:** Philadelphia | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | |
| | TARTAGLIONE RENEE T | 2x45918 PO BOX<br>PHILADELPHIA PA 19149-5918<br>**Reported:** 01/01/2010 - 01/01/2017<br>**County:** Philadelphia | | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | |
| | TARTAGLIONE RENEE T<br>AKA: TARTAGLIONE, R<br>AKA: TARTAGOIONE, RENEE<br>AKA: TARTGILONE, RENE | 13x9401 PACIFIC AV 9<br>MARGATE CITY NJ 08402-2363<br>**Reported:** 08/01/1994 - 01/01/2017<br>**County:** ATLANTIC | Map It | ▬▬▬▬▬▬<br>**Issued:** 1972-1973 in PA<br>**DOB:** 10/31/1955 **Age:** 62 | Landline: (609)487-0728<br>Landline: (609)823-8057 |

Name: RENEE T MATOS
Date of Birth: 10/xx/1955
Age: 62
LexID: 000201701736
SSN: xxx-xx-xxxx issued
in **Pennsylvania** between 1/1/1972 and 12/31/1973
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**
RENEE TARTAGLIONE MATOS
    Age: 62   SSN: xxx-xx-xxxx
RENEE MATOS
    Age: 62   SSN: xxx-xx-xxxx
RENEE TARTAGLIONE
    Age: 62   SSN: xxx-xx-xxxx
RENEE T TARTAGLIONE
    Age: 62   SSN: xxx-xx-xxxx
RENEE T BIANCHI
    Age: 62   SSN: xxx-xx-xxxx
R TARTAGLIONE
    Age: 62   SSN: xxx-xx-xxxx
RENEE TARATAGLIONE
    Age: 62   SSN: xxx-xx-xxxx
RENEE TARTAGLIONE MATOS
    Age: 62   SSN: xxx-xx-xxxx
RENEE TARTOGLINE
    Age: 62   SSN: xxx-xx-xxxx
RENEE MATOS TARTAGLIONE
    Age: 82   SSN: xxx-xx-xxxx
RENNE TARTAGLIONE
    Age: 62   SSN: xxx-xx-xxxx
RENE TARTGILONE
    Age: 62   SSN: xxx-xx-xxxx
RENEE T TARATAGLIONE
    Age: 62   SSN: xxx-xx-xxxx

**Indicators**

Bankruptcy: No
Property: Yes
Corporate
Affiliations: Yes

⊟ **Collapse All**

⊟ **Address Summary:** View All Address Variation Sources 🖳

**Free McAfee®
Antivirus**



Easy-to-use security defends against
viruses, ransomware, and other online
threats.



# Renee T Tartaglione

**Age 60s**

( 9.179.17 ) 9>7$>7 - 6 ICA6 ICA

View mobile info




Current addresses

## 2122 N Hancock StPhiladelphia PA 19122-1609

Neighborhood: Lower North
Oops! A map couldn't be rendered for this address.
SHOW MAP

## 2124 N Hancock StPhiladelphia PA 19122-1609

Neighborhood: Lower North
Oops! A map couldn't be rendered for this address.
SHOW MAP




Previous Locations

## Philadelphia, PA

## Margate City, NJ

View full addresses

## More about Renee T Tartaglione

PREMIUM



Family members
Relatives of Renee T Tartaglione
View all relatives



Phone numbers
Mobile and landline info
View all phone numbers



Crime & Traffic
Records from legal databases
Continue to results



Previous addresses
Full address history

# We found North Apt on Whitepages Premium

**We found North Apt on Whitepages Premium**

Premium Result

## North Apt

### Philadelphia, PA
Public Records | Phone

View Full Report

© 2017 Whitepages Inc.

**Outdated Browser**

Update your browser for the best Whitepages experience. View Browser Options
×




# (215) 906-1243

Mobile number



## Spam/Fraud Potential: Low Risk

**You can call with confidence.** (215) 906-1243 appears to be a valid caller that presents practically no risk of scam or fraud.
Got a spam call from this number? **Report it**
**Thanks, your comment has been submitted.**
View Details




## PREMIUM Contact Details

Full owner details are only available on Whitepages Premium. Why?



## Phone owner's name

Find out who they really are



## Current address

Confirm their location



## Other phone numbers

Mobile and Landline



## Previous addresses



# (215) 425-0145

Registered in Philadelphia, PA
Call



## Landline phone number



## Spam/Fraud Potential: Low Risk

Got a spam call from this number? Help protect the community and **report it Thanks, your comment has been submitted.**
Phone Number Details





## Renee T Tartaglione

Owner of (215) 425-0145



## Age 60-64



## 2124 N Hancock StPhiladelphia PA 19122-1609

Neighborhood: Lower North
Oops! A map couldn't be rendered for this address.
SHOW MAP



## (215) 739-6355

Landline

**(215) 938-3604**

Landline

**(215) 425-0145**

Landline


## Previous locations

Philadelphia, PA
Ventnor City, NJ
Margate City, NJ





# PREMIUM **Contact Details**

Full owner details are only available on Whitepages Premium. Why?



## Phone owner's name

Find out who they really are



## Current address

Confirm their location



## Other phone numbers

Mobile and Landline



## Previous addresses

Verify their past locations
View Owner's Summary Compare our products
Birth, Marriage, & Death Records for Renee Tartaglione




# (609) 487-0728

Mobile number



## Spam/Fraud Potential: Low Risk

**You can call with confidence.** (609) 487-0728 appears to be a valid caller that presents practically no risk of scam or fraud.
Got a spam call from this number? **Report it**
**Thanks, your comment has been submitted.**
View Details




## PREMIUM Contact Details

Full owner details are only available on Whitepages Premium. Why?



## Phone owner's name

Find out who they really are



## Current address

Confirm their location



## Other phone numbers

Mobile and Landline



## Previous addresses



# (609) 823-8057

Registered in Philadelphia, PA
Call



## Landline phone number

Verizon



## Spam/Fraud Potential: Low Risk

Got a spam call from this number? Help protect the community and **report it Thanks, your comment has been submitted.**
Phone Number Details





## Renee T Tartaglione

Owner of (609) 823-8057



## Age 60-64



## 2124 N Hancock StPhiladelphia PA 19122-1609

Neighborhood: Lower North
Oops! A map couldn't be rendered for this address.
SHOW MAP



## (215) 739-6355

Landline

## (215) 938-3604

Landline

## (609) 823-8057

Landline



## Previous locations

Philadelphia, PA
Ventnor City, NJ
Margate City, NJ





# PREMIUM Contact Details

Full owner details are only available on Whitepages Premium. Why?



## Phone owner's name

Find out who they really are



## Current address

Confirm their location



## Other phone numbers

Mobile and Landline



## Previous addresses

Verify their past locations
View Owner's Summary Compare our products
Birth, Marriage, & Death Records for Renee Tartaglione

# 2122 N HANCOCK ST

Philadelphia, PA 19122-1609

OWNER

# TARTAGLIONE RENEE
# TARTAGLIONE MARGARET

MAILING ADDRESS

**2122 N HANCOCK ST**
**Philadelphia, PA**
**19122-1609**

VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|--------------|--------------|---------------------|-------------|--------------------|
| 2018 | $87,300 | $26,190 | $31,110 | $0 | $30,000 |
| 2017 | $87,300 | $26,190 | $31,110 | $0 | $30,000 |
| 2016 | $87,300 | $13,036 | $44,264 | $0 | $30,000 |
| 2015 | $87,300 | $13,036 | $74,264 | $0 | $0 |
| 2014 | $87,300 | $13,036 | $74,264 | $0 | $0 |
| 2013 | $15,000 | $1,808 | $2,992 | $0 | $0 |
| 2012 | $15,000 | $1,808 | $2,992 | $0 | $0 |

SALES DETAILS

SALES PRICE: **$83,000**       SALES DATE: **11/24/2003**

PROPERTY DETAILS

OPA ACCOUNT: **191090700**
HOMESTEAD EXEMPTION: **Yes**
DESCRIPTION: **S/D W/D GAR 3 STY MASONRY**

# 2124 N HANCOCK ST

Philadelphia, PA 19122-1609

## OWNER

# FARFAN ISRAEL

## MAILING ADDRESS

**13 IRVING PL APT 3A**
**BROOKLYN NY**
**11238**

## VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|-------------|--------------|---------------------|-------------|--------------------|
| 2018 | $102,800 | $30,840 | $71,960 | $0 | $0 |
| 2017 | $102,800 | $30,840 | $71,960 | $0 | $0 |
| 2016 | $102,800 | $8,157 | $94,643 | $0 | $0 |
| 2015 | $102,800 | $8,157 | $94,643 | $0 | $0 |
| 2014 | $102,800 | $8,157 | $94,643 | $0 | $0 |
| 2013 | $20,000 | $2,411 | $3,989 | $0 | $0 |
| 2012 | $20,000 | $2,411 | $3,989 | $0 | $0 |

## SALES DETAILS

SALES PRICE: **$330,000**          SALES DATE: **4/29/2013**

## PROPERTY DETAILS

OPA ACCOUNT: **191090800**
HOMESTEAD EXEMPTION: **No**
DESCRIPTION: **S/D CONV APT 3 STY MASON**
CONDITION: **Average**
BEGINNING POINT: **257'7 1/2" N DIAMOND**

# 111 W CUMBERLAND ST

Philadelphia, PA 19133-4016

OWNER

# MATOS CARLOS JR

MAILING ADDRESS

**111 W CUMBERLAND ST**
**Philadelphia, PA**
**19133-4016**

VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|--------------|--------------|---------------------|-------------|--------------------|
| 2018 | $32,600 | $8,411 | $24,189 | $0 | $0 |
| 2017 | $32,600 | $8,411 | $24,189 | $0 | $0 |
| 2016 | $32,600 | $1,680 | $30,920 | $0 | $0 |
| 2015 | $39,800 | $1,680 | $38,120 | $0 | $0 |
| 2014 | $39,800 | $1,680 | $38,120 | $0 | $0 |
| 2013 | $1,500 | $318 | $162 | $0 | $0 |
| 2012 | $1,500 | $318 | $162 | $0 | $0 |

SALES DETAILS

SALES PRICE: **$39,801**          SALES DATE: **4/30/2015**

PROPERTY DETAILS

OPA ACCOUNT: **192291500**
HOMESTEAD EXEMPTION: **No**
DESCRIPTION: **ROW 2 STY MASONRY**
CONDITION: **Average**
BEGINNING POINT: **62' W FRONT ST**

# 113 W CUMBERLAND ST

Philadelphia, PA 19133-4016

## OWNER

# MATOS RENEE TARTAGLIONE

## MAILING ADDRESS

**111 W CUMBERLAND ST**
**PHILADELPHIA PA**
**19133-4016**

## VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|--------------|--------------|---------------------|-------------|--------------------|
| 2018 | $6,400 | $6,400 | $0 | $0 | $0 |
| 2017 | $1,800 | $1,800 | $0 | $0 | $0 |
| 2016 | $1,800 | $1,800 | $0 | $0 | $0 |
| 2015 | $1,800 | $1,800 | $0 | $0 | $0 |
| 2014 | $1,800 | $1,800 | $0 | $0 | $0 |
| 2013 | $900 | $288 | $0 | $0 | $0 |
| 2012 | $900 | $288 | $0 | $0 | $0 |

## SALES DETAILS

**SALES PRICE: $1**          **SALES DATE: 5/26/2004**

## PROPERTY DETAILS

**OPA ACCOUNT: 885253840**
**HOMESTEAD EXEMPTION: No**
**DESCRIPTION: VACANT LAND COMMER < ACRE**
**CONDITION: Not Applicable**
**BEGINNING POINT: 74' W FRONT ST**





Person/Company Name Search
Results

A $5 Convenience fee will be added to the transaction at checkout.

▶ Home     ▶ New Search

**Phonetic Search: off   Last Name: Tartaglione   First Name: Renee**

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| TARTAGLIONE, RENEE | 2637-2645 N 5TH ST PHILADELPHIA PA 19133 **Case ID:** _160401233_ UNITED STATES OF AMERICA VS TARTAGLIONE | DFT | 13-APR-2016 |
| TARTAGLIONE, RENEE | 2254-60 N 3RD ST PHILADELPHIA PA 19133 **Case ID:** _160401234_ UNITED STATES OF AMERICA VS TARTAGLIONE | DFT | 13-APR-2016 |
| TARTAGLIONE, RENEE | 2122 N HANCOCK ST PHILADELPHIA PA 19122-1609 **Case ID:** _101220014_ IRS VS MATOS ETAL | DFT | 06-DEC-2010 |
| TARTAGLIONE, RENEE | 2122 N HANCOCK STREET PHILADELPHIA PA 19122 **Case ID:** _100903119_ COMMONWEALTH OF PA VS TARTAGLIONE | DFT | 28-SEP-2010 |
| TARTAGLIONE, RENEE | 2637-45 N 5TH STREET PHILADELPHIA PA 19133 **Case ID:** _1009M0005_ STEWART VS NORRIS HANCOCK LLC | DFT | 14-SEP-2010 |
| TARTAGLIONE, RENEE | CUMBERLAND STREET 111 W PHILADELPHIA PA 19133 **Case ID:** _100730546_ CITY OF PHILA vs TARTAGLIONE RENEE | DFT | 03-JUL-2010 |
| TARTAGLIONE, RENEE | 1407 VAN KIRK STREET PHILADELPHIA PA 19147 **Case ID:** _081101114_ MINOR VS TARTAGLIONE | DFT | 07-NOV-2008 |
| TARTAGLIONE, RENEE | 1116 E LUZERNE ST PHILADELPHIA PA 19124 | DFT | 08-DEC-2005 |

| | | | |
|---|---|---|---|
| | **Case ID:** _051200961_ COLON ETAL VS JUNIATA COMMUNITY MENTAL HEALTH CLIN | | |
| TARTAGLIONE, RENEE | 1401 VANKIRK ST. PHILADELPHIA PA 19149<br>**Case ID:** _940202519_ SEPTA VS. CITY OF PHILA, ETAL | DFT | 24-FEB-1994 |
| TARTAGLIONE MATOS, RENEE | 2122 NORTH HANCOCK STREET PHILADELPHIA PA 19122<br>**Case ID:** _101000106_ CHASE HOME FINANCE, LLC VS CRUZ ETAL | DFT | 04-OCT-2010 |
| TARTAGLIONE/MATOS, RENEE | 2122 PHILADELPHIA PA 19122<br>**Case ID:** _091002998_ CRUZ VS TARTAGLIONE/MATOS | DTRE | 21-OCT-2009 |

Page: All Displayed

**Records Found:** 11, **Displayed:** 1 to 11





User Accepts/Agrees to Disclaimer.Not for official use.



phila.gov

**register of wills**

Wednesday, November 15th, 08:42 PM

HOME| RESIDENTS | BUSINESS | VISITORS | TERMS OF USE

**SITE CONTENTS**

HOME
ABOUT
WILLS
ESTATES
INHERITANCE TAX
MARRIAGE LICENSES
MARRIAGE RECORDS
FEE SCHEDULE
FILING REQUISITES
FORMS
F.A.Q.
GLOSSARY OF TERMS
RESOURCES & LINKS
CONTACT US

REQUEST PROBATE RECORD

SEARCH MARRIAGE RECORDS

REQUEST MARRIAGE RECORD

ATTORNEY LOG-IN

## Search Marriage Records

| NOTE |
|---|
| 1. A fee is levied for issuing a copy of a marriage record. For information on how to obtain a copy and the fees involved, **click here**. |
| 2. Please note that the range of Marriage Record data is currently limited. The Register of Wills is continuing to update the range of data. However, it is estimated that the data will go back only as far as 1995 after this process is completed. |

Applicant 1 First Name:
Applicant 1 Last Name:
Applicant 2 First Name: Renee
Applicant 2 Last Name: Tartaglione
License Date - From:             To:
        (Enter dates as MM/DD/YYYY)

**Need help searching?  Click here for help.**

Search          Clear the Form

| Applicant 1 | Applicant 2 | Date of License | License Number | |
|---|---|---|---|---|
| CARLOS MATOS | RENEE TARTAGLIONE | | 73773 | <br>Get Copy |

1.

Click the    icon to request copy of the marriage record

THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

HOME     CASE SEARCH     LOGOUT

PHILADELPHIA MUNICIPAL COURT        Wednesday, November 15, 2017 | *GUEST USER*

## CMS - Search Screen

### Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

| | |
|---|---|
| **Type:** | Plaintiff ▼ |
| **Case Type:** | Select... ▼ |
| **Start Date:** 11/15/2007 | 📅 **End Date:** 11/15/2017 📅 |
| **Search:** | %Renee%Tartaglione% |

No records were found.

# THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

**PHILADELPHIA MUNICIPAL COURT**        Wednesday, November 15, 2017 | *GUEST USER*

## CMS - Search Screen

### Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

| | |
|---|---|
| **Type:** | Defendant ▼ |
| **Case Type:** | Select... ▼ |
| **Start Date:** 11/15/2007 | 📅 **End Date:** 11/15/2017 📅 |
| **Search:** | %Renee%Tartaglione% |

No records were found.

Office of CIO ·215-685-7693, 7080,7711





- **Training Academy**
- **Access To Inmates**
- **Feedback Form**
- **News**
- **Opportunities**
- **Links**

# Please Enter Criteria to search for an Inmate.

┌──────────────────────── Facility ────────────────────────┐

ASDCU        CFCF        D/C

HOC           PICC        RCF

└──────────────────────────────────────────────────────────┘

┌──────────────── Search Criteria ────────────────┐

**PPN:**

**Last Name:** Tartaglione

**First Name:** Renee

**Date of Birth:**                (mm/dd/yyyy)

[ Find Inmate ] [ Clear ]

└──────────────────────────────────────────────────┘

**No Result Found.**

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. ˙ consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of th pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inacc data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history backgrou can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History R Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket numb need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informati is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The abi and review information contained in these web docket sheets is a free public service.

### Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

* Search Type: | Participant Name        ▼ |

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type sele*

* Last Name: Tartaglione
  (Exact Last Name)
* First Name: Renee
  (Example: James or Ja)(Exact Using 1 Letter)

Date of Birth: __/__/____ 🗓

and any combination of

County: | ▼ |

Court Office: | ▼ |

Docket Type: | Criminal        ▼ |

Case Status: | ▼ |

Date Filed: __/__/____ 🗓 through __/__/____ 🗓

| No Records Found |

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inacc data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history backgrou can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History R Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applic Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdicti processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony case Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearin web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the C docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informati is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The abi and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name          ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type sel*

     * Last Name: Tartaglione

     * First Name: Renee

     Date of Birth: __/__/____ 🗓

           and any combination of

     County: |                          ▼ |

     Docket Type: | Criminal                ▼ |

     Case Category: |                     ▼ |

     Case Status: |                       ▼ |

     Date Filed: __/__/____ 🗓 through __/__/____ 🗓

No Cases Found

# Inmate Search Results



| ☰ Table | ⊞ Tile |

| Inmate Number | Full Name | Race | Date of Birth | Current Location | Committing County |
|---|---|---|---|---|---|

Showing search results: 0 records

‹  1  ›

Back to Search

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03353-AB

RIGHT TRACK MANAGEMENT INC. et al v. JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC. et al

Assigned to: HONORABLE ANITA B. BRODY

Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/26/2017
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**RIGHT TRACK MANAGEMENT INC.**

represented by **GARY SCHAFKOPF**
HOPKINS SCHAFKOPF, LLC
11 BALA AVE.
BALA CYNWYD, PA 19004
610-664-5200
Email: gschafkopf@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email: mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**FARES YASIN**

represented by **GARY SCHAFKOPF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JUNIATA COMMUNITY
MENTAL HEALTH
CLINIC, INC.**

**Defendant**

**LEONARD BROWN**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
PRESIDENT OF JUNIATA
COMMUNITY MENTAL
HEALTH CLINIC, INC.*

**Defendant**

**NORRIS HANCOCK, LLC**

**Defendant**

**RENEE TARTAGLIONE**
*INDIVIDUALLY AND IN
HER OFFICIAL CAPACITY
AS PRESIDENT OF NORRIS
HANCOCK LLC*

**Defendant**

**MICHAEL WRIGHT**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
BUSINESS ADMINISTRATOR
OF JUNIATA COMMUNITY
MEDICAL HEALTH CLINIC,
INC.*

**Defendant**

**CARLOS MATOS**
*INIDIVUDALLY AND IN HIS*
*OFFICIAL CAPACITY*

**Defendant**
**MARIA MATOS**
*INDIVIDUALLY AND IN*
*HER OFFICIAL CAPACITY*
*AS VICE PRESIDENT OF*
*JUNIATA COMMUNITY*
*MEDICAL HEALTH CLINIC,*
*INC.*

**Defendant**
**JOHN DOE(S)**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | COMPLAINT against LEONARD BROWN, JOHN DOE(S), JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT ( Filing fee $ 400 receipt number 163251.), filed by FARES YASIN, RIGHT TRACK MANAGEMENT INC.. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 07/27/2017) |
| 07/26/2017 |   | Summons 7 Issued as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. Forwarded To: Counsel on 7/27/17 (tj, ) (Entered: 07/27/2017) |
| 07/26/2017 |   | DEMAND for Trial by Jury by RIGHT TRACK MANAGEMENT INC., FARES YASIN. (tj, ) (Entered: 07/27/2017) |
| 08/07/2017 | 2 | NOTICE of Appearance by MATTHEW B. WEISBERG on behalf of RIGHT TRACK MANAGEMENT INC., FARES YASIN with Jury Demand and Certificate of Service(WEISBERG, MATTHEW) (Entered: 08/07/2017) |
| 09/27/2017 | 3 | Summons Returned Unexecuted by FARES YASIN, RIGHT |

| | | |
|---|---|---|
| | | TRACK MANAGEMENT INC. as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. (kp, ) (Entered: 09/27/2017) |
| 10/03/2017 | 4 | Praecipe To Issue Alias Summons by FARES YASIN. (SCHAFKOPF, GARY) Modified on 10/4/2017 (nd, ). (Entered: 10/03/2017) |
| 10/03/2017 | | 7 Alias Summons Issued as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. Forwarded To: COUNSEL on 10/4/2017. (kp, ) (Entered: 10/04/2017) |
| 11/09/2017 | 5 | ORDER that PLAINTIFFS ARE ORDERED TO SHOW CAUSE ON OR BEFORE NOVEMBER 22, 2017, WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION.-1(footnote) SIGNED BY HONORABLE ANITA B. BRODY ON 11/8/2017. 11/9/2017 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 11/09/2017) |
| 11/13/2017 | 6 | Summons Returned Unexecuted by FARES YASIN, RIGHT TRACK MANAGEMENT INC. as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. (kp, ) (Entered: 11/13/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/15/2017 17:12:58 | | | |
| PACER Login: | gillassc:2790542:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:17-cv-03353-AB |
| Billable Pages: | 2 | Cost: | 0.20 |

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:15-cr-00491-JHS-1

Case title: USA v. TARTAGLIONE                Date Filed: 10/13/2015

Assigned to: HONORABLE
JOEL H. SLOMSKY

## Defendant (1)

**RENEE TARTAGLIONE**          represented by   **WILLIAM A. DESTEFANO**
STEVENS & LEE
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103
215-751-1941
Email: wad@stevenslee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**GEOFFREY R. JOHNSON**
LAW OFFICE OF GEOFFREY
R JOHNSON LLC
1110 WELLINGTON RD
JENKINTOWN, PA 19046
215-490-7436
Email: grjesq@verizon.net
*TERMINATED: 02/29/2016*
*Designation: Retained*

**TERRI A. PAWELSKI**
STEVENS & LEE
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103
215-751-1961
Email: tap@stevenslee.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 26:7206(1)FALSE STATEMENTS ON TAX RETURNS (1) | |
| 18:371 - CONSPIRACY (1s) | |
| 18:1341 AND 1349 - MAIL FRAUD (2s-13s) | |
| 18:1343 AND 1349 - WIRE FRAUD (14s-25s) | |
| 18:669 - THEFT FROM A HEALTH CARE BENEFIT PROGRAM AND 18:2 AIDING ABETTING (26s-37s) | |
| 18:666 - THEFT FROM A PROGRAM RECEIVING FEDERAL FUNDS AND 18:2 AIDING AND ABETTING (38s-49s) | |
| 26:7206(1) - FALSE STATEMENTS ON TAX RETURNS (50s-53s) | |

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level

 **PACER**
Case Locator

🎧 Browse Aloud

**Bankruptcy Party Search**
Wed Nov 15 16:15:58 2017
No Records Found

**User:** gillasso
**Client:**
**Search:** Bankruptcy Party Search Name Tartaglione, Renee All Courts Page: 1

## No records found

| | Receipt 11/15/2017 16:15:59 152507309 |
|---|---|
| **User** gillasso | |
| **Client** | |
| **Description** Bankruptcy Party Search | |
| Name Tartaglione, Renee All Courts Page: 1 | |
| **Pages** 1 ($0.10) | |

A-Z Topics

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

| Find By Number | **Find By Name** |

| First | Middle | Last | Race | Age | Sex |
|-------|--------|------|------|-----|-----|
| Renee | | Tartaglione | ▼ | | |

**0** Results for search **Renee Tartaglione**    🗑 Clear Form    Sea

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resou**
Victims
Employ
Former
Media F

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

Renee Tartaglione

AJ    Home

All    Posts    **People**    Photos    Videos    Pages    Places    Groups    Apps    Events

Filter Result

**City**

Any city

Philadelphia,
Pennsylvania

Atlanta, Geo

Choose a city

**Education**

Any school

Starr's M
School PTSC

Kennesa
University

Peirce Co

Choose a sch

**Work**

Any compan

Choose a co

**Mutual Friends**

Anyone

Friends

Friends of Friends

Mutual friends with...

**Irene Tartaglione**                    Add Friend

**Irene Tartaglione**                    Add Friend

Studentessa

**Tartaglione Irene**                    Add Friend

Marcianise

**Irene Tartaglione**                    Add Friend

**Irene Tartaglione**                    Add Friend

casalinga moglie è mamma

End of Results

**Trending**

**Cards Against Humanit**
Cards Against Humanity
the U.S. border - cbsnev

**Richard Cordray**
Richard Cordray Announ
From CFPB - bloomberg

**Whole Foods Market**
Amazon cuts prices aga
ahead of the holidays -

**UCLA Bruins Men's Ba**
3 UCLA basketball playe
shoplifting, back home f

**Deadpool 2**
The new teaser trailer fc
one big spoof... - conse

**La Silla Observatory**
Newly discovered nearb
support life - cnn.com

**Oakland, California**
Scientists Have Made T
at Gene Editing Inside a

**Potomac Falls, Virgini**
A GoFundMe for the bic
flipping off the President

**Kim Jong-un**
North Korea 'sentences
insulting Kim Jong-un -

**Ali Velshi**
Analysis | Roy Moore's
bizarre defense of... - w

**Learn More**

English (US) · Español ·
Português (Brasil) · Français
· Deutsch

Privacy · Terms · Advertising
Cookies · More
Facebook © 2017

Chat (32)

Renee Matos

AJ Home

All    Posts    **People**    Photos    Videos    Pages    Places    Groups    Apps    Events    Links

## Filter Results

**City**

Any city

Philadelphia,
Pennsylvania

Atlanta, Georgia

Choose a city...

**Education**

Any school

Starr's Mill High
School PTSO

Kennesaw State
University

Peirce College

Choose a school...

**Work**

Any company

Choose a company...

**Mutual Friends**

Anyone

Friends

Friends of Friends

Mutual friends with...

### We couldn't find anything for Renee Matos

Looking for people or posts? Try entering a name, location, or
different words.

**Trending**

**Cards Against Human**
Cards Against Humanity
the U.S. border - cbsne

**Richard Cordray**
Richard Cordray Annou
From CFPB - bloomberg

**Whole Foods Market**
Amazon cuts prices aga
ahead of the holidays - 

**UCLA Bruins Men's B**
3 UCLA basketball play
shoplifting, back home f

**Deadpool 2**
The new teaser trailer fc
one big spoof... - conse

**La Silla Observatory**
Newly discovered nearb
support life - cnn.com

**Oakland, California**
Scientists Have Made T
at Gene Editing Inside e

**Potomac Falls, Virgini**
A GoFundMe for the blo
flipping off the President

**Kim Jong-un**
North Korea 'sentences
insulting Kim Jong-un - 

**Ali Velshi**
Analysis | Roy Moore's 
bizarre defense of... - w

**Learn More**

English (US) · Español ·
Português (Brasil) · Français
· Deutsch

Privacy · Terms · Advertising
Cookies · More
Facebook © 2017

 **Home**     **Moments**          Renee Tartaglione    🔍          Have an account? **Log in ⌄**

# Renee Tartaglione

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Search filters · Show**

## New to Twitter?

Sign up now to get your own
personalized timeline!

**Sign up**

## Worldwide trends

**#TheApprentice**
22.6K Tweets

**#PeakyBlinders**
21.1K Tweets

**#زد_رصيدك44**
159K Tweets

**#IveteEDD11NoTVZ**
28.2K Tweets

**#NouvelleStar**
7,101 Tweets

**Google Docs**
99.9K Tweets

**Blake Shelton**
152K Tweets

**Warped Tour**
29K Tweets

**FCS SIGAM FCS**
22.8K Tweets

**Kannemann**
1,965 Tweets

## No results for Renee Tartaglione

The term you entered did not bring up any results. You may have mistyped
your term or your search setting could be protecting you from some
potentially sensitive content.

© 2017 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

**in**   Q Renee Tartaglione         Try Pre
for F

All     People     Jobs     Content     Companies     Groups     Schools

**We're Real Estate Bankers - Hire ex-Goldman bankers to help w/ models, research and de**

## No results found.

Tips to get the most out of search:

- Please make sure your keywords are spelled correctly
- Try different keywords for names, skills, or titles
- Try fewer and less specific keywords
- Try searching with fewer filters

## Looking for someone not yet on LinkedIn? Invite them.

Enter email addresses here, separated by comma

**How do you want to invite your contacts to LinkedIn?**

⦿ I'd like to add you to my professional network

◯ LinkedIn can help you build a network, like I'm doing

◯ Try LinkedIn if you're looking to find the right job

◯ Let's use LinkedIn to keep in touch more often

◯ LinkedIn keeps me informed, it might give you an edge at work

Invite

&+ **See more options to invite contacts**

Messaging

# EXHIBIT E

# GILL & ASSOCIATES, INC.
*PRIVATE INVESTIGATIONS*
*1500 WALNUT STREET*
*SUITE 1050*
*PHILADELPHIA, PENNSYLVANIA 19102*

SENIOR INVESTIGATORS:
JOSEPH GILL
CRAIG GRIBBIN
ERIC KRAMER
FRANK GRIBBIN
TIMOTHY MADUZIA
ANGELA MARTIN
AMANDA BURDZIAK
ANALISE DENNIS
STEFANIE EICHMANN

(215) 790-0800
FAX: (215) 790-1576
E-MAIL: GILLANDASSOCIATES@VERIZON.NET
WWW.GILLANDASSOCIATES.COM

*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY*

November 16, 2017

Schafkopf Law, LLC
11 Bala Avenue
Bala Crynwyd, Pennsylvania 19004

Attention:     Yanna Panagopoulos

Re:     Right Track Management & Fares Yasin v. Leonard Brown, et al
        Our File Number:     17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is continuing. Enclosed please find our Report of Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**


Joseph Gill

JG/ad








# Gill & Associates, Inc.
## REPORT OF INVESTIGATION

| | |
|---|---|
| Subject of Investigation:<br>**Carlos Matos** | Requested By:<br>**Yanna Panagopoulos** |
| Your File No.<br>Our File No:  **17-10015** | Date of Request: **11/15/2017**<br>Date of Report:  **11/16/2017**<br>Status of Case:   **Continuing** |

## INFORMATION RECEIVED:

Counsel provided a Civil Action Summons that needs to be served upon the defendant, Carlos Matos.

## ASSIGNMENT:

The assignment in this matter consisted of locating the defendant, Carlos Matos.

## INVESTIGATION CONDUCTED:

Investigation into this matter consists of conducting record searches in an effort to locate and serve the defendant, Carlos Matos.

## COMPUTER RECORDS:

A search of computer records determined that Carlos Matos has the date of birth of November 14, 1948 and the social security number of 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. Mr. Matos' most recent addresses are 2122 North Hancock Street in Philadelphia, Pennsylvania 19122 and 111 West Cumberland Street in Philadelphia, Pennsylvania 19133.

A copy of these records have been obtained and attached for your review.

## DEPARTMENT OF MOTOR VEHICLE SERVICES:

Efforts are currently underway to determine vehicles registered to Carlos Matos and counsel will be kept advised.

## PENNSYLVANIA STATEWIDE VOTER REGISTRATION RECORDS:

A search conducted through the Board of Elections Office determined that Carlos Matos, with the date of birth of November 14, 1948, last registered to vote on March 1, 2007 at the address of 2122 North Hancock Street in Philadelphia, Pennsylvania 19122 and last voted on November 7, 2017.

     

**TELEPHONE RECORDS:**

A reverse search of the address 2122 North Hancock Street determined that Carlos Matos does not maintain a listing at this address.

A reverse search of the addresses 111 West Cumberland Street determined that a individual by the name of Carlos Matos Jr. maintains a non-published listing at this address. The investigator was unable to determine if this same individual was the subject of this investigation.

Additional searches determined that Carlos Matos is associated with the telephone numbers of (215)634-3962, (630)493-0599, (267)909-8385 and (215)519-4888.

> An investigator attempted to contact the telephone number (215)634-3962, a number of which is maintains a published listing by an individual by the name of Chantal F. Kiernan at the address of 1513 East Montgomery Avenue in Philadelphia, Pennsylvania 19125, and determined that this line continues to ring without forwarding to an automated voicemail box.

> An investigator attempted to contact the telephone number of (630)493-0599, of which maintains a published listing under by an individual by the name of Linda F. Powers at the address of 21360 North Laurine Drive in Barrington, Illinois 60010, and determined that this line is no longer in service.

> An investigator attempted to contact the telephone number of (267)909-8385, of which maintains a published listing under Carlos M. Matos Jr. at the address of 111 West Cumberland Street, Apartment 1 in Philadelphia, Pennsylvania 19133, and determined that this line is no longer in service.

>> Please be advised that an additional number associated with this published listing is (215)427-0257. An investigator attempted to contact the telephone number of (215)427-0257 and determined that this line continues to ring without forwarding to an automated voicemail box.

> An investigator attempted to contact the telephone number of (215)519-4888 and determined that it is no longer in service.

**CITY HALL, PHILADELPHIA, PENNSYLVANIA:**

**Property Records:** A search of the Tax Assessor's records determined that Renee and Margaret Tartaglione are the current owners of the property located at 2122 North Hancock Street by the sale date of November 24, 2003. Please be advised that the owner's mailing address is recorded as the same.

     

A search of the Tax Assessor's records determined that Carlos Matos Jr. is the current owner of the property located at 111 West Cumberland Street by the sale date of April 30, 2015. Please be advised that the owner's mailing address is recorded as the same.

A copy of these property records have been obtained and attached for your review.

**Civil Records:** A search of the Prothonotary's records determined that multiple individuals by the name of Carlos Matos have been involved in 45 civil matters within this court, the most recent matters being in 2017. However, the investigator was unable to determine the subject of this investigation.

A copy of these case summaries have been obtained and attached for your review.

**Marriage Records:** A search of the Philadelphia Register of Wills determined that four individuals by the name of Carlos Matos have applied for a marriage license between 1995 and the current date.

A copy of these marriage summaries have been obtained and attached for your review.

## PHILADELPHIA MUNICIPAL COURT:

A search of Philadelphia Municipal Court records determined that Carlos Matos has not been involved in any civil matters in this court as a Plaintiff.

A search of Philadelphia Municipal Court records determined that two individuals by the name of Carlos Matos have been involved in two civil matters within this court as a Defendant.

> In the first matter in 2010, Mr. Matos' address is recorded as 523 West Abottsford Avenue, 2nd Floor in Philadelphia, Pennsylvania 19144. Please be advised that there is no indication that this individual is the subject of this investigation.

> In the most recent matter in 2014, Carlos Matos' address is recorded as 2122 North Hancock Street in Philadelphia, Pennsylvania 19122.

A copy of these case dockets have been obtained and attached for your review.

## PHILADELPHIA INMATE LOCATOR:

A search of Philadelphia's inmate locator determined that Carlos Matos is not currently incarcerated in Philadelphia.

     

## CRIMINAL JUSTICE CENTER, PHILADELPHIA, PENNSYLVANIA:

A search of the Unified Judicial System Magisterial District Court criminal records determined that Carlos Matos, with the date of birth of November 14, 1948, has not been involved in any criminal matters within this court.

A search of the Unified Judicial System Common Pleas records criminal records determined that Carlos Matos, with the date of birth of November 14, 1948, has been involved in several criminal matters within this court, the most recent being in 2004. In this case matter, Carlos Matos' address is recorded as Philadelphia, Pennsylvania 19122.

A copy of this case docket has been obtained and attached for your review.

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS:

A search of the Pennsylvania Inmate Locator determined that Carlos Matos, with the date of birth of November 14, 1948, is not currently incarcerated in the state of Pennsylvania.

## NATIONWIDE

## UNITED STATES DISTRICT COURT RECORDS:

**Civil:** A search of United States District Court records determined that individuals by the name of Carlos Matos have been involved in three civil matters within this court in 2017.

> The case matter of *Right Track Management Inc, et al v. Juniata Community Mental Healthy Clinic, Inc. et al,* is determined to be counsel's case. However, this case docket does not have a recorded address for Mr. Matos.

> The case matter of *Acosta et al v. Democratic City Committee et al,* has an individual by the name of Carlos Matos identified as a Wardleader. However, the case docket does not have a recorded address for Mr. Matos. Please be advised that there is no indication that this individual is the subject of this investigation.

> The third case matter of *Acosta et al v. Democratic City Committee at al,* has been determined as a repeated case of the aforementioned case matter.

A copy of these case dockets have been obtained and attached for your review.

**Criminal:** A search of United States District Court records determined that two individuals by the name of Carlos Matos have been involved in criminal matters within this court in the state of Pennsylvania, the most recent being in 2011; however, neither of these case dockets have a recorded address on file. A copy of the most recent case docket has been obtained and attached for your review.

     

Please note that these searches were conducted on a nationwide basis.

**UNITED STATES BANKRUPTCY COURT:**

A search of United States Bankruptcy Court records determined that Carlos Matos, with the social security number of 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, has not filed for bankruptcy on any occasion.

**FEDERAL BUREAU OF PRISONS:**

A search of the Federal Inmate Locator determined that an individual by the name of Carlos Matos, who is at the age of 69, has a record of being incarcerated in federal prison, identified by the register number of 41398-050. Mr. Matos was released on June 23, 2010.

**WWW.FACEBOOK.COM:**

A search of www.facebook.com identified multiple social networking profiles for an individual by the name of Carlos Matos. However, the investigator was unable to determine the subject of this investigation.

A copy of these profiles have been obtained and attached for your review.

**WWW.TWITTER.COM:**

A search of www.twitter.com identified too many social networking profiles for an individual by the name Carlos Matos and the investigator was unable to determine the subject of this investigation.

**WWW.LINKEDIN.COM:**

A search of www.linkedin.com identified too many social networking profiles for an individual by the name of Carlos Matos and the investigator was unable to determine the subject of this investigation.

**UNITED STATES POSTAL SERVICE:**

Efforts are currently underway to speak with the postal carriers who service these addresses in order to determine if Carlos Matos currently resides at the aforementioned addressees listed in this report.

     

**SUMMARY:**

Active investigation into this matter is continuing and counsel will be kept advised.

Kindest regards,
**GILL & ASSOCIATES**


Joseph Gill

JG/ad

     

| | | | | | |
|---|---|---|---|---|---|
| ▦ | MATOS CARLO S M | 3x2122 N HANCOCK ST PHILADELPHIA PA 19122-1609 **Reported:** 10/05/2006 - 11/16/2017 **County:** Philadelphia | Ma p It | **Issued:** 1964-1966 in PA **DOB:** 11/14/1948 **Age:** 69 | Landline: (215)63 4-3962 Landline: (630)49 3-0599 Landline: (267)90 9-8385 |
| ▦ | MATOS CARLO S M | 2x111 W CUMBERLAND ST PHILADELPHIA PA 19133-4016 **Reported:** 10/11/2000 - 01/01/2016 **County:** Philadelphia | Ma p It | **Issued:** 1964-1966 in PA **DOB:** 11/14/1948 **Age:** 69 | Landline: (267)90 9-8385 Cell: (215)519- 4888 Landline: (215)63 4-3962 |

Name: CARLOS M MATOS
Date of Birth: **11/xx/1948**
Age: **69**
LexID: 001633822791
SSN: xxx-xx-xxxx issued
in Pennsylvania between **1/1/1964** and **12/31/1966**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**
CARLOS J MATOS
    Age: **69**  SSN: xxx-xx-xxxx
CARLOS MATOS
    Age: **69**  SSN: xxx-xx-xxxx
CARLOS C MATOS
    Age: **69**  SSN: xxx-xx-xxxx
CARLO M MATOS
    Age: **69**  SSN: xxx-xx-xxxx
CARLAS MATOS
    Age: **69**  SSN: xxx-xx-xxxx

**Indicators**

Bankruptcy: No
Property: No
Corporate
Affiliations: No

▱ **Address Summary:** View All Address Variation Sources ▤

✔ **2122 N HANCOCK ST, PHILADELPHIA, PA 19122-1609, PHILADELPHIA COUNTY** (Jun 2005 - Nov 2017)
111 W CUMBERLAND ST, PHILADELPHIA, PA 19133-4016, PHILADELPHIA COUNTY (Jun 2001 - Dec 2013)
1324 N 4TH ST APT, PHILADELPHIA, PA 19122-4414, PHILADELPHIA COUNTY (Jul 1976 - Sep 2010)
5157 OXFORD AVE APT 1, PHILADELPHIA, PA 19124-2531, PHILADELPHIA COUNTY (Jun 1998 - Dec 2005)
1300 N 4TH ST 2ND, PHILADELPHIA, PA 19122-4414, PHILADELPHIA COUNTY (Apr 1997 - Jun 2001)
2341 N LAWRENCE ST, PHILADELPHIA, PA 19133-2922, PHILADELPHIA COUNTY (Dec 1995)
2114 N HANCOCK ST APT, PHILADELPHIA, PA 19122-1633, PHILADELPHIA COUNTY (Feb 1992 - Nov 1995)
23459 LAWRENCE ST, PHILADELPHIA, PA 19122, PHILADELPHIA COUNTY (Sep 1995)
470 ADAMS AVE APT, ELIZABETH, NJ 07201-1411, UNION COUNTY (Jul 1976 - May 1981)



# 2122 N Hancock St
# Philadelphia, PA 19122



## Neighborhood: Lower North



## Single-family residence

Square footage
2,508
Lot size (acres)
0.07
Bedrooms
4
Bathrooms
1.0
Year built
1915
Year sold
2003
Last sale price
$83K
Price / sqft
$33
Property Details

## Please try searching again. No results for the unit you searched.

e.g 123          Search

## 2 current residents


No current residents
Unit 1

Renee T Tartaglione
Age 60-64


Juan M Matos

## Neighbors

| List | Map |

1
2124 N Hancock St # 1
No current residents
2
2122 N Hancock St # 1
No current residents
3
2126 N Hancock St # 1
Raymond K Gibson
4
2104 N Hancock St Apt 1
Leeza Enriquez
+ 4 more residents
5
2132 N Hancock St # 1
No current residents
6
2106 N Hancock St # 1
Anthony John Barham
+ 2 more residents
7
2116 N Hancock St Apt 1
Steven Lopez
+ 4 more residents
+more
Show more neighbors

| Large Map |



**Free McAfee®
Antivirus**

Easy-to-use security defends against
viruses, ransomware, and other online
threats.





# 111 W Cumberland St
# Philadelphia, PA 19133



## Neighborhood: Lower North

## Single-family residence

Square footage
732
Lot size (acres)
0.01
Bedrooms
3
Bathrooms
1.0
Year built
1920
Year sold
2015
Property Details
🔍

## Please try searching again. No results for the unit you searched.

| e.g 123 | Search |

## 6 current residents


Carlos M Matos Jr.
Unit 1

No current residents
Unit 2f

Janice I Matos
+4
Show other residents

## Neighbors

| List | Map |

1
111 W Cumberland St # 1
Carlos M Matos Jr.
2
109 W Cumberland St # 19139
No current residents
3
111 W Cumberland St # 2f
No current residents
4




# (215) 634-3962

Registered in Philadelphia, PA
Call



## Landline phone number



## Spam/Fraud Potential: Low Risk

Got a spam call from this number? Help protect the community and **report it Thanks, your comment has been submitted.**
Phone Number Details




## Chantal F Kiernan

Owner of (215) 634-3962



## 1513 E Montgomery AvePhiladelphia PA 19125-2709

Neighborhood: River Wards
Oops! A map couldn't be rendered for this address.
SHOW MAP



## Mobile phone number

Mobile Subext Why?



## (215) 634-3962

Landline



# (630) 493-0599

Registered in Barrington, IL
Call



## Landline phone number

Ameritech



## Spam/Fraud Potential: Low Risk

Got a spam call from this number? Help protect the community and **report it Thanks, your comment has been submitted.**
Phone Number Details





## Linda F Powers

Owner of (630) 493-0599



## Age 55-59



## 21360 N Laurine DrBarrington IL 60010-2848

Neighborhood: Sunset Estates
Oòps! A map couldn't be rendered for this address.
SHOW MAP



## (630) 493-0599

Landline



# (267) 909-8385

Registered in Philadelphia, PA
Call



## Fixed Voip phone number



## Spam/Fraud Potential: Low Risk

Got a spam call from this number? Help protect the community and **report it Thanks, your comment has been submitted.**
Phone Number Details





## Carlos M Matos Jr.

Owner of (267) 909-8385



## Age 65+



## 111 W Cumberland St # 1Philadelphia PA 19133-4016

Neighborhood: Lower North
Oops! A map couldn't be rendered for this address.
SHOW MAP

## Mobile phone number

Mobile Subext Why?

# (267) 909-8385

VoIP

# (215) 427-0257

Landline



## Previous locations

Philadelphia, PA

PREMIUM 

# Phone Owner Details

Premium has hard-to-find contact details and public records



## 1 Additional phone number



## 6 Previous addresses

View Premium Summary
Other people linked to this phone



Priscilla Cruz



Nathanie Rodriguez



Carlos M Matos
Age 69

N Rodriguez
Birth, Marriage, & Death Records for Carlos Matos
Sponsored by Ancestry.com



# (215) 519-4888

Mobile number



## Phone number owner

**View owner's name**



## Spam/Fraud Potential: Low Risk

**You can call with confidence.** (215) 519-4888 appears to be a valid caller that presents practically no risk of scam or fraud.
Got a spam call from this number? **Report it**
**Thanks, your comment has been submitted.**
View Details





## Owner Details

## Details on owner of (215) 519-4888

PREMIUM



Current address
Philadelphia, PA
View full address



Family members
Relatives of the owner
View all relatives



Phone numbers
Mobile and landline info
View all phone numbers



# 2122 N HANCOCK ST

Philadelphia, PA 19122-1609

## OWNER

# TARTAGLIONE RENEE
# TARTAGLIONE MARGARET

## MAILING ADDRESS

**2122 N HANCOCK ST**
**Philadelphia, PA**
**19122-1609**

## VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|------|------|------|------|------|
| 2018 | $87,300 | $26,190 | $31,110 | $0 | $30,000 |
| 2017 | $87,300 | $26,190 | $31,110 | $0 | $30,000 |
| 2016 | $87,300 | $13,036 | $44,264 | $0 | $30,000 |
| 2015 | $87,300 | $13,036 | $74,264 | $0 | $0 |
| 2014 | $87,300 | $13,036 | $74,264 | $0 | $0 |
| 2013 | $15,000 | $1,808 | $2,992 | $0 | $0 |
| 2012 | $15,000 | $1,808 | $2,992 | $0 | $0 |

## SALES DETAILS

| | |
|------|------|
| SALES PRICE: **$83,000** | SALES DATE: **11/24/2003** |

## PROPERTY DETAILS

OPA ACCOUNT: **191090700**
HOMESTEAD EXEMPTION: **Yes**
DESCRIPTION: **S/D W/D GAR 3 STY MASONRY**

# 111 W CUMBERLAND ST

Philadelphia, PA 19133-4016

OWNER

# MATOS CARLOS JR

MAILING ADDRESS

**111 W CUMBERLAND ST**
**Philadelphia, PA**
**19133-4016**

## VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|--------------|--------------|---------------------|-------------|---------------------|
| 2018 | $32,600 | $8,411 | $24,189 | $0 | $0 |
| 2017 | $32,600 | $8,411 | $24,189 | $0 | $0 |
| 2016 | $32,600 | $1,680 | $30,920 | $0 | $0 |
| 2015 | $39,800 | $1,680 | $38,120 | $0 | $0 |
| 2014 | $39,800 | $1,680 | $38,120 | $0 | $0 |
| 2013 | $1,500 | $318 | $162 | $0 | $0 |
| 2012 | $1,500 | $318 | $162 | $0 | $0 |

## SALES DETAILS

SALES PRICE: **$39,801**          SALES DATE: **4/30/2015**

## PROPERTY DETAILS

OPA ACCOUNT: **192291500**
HOMESTEAD EXEMPTION: **No**
DESCRIPTION: **ROW 2 STY MASONRY**
CONDITION: **Average**
BEGINNING POINT: **62' W FRONT ST**



The Philadelphia Courts
# Civil Docket Access

🛒 No Items in Cart   **LOGIN**

**Person/Company Name Search Results**

A $5 Convenience fee will be added to the transaction at checkout.

▶ Home      ▶ New Search

**Phonetic Search:** off   **Last Name:** Matos   **First Name:** Carlos

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| MATOS, CARLOS M | 2122 N HANCOCK ST PHILADELPHIA PA 19122-1609 **Case ID:** _101220014_ *IRS VS MATOS ETAL* | DFT | 06-DEC-2010 |
| MATOS, CARLOS M | 444 E ELKHART PH PHILADELPHIA PA 19134 **Case ID:** _011049546_ *CITY OF PHILADELPHIA-TRAFFIC COURT VS. MATOS* | DFT | 12-OCT-2001 |
| MATOS, CARLOS M | 1324 N. 4TH ST PHILADELPHIA PA **Case ID:** _840203286_ *MATOS VS. TRAVELERS INSURANCE COMPANY* | PLF | 21-FEB-1984 |
| MATOS, CARLOS M | NO ADDRESS GIVEN PA **Case ID:** _840200354_ *IN RE: NOMINATION PET. OF CARLOS M. MATOS* | PLF | 07-FEB-1984 |
| MATOS, CARLOS M | 1324 N.4TH ST PHILADELPHIA PA 19122 **Case ID:** _831104510_ *MATOS VS. TRAVELERS INS.CO.* | PLF | 30-NOV-1983 |
| MATOS, CARLOS RAMON | 833 E SCHILLER ST PHILADELPHIA PA 19134 **Case ID:** _161153732_ *COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. MATOS* | DFT | 03-DEC-2016 |
| MATOS, CARLOS | 3063 N MASCHER ST PHILADELPHIA PA 19133 **Case** | DFT | 02-JAN-2017 |

| | | | |
|---|---|---|---|
| | **ID:** _161256992_ COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. FIGUEROA | | |
| MATOS, CARLOS | 2944 PASSMORE ST. PHILADELPHIA PA 19149 **Case ID:** _161255442_ COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. FIGUEROA | DFT | 02-JAN-2017 |
| MATOS, CARLOS | 2944 PASSMORE ST. PHILADELPHIA PA 19149 **Case ID:** _161255440_ COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. FIGUEROA | DFT | 02-JAN-2017 |
| MATOS, CARLOS | 3403 N 3RD ST PHILADELPHIA PA 19140 **Case ID:** _161153479_ COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. GONZALES | DFT | 03-DEC-2016 |
| MATOS, CARLOS | 3403 N 3RD ST PHILADELPHIA PA 19140 **Case ID:** _161153478_ COMMONWEALTH OF PA-1ST JUDICIAL DIST VS. GONZALES | DFT | 03-DEC-2016 |
| MATOS, CARLOS | 2122 N HANCOCK ST PHILADELPHIA PA 19122 **Case ID:** _150601235_ COMMONWEALTH OF PA VS MATOS | DFT | 09-JUN-2015 |
| MATOS, CARLOS | 425 WEST BERKS STREET PHILADELPHIA PA 19122 **Case ID:** _140800926_ YARNELL VS COLON ETAL | DFT | 07-AUG-2014 |
| MATOS, CARLOS | 3403 N 3RD ST PHILADELPHIA PA 19140 **Case ID:** _130955417_ CITY OF | DFT | 15-SEP-2013 |

| | *PHILADELPHIA-CLERK OF QS VS. GONZALES* | | |
|---|---|---|---|
| MATOS, CARLOS | 1400 N 16TH ST APT C9<br>PHILADELPHIA PA 19121-4282<br>**Case ID:** *130300745  COMMONWEALTH OF PA VS MATOS* | DFT | 06-MAR-2013 |

Page: <u>Next</u>  <u>Last</u>
**Records Found:** 45,  **Displayed:** 1  **to**  15





User Accepts/Agrees to <u>Disclaimer</u>.Not for official use.



**phila.gov**

**register of wills**

Thursday, November 16th 11:52:06 AM

HOME| RESIDENTS | BUSINESS | VISITORS | TERMS OF USE

| SITE CONTENTS |
| :---: |
| HOME |
| ABOUT |
| WILLS |
| ESTATES |
| INHERITANCE TAX |
| MARRIAGE LICENSES |
| MARRIAGE RECORDS |
| FEE SCHEDULE |
| FILING REQUISITES |
| FORMS |
| F.A.Q. |
| GLOSSARY OF TERMS |
| RESOURCES & LINKS |
| CONTACT US |

**REQUEST PROBATE RECORD**

**SEARCH MARRIAGE RECORDS**

**REQUEST MARRIAGE RECORD**

**ATTORNEY LOG-IN**

## Search Marriage Records

| NOTE |
| :--- |
| 1. A fee is levied for issuing a copy of a marriage record. For information on how to obtain a copy and the fees involved, **click here**. |
| 2. Please note that the range of Marriage Record data is currently limited. The Register of Wills is continuing to update the range of data. However, it is estimated that the data will go back only as far as 1995 after this process is completed. |

Applicant 1 First Name: Carlos

Applicant 1 Last Name: Matos

Applicant 2 First Name:

Applicant 2 Last Name:

License Date - From:      To:

(Enter dates as MM/DD/YYYY)

**Need help searching? Click here for help.**

| Search | | Clear the Form |
| :---: | :---: | :---: |

| Applicant 1 | Applicant 2 | Date of License | License Number | |
| :--- | :--- | :--- | :--- | :---: |
| CARLOS M. MATOS | CONFESORA JOAQUIN | 11/04/2012 | 131569 | Get Copy |
| CARLOS MANUEL MATOS JR | JANICE I. ESTABROOK | 02/16/2013 | 136264 | Get Copy |
| CARLOS MATOS | MARISOL SERRANO | | 45502 | Get Copy |
| CARLOS MATOS | RENEE TARTAGLIONE | | 73773 | Get Copy |
| | | 1 | | |

Click the [icon] icon to request copy of the marriage record

THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

HOME    CASE SEARCH    LOGOUT

PHILADELPHIA MUNICIPAL COURT                    Thursday, November 16, 2017 | *GUEST USER*

## CMS - Search Screen

### Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

| | |
|---|---|
| **Type:** | Plaintiff ▼ |
| **Case Type:** | Select... ▼ |
| **Start Date:** 11/16/2007 📅 | **End Date:** 11/16/2017 📅 |
| **Search:** | %Carlos%Matos% |

No records were found.

THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

HOME      CASE SEARCH      LOGOUT

PHILADELPHIA MUNICIPAL COURT                    **Thursday, November 16, 2017 | GUEST USER**

## CMS - Search Screen

### Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

| Type: | Defendant ▼ |
| --- | --- |
| **Case Type:** | Select... ▼ |
| **Start Date:** 11/16/2007 | **End Date:** 11/16/2017 |
| **Search:** | %Carlos%Matos% |

| Case Number | Matching Party | Plaintiffs | Defendants |
| --- | --- | --- | --- |
| CE-14-05-70-0432 | CARLOS MATOS | Commonwealth of Pennsylvania, City of Philadelphia | CARLOS MATOS(D1) |
| LT-10-11-18-5485 | CARLOS MATOS | CRICKET COMMONS LUXURY SUITES INC | CARLA ARBUCKLE(D1) CARLOS MATOS(D2) |

1 to 2 of 2 records are displayed.

# Case Docket View : LT-10-11-18-5485

## Parties

### Complaint claim

| | | |
|---|---|---|
| **CRICKET COMMONS LUXURY SUITES INC** | *Plaintiff* | **CARLA ARBUCKLE**    *Defendant #1*<br>Disposed |
| | 6828 TORRESDALE AVE<br>PHILADELPHIA, PA 19135 | 523 W. ABBOTTSFORD AVE<br>2ND FLR<br>PHILADELPHIA, PA 19144 |
| **KENNETH L BARITZ** | | |
| | | **CARLOS MATOS**    *Defendant #2*<br>Disposed |
| | | 523 W. ABBOTTSFORD AVE<br>2ND FLR<br>PHILADELPHIA, PA 19144 |

## Additional Information

**Revenue Case ID**

**Property Address**

523 W. ABBOTTSFORD AVE, 2ND FLR, PHILADELPHIA, PA 19144

## Docket Entries

| # | Filing Date | Description | Results / Comments | Parties Involved |
|---|---|---|---|---|

| # | Filing Date | Description | Results / Comments | Parties Involved | |
|---|---|---|---|---|---|
| 1 | 11/18/2010 | Landlord Tenant Complaint | Hearing Scheduled: 12/16/2010 08:45 AM Hearing Room 4B Fee: $110.50 Amount at Issue: $2,304.17 Interviewer Code: 136 | **BRENDA SACKS** CRICKET COMMONS LUXURY SUITES INC CARLA ARBUCKLE CARLOS MATOS | Filer P D1 PWS D2 PWS |
| 2 | 11/18/2010 | Plaintiff Instructions LT | Plaintiff Instructions | **BRENDA SACKS** CRICKET COMMONS LUXURY SUITES INC CARLA ARBUCKLE CARLOS MATOS | Filer P D1 D2 |
| 3 | 11/18/2010 | ADA - ADA Notice | ADA | **BRENDA SACKS** CRICKET COMMONS LUXURY SUITES INC CARLA ARBUCKLE CARLOS MATOS | Filer P D1 D2 |
| 4 | 11/18/2010 | LT Instructions all parties | Instructions | **BRENDA SACKS** CRICKET COMMONS LUXURY SUITES INC CARLA ARBUCKLE CARLOS MATOS | Filer P D1 D2 |

| # | Filing Date | Description | Results / Comments | Parties Involved | |
|---|---|---|---|---|---|
| 5 | 11/18/2010 | Legal Information | | **BRENDA SACKS**<br>CRICKET<br>COMMONS LUXURY SUITES INC<br>CARLA ARBUCKLE<br>CARLOS MATOS | Filer<br>P<br><br>D1<br>D2 |
| 6 | 11/18/2010 | Non-Military Affidavit | Non-Military Affidavit - CARLA ARBUCKLE | **BRENDA SACKS**<br>CRICKET<br>COMMONS LUXURY SUITES INC<br>CARLA ARBUCKLE | Filer<br>P<br><br>D1 |
| 7 | 11/18/2010 | Non-Military Affidavit | Non-Military Affidavit - CARLOS MATOS | **BRENDA SACKS**<br>CRICKET<br>COMMONS LUXURY SUITES INC<br>CARLOS MATOS | Filer<br>P<br><br>D2 |
| 8 | 11/18/2010 | Exhibit | LEASE,LIC & NOTICE TO TENANT | **BRENDA SACKS**<br>CRICKET<br>COMMONS LUXURY SUITES INC<br>CARLA ARBUCKLE<br>CARLOS MATOS | Filer<br>P<br><br>D1<br>D2 |
| 9 | 12/03/2010 | Affidavit of Service | Service made for: CARLA ARBUCKLE | **CMS User**<br>CARLA ARBUCKLE | Filer<br>D1 |
| 10 | 12/03/2010 | Affidavit of Service | Service made for: CARLOS MATOS | **CMS User**<br>CARLOS MATOS | Filer<br>D2 |

| # | Filing Date | Description | Results / Comments | Parties Involved | |
|---|---|---|---|---|---|
| 11 | 12/16/2010 | Disposition - Continued | Continued To 01/20/2011 8:45 AM in Room: 4B. Parties Appearing: CRICKET COMMONS LUXURY SUITES INC, KENNETH BARITZ. | **Marsha H. Neifield** | Filer |
| | | | | CARLA ARBUCKLE | D1 |
| 12 | 12/16/2010 | Notice - Notice of Continuance | | **Marsha H. Neifield** | Filer |
| | | | | CARLA ARBUCKLE | D1 |
| 13 | 12/16/2010 | Disposition - Continued | Continued To 01/20/2011 8:45 AM in Room: 4B. Parties Appearing: CRICKET COMMONS LUXURY SUITES INC, KENNETH BARITZ. | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D2 |
| 14 | 12/16/2010 | Notice - Notice of Continuance | | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D2 |
| 15 | 01/20/2011 | Disposition - Withdrawn without Prejudice | Withdrawn without Prejudice. Parties Appearing: KENNETH BARITZ. | **Marsha H. Neifield** | Filer |
| | | | | CARLA ARBUCKLE | D1 |
| 16 | 01/20/2011 | Disposition - Withdrawn without Prejudice | Withdrawn without Prejudice. Parties Appearing: KENNETH BARITZ. | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D2 |

# Case Docket View : CE-14-05-70-0432

## Parties

### Complaint claim

**Commonwealth of Pennsylvania, City of Philadelphia**

*Plaintiff*
Department:
Business Tax
Philadelphia, PA
19102

TINA LAWSON

**CARLOS MATOS**
Disposed

*Defendant #1*
2122 N HANCOCK
STREET
PHILADELPHIA,
PA 19122

### Additional Information

### Revenue Case ID

1763229

### Docket Entries

| # | Filing Date | Description | Results / Comments | Parties Involved |
|---|---|---|---|---|
| 1 | 05/23/2014 | Code Enforcement Complaint | Hearing Scheduled: 07/11/2014 10:00 AM Hearing Room 1<br>Fee: $100.00<br>Amount at Issue: $5,000.00 | **TINA LAWSON** Filer<br>Commonwealth of P Pennsylvania, City of Philadelphia<br>CARLOS MATOS D1PWS |
| 2 | 05/23/2014 | ADA - ADA Notice | ADA | **TINA LAWSON** Filer<br>Commonwealth of P Pennsylvania, City of Philadelphia<br>CARLOS MATOS D1 |

| # | Filing Date | Description | Results / Comments | Parties Involved | |
|---|---|---|---|---|---|
| 3 | 05/23/2014 | Instruction Notice - Instruction Notice | Instructions | **TINA LAWSON** | Filer |
| | | | | Commonwealth of Pennsylvania, City of Philadelphia | P |
| | | | | CARLOS MATOS | D1 |
| 4 | 06/10/2014 | Affidavit of Service | Service made for: CARLOS MATOS | **CMS User** | Filer |
| | | | | CARLOS MATOS | D1 |
| 5 | 07/11/2014 | Disposition - Continued | Continued To 09/09/2014 10:00 AM in Room: 1. Parties Appearing: Commonwealth of Pennsylvania, City of Philadelphia, TINA LAWSON. | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D1 |
| 6 | 07/11/2014 | Notice - Notice of Continuance | | **Marsha H. Neifield** | Filer |
| | | | | Commonwealth of Pennsylvania, City of Philadelphia | P |
| | | | | CARLOS MATOS | D1 |
| 7 | 09/09/2014 | Disposition - Judgment for Plaintiff by Default | Judgment for Plaintiff by Default. Judgment in the amount of $5,000.00, plus $100.00 Costs. Entered 09/09/2014 11:28 AM. | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D1 |
| 8 | 09/09/2014 | Notice - Notice of Judgment | | **Marsha H. Neifield** | Filer |
| | | | | CARLOS MATOS | D1 |

Office of CJO · 215-685-7093, 7080,7711        Home / Phila.gov   Sitemap   Feedback




- **Training Academy**
- **Access To Inmates**
- **Feedback Form**
- **News**
- **Opportunities**
- **Links**

# Please Enter Criteria to search for an Inmate.

```
┌────────────────── Facility ──────────────────┐
│  ASDCU          CFCF            D/C           │
│  HOC            PICC            RCF           │
└──────────────────────────────────────────────┘
```

```
┌────────────── Search Criteria ───────────────┐
│        PPN:                                    │
│  Last Name:  Matos                             │
│  First Name:  Carlos                           │
│  Date of Birth:            (mm/dd/yyyy)        │
│         [ Find Inmate ]  [ Clear ]             │
└──────────────────────────────────────────────┘
```

**No Result Found.**

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of th pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inacc data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history backgrou can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History R Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket numb need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informatio is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The abi and review information contained in these web docket sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown (default search type is by Docket Number)

* Search Type: | Participant Name                          ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type sel

* Last Name: Matos
(Exact Last Name)

* First Name: Carlos
(Example: James or Ja)(Exact Using 1 Letter)

Date of Birth: 11/14/1948 🔳

and any combination of

County: | ▼ |

Court Office: | ▼ |

Docket Type: | Criminal ▼ |

Case Status: | ▼ |

Date Filed: __/__/____ 🔳 through __/__/____ 🔳

| No Records Found |

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delaye these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 P may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applica Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in process arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, s felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearin sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case dock often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresp MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informatio affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown (default search type is by Docket Number)

Search Type: | Participant Name       ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type sele

\* Last Name: Matos

\* First Name: Carlos

Date of Birth: 11/14/1948 🗰

and any combination of

County: |       ▼ |

Docket Type: | Criminal       ▼ |

Case Category: |       ▼ |

Case Status: |       ▼ |

Date Filed: __/__/____ 🗰 through __/__/____ 🗰

| Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | LOTNIr |
|---|---|---|---|---|---|---|---|
| MC-51-CR-0653351-2004 | Comm. v. Matos, Carlos | 6/23/2004 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | N2798574 | |
| CP-51-CR-0407451-2000 | Comm. v. Matos, Carlos | 4/19/2000 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | M9574040 | |

| Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | LOTNIr |
|---|---|---|---|---|---|---|---|
| MC-51-CR-0405981-2000 | Comm. v. Matos, Carlos | 4/6/2000 12:00:00 AM | Philadelphia | Matos, Carlos M. | Closed | M9956623 | |
| MC-51-CR-0954031-1999 | Comm. v. Matos, Carlos | 9/23/1999 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | M9574040 | |
| MC-51-CR-0814451-1992 | Comm. v. Matos, Carlos | 8/15/1992 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | M5399660 | |
| CP-51-CR-0208401-1977 | Comm. v. Matos,jr., Carlos | 2/16/1977 12:00:00 AM | Philadelphia | Matos,jr., Carlos M. | Closed | Z5287715 | |
| MC-51-CR-0113761-1977 | Comm. v. Matos,jr., Carlos | 1/15/1977 12:00:00 AM | Philadelphia | Matos,jr., Carlos M. | Closed | Z5287715 | |
| CP-51-CR-1105041-1975 | Comm. v. Matos, Carlos | 11/10/1975 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | Z5287671 | |
| CP-51-CR-0922411-1975 | Comm. v. Matos, Carlos | 10/2/1975 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | | |
| MC-51-CR-0714421-1975 | Comm. v. Matos, Carlos | 7/18/1975 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | | |

First Previous 1 2 Next Last

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, whi provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Inforn Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applica Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in process criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have bot docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearin docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP ca number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CI docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. ' were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informatic affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown (default search type is by Docket Number)

Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type sele

\* Last Name: Matos

\* First Name: Carlos

Date of Birth: 11/14/1948 🗔

and any combination of

County: | ▼ |

Docket Type: | Criminal ▼ |

Case Category: | ▼ |

Case Status: | ▼ |

Date Filed: __/__/____ 🗔 through __/__/____ 🗔

| Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | LOTN | Incident Nu | P. |
|---|---|---|---|---|---|---|---|---|---|
| MC-51-CR-0514121-1975 | Comm. v. Matos, Carlos | 5/15/1975 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | | | | 7526 |
| MC-51-CR-0501591-1975 | Comm. v. Matos, Carlos | 5/6/1975 12:00:00 AM | Philadelphia | Matos, Carlos | Closed | Z5287671 | | | 7525 |

First Previous 1 2 Next Last

# MUNICIPAL COURT OF PHILADELPHIA COUNTY



## DOCKET

**Docket Number: MC-51-CR-0653351-2004**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Carlos Matos

Page 1 of 5

## CASE INFORMATION

Judge Assigned: Stack, Felice Rowley | Date Filed: 06/23/2004 | Initiation Date: 06/23/2004

OTN: N 279857-4    LOTN: | Originating Docket No:

Initial Issuing Authority: | Final Issuing Authority: Felice Rowley Stack

Arresting Agency: Philadelphia Pd | Arresting Officer: GRADY, ROBERT J.

Complaint/Incident #:

Case Local Number Type(s)        Case Local Number(s)

| | |
|---|---|
| Legacy Docket Number | M0406533511 |
| Police Incident Number | 0426031128 |
| Legacy Microfilm Number | 04020008 |
| District Control Number | 0426031128 |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Joined Codefendant Cases** | | | |
| MC-51-CR-0853341-2004 | Comm. v. Cruz, Luis | MC-01-51-Crim | Joined Codefendant Cases |

## STATUS INFORMATION

Case Status:   Closed

| Status Date | Processing Status | | Arrest Date: | 06/23/2004 |
|---|---|---|---|---|
| 07/01/2004 | Completed | | | |
| 06/23/2004 | Migrated Case (Active) | | | |

                                     Complaint Date:    06/23/2004

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Hearing | 07/01/2004 | 9:00 am | 506 | | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth:      11/14/1948     City/State/Zip: PHILA, PA 19122

Alias Name

Matos, Carlos M.

Matos,jr., Carlos M.

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Matos, Carlos |

CPCMS 9082                                                 Printed: 11/18/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY



Commonwealth of Pennsylvania

v.

Carlos Matos

## BAIL INFORMATION

**Matos, Carlos**

**Nebbia Status:** None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 06/23/2004 | Unsecured | | $10,000.00 | | |
| | | | | | Posted | 06/23/2004 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 18 § 3921 | THEFT BY UNLAWFUL TAKING OR DISPOSITION | 05/26/2004 | N 279857-4 |
| 2 | 2 | | 18 § 903 | CRIMINAL CONSPIRACY | 05/26/2004 | N 279857-4 |
| 3 | 3 | | 18 § 3925 | THEFT BY RECEIVING STOLEN PROPERTY | 05/26/2004 | N 279857-4 |
| 4 | 4 | | 18 § 3921 | THEFT BY UNLAWFUL TAKING OR DISPOSITION | 05/26/2004 | N 279857-4 |
| 5 | 5 | | 18 § 903 | CRIMINAL CONSPIRACY | 05/26/2004 | N 279857-4 |
| 6 | 6 | | 18 § 3925 | THEFT BY RECEIVING STOLEN PROPERTY | 05/26/2004 | N 279857-4 |

## DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

**Dismissed**

| Migrated Dispositional Event | 07/01/2004 | Final Disposition |
|---|---|---|
| 1 / THEFT BY UNLAWFUL TAKING OR DISPOSITION | Dismissed | 18 § 3921 |
| Stack, Felice Rowley | 07/01/2004 | |
| 2 / CRIMINAL CONSPIRACY | Dismissed | 18 § 903 |
| Stack, Felice Rowley | 07/01/2004 | |
| 3 / THEFT BY RECEIVING STOLEN PROPERTY | Dismissed | 18 § 3925 |
| Stack, Felice Rowley | 07/01/2004 | |
| 4 / THEFT BY UNLAWFUL TAKING OR DISPOSITION | Dismissed | 18 § 3921 |
| Stack, Felice Rowley | 07/01/2004 | |
| 5 / CRIMINAL CONSPIRACY | Dismissed | 18 § 903 |
| Stack, Felice Rowley | 07/01/2004 | |
| 6 / THEFT BY RECEIVING STOLEN PROPERTY | Dismissed | 18 § 3925 |

CPCMS 9082

Printed: 11/16/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0653351-2004**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Carlos Matos

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
| --- | --- | --- |
| Sequence/Description | Offense Disposition | Grade    Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

Stack, Felice Rowley                       07/01/2004

## COMMONWEALTH INFORMATION

**Name:**  Philadelphia County District Attorney's Office

Prosecutor

**Supreme Court No:**

**Phone Number(s):**

215-686-8000   (Phone)

**Address:**

3 South Penn Square

Philadelphia, PA  19107

## ATTORNEY INFORMATION

**Name:**  Charles P. Mirarchi III

Private

**Supreme Court No:**  027600

**Rep. Status:**  Active

**Phone Number(s):**

215-370-9700   (Phone)

**Address:**

3232 Chaucer Street

Philadelphia, PA  19145

Representing: Matos, Carlos

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
| --- | --- | --- | --- |
| 1 | 06/23/2004 | | Unknown Filer |
| PARS Transfer | | | |
| 1 | 06/24/2004 | | Migrated, Filer |
| MUNICIPAL COURT CASE CREATED | | | |
| MUNICIPAL COURT CASE CREATED | | | |
| 1 | 07/01/2004 | | Migrated, Filer |
| Migrated Automatic Registry Entry (Disposition) Text | | | |
| 2 | 07/01/2004 | | Migrated, Filer |
| Migrated Sentence | | | |
| 4 | 07/01/2004 | | Migrated, Filer |
| MUNICIPAL COURT TRIAL RESULT | | | |
| MUNICIPAL COURT TRIAL RESULT | | | |
| THEFT BY UNLAWFUL TAKING OR DISPOSITION | | | |
| DISCHARGED - LOP | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Commonwealth of Pennsylvania

v.

Carlos Matos

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    CRIMINAL CONSPIRACY
    DISCHARGED - LOP

| 6 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    THEFT BY RECEIVING STOLEN PROPERTY
    DISCHARGED - LOP

| 7 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    THEFT BY UNLAWFUL TAKING OR DISPOSITION
    DISCHARGED - LOP

| 8 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    THEFT BY RECEIVING STOLEN PROPERTY
    DISCHARGED - LOP

| 9 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    ROOM 506 CJC, 1301 FILBERT STREET
    TRIAL JUDGE:   HON. FELICE R STACK
    FINE: $0
    COST: $0
    RESTITUTION: $0
    DEFENSE ATTORNEY: MIRARCHI,III, CHARLES P (Q)
    ATTORNEY WAS ADDED
    NEW ATTORNEY: MIRARCHI,III, CHARLES P
    TRIAL TYPE: OTHER

| 10 | 07/01/2004 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    CRIMINAL CONSPIRACY
    DISCHARGED - LOP

Printed: 11/16/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



**Docket Number: MC-51-CR-0653351-2004**
# CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania

v.

Carlos Matos

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/29/2014 | | Evers, Joseph H. |
| Record Destroyed Pursuant to County Records Manual, Sections CC-10 and 15 | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Inmate Search Results

☰ Table    ▦ Tile

Records Per Page: [ ▼ ]

| Inmate Number | Full Name | Race | Date of Birth | Current Location | Committing County |
|---|---|---|---|---|---|
| MC2440 | HECTOR G. GONZALES | HISPANIC | 02/04/1977 | SMITHFIELD | PHILADELPHIA |
| BY3354 | CARLOS MATOS | HISPANIC | 03/06/1972 | FAYETTE | PHILADELPHIA |
| DY6771 | CARLOS MATOS | HISPANIC | 11/19/1972 | BENNER TOWNSHIP | CUMBERLAND |
| LY9064 | CARLOS RAMON MATOS | HISPANIC | 02/13/1962 | SOMERSET | PHILADELPHIA |

Showing search results: 4 records

‹   1   ›

Back to Search

 **PACER**
Case Locator

 🎧 **Browse Alou**

**Civil Party Search**
Thu Nov 16 10:59:45 2017
3 records found

**User:** gillassc
**Client:**
**Search:** Civil Party Search Name Matos, Carlos All Courts Page: 1 court: paedce

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 MATOS, CARLOS (dft) | paedce | 2:2017-cv-03353 | 190 | 07/26/2017 | |
| 2 MATOS, CARLOS (unrep) | paedce | 2:2017-cv-01462 | 440 | 03/31/2017 | |
| 3 MATOS, CARLOS (dft) | paedce | 2:2017-cv-01462 | 440 | 03/31/2017 | |

Receipt 11/16/2017 11:00:23

**User** gillassc
**Client**
**Description** Civil Party Search
Name Matos, Carlos All Courts Page: 1 court: paedce

You have previously been billed for this page.
**Pages** 1 ($0.00)

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03353-AB

RIGHT TRACK MANAGEMENT INC. et al v.
JUNIATA COMMUNITY MENTAL HEALTH
CLINIC, INC. et al
Assigned to: HONORABLE ANITA B. BRODY
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/26/2017
Jury Demand: Plaintiff
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

## Plaintiff

**RIGHT TRACK
MANAGEMENT INC.**

represented by **GARY SCHAFKOPF**
HOPKINS SCHAFKOPF, LLC
11 BALA AVE.
BALA CYNWYD, PA 19004
610-664-5200
Email: gschafkopf@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email:
mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**FARES YASIN**

represented by **GARY SCHAFKOPF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JUNIATA COMMUNITY
MENTAL HEALTH
CLINIC, INC.**

**Defendant**

**LEONARD BROWN**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
PRESIDENT OF JUNIATA
COMMUNITY MENTAL
HEALTH CLINIC, INC.*

**Defendant**

**NORRIS HANCOCK, LLC**

**Defendant**

**RENEE TARTAGLIONE**
*INDIVIDUALLY AND IN
HER OFFICIAL CAPACITY
AS PRESIDENT OF NORRIS
HANCOCK LLC*

**Defendant**

**MICHAEL WRIGHT**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
BUSINESS ADMINISTRATOR
OF JUNIATA COMMUNITY
MEDICAL HEALTH CLINIC,
INC.*

**Defendant**

**CARLOS MATOS**
*INIDIVUDALLY AND IN HIS*
*OFFICIAL CAPACITY*

**Defendant**

**MARIA MATOS**
*INDIVIDUALLY AND IN*
*HER OFFICIAL CAPACITY*
*AS VICE PRESIDENT OF*
*JUNIATA COMMUNITY*
*MEDICAL HEALTH CLINIC,*
*INC.*

**Defendant**

**JOHN DOE(S)**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | COMPLAINT against LEONARD BROWN, JOHN DOE(S), JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT ( Filing fee $ 400 receipt number 163251.), filed by FARES YASIN, RIGHT TRACK MANAGEMENT INC.. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 07/27/2017) |
| 07/26/2017 |  | Summons 7 Issued as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. Forwarded To: Counsel on 7/27/17 (tj, ) (Entered: 07/27/2017) |
| 07/26/2017 |  | DEMAND for Trial by Jury by RIGHT TRACK MANAGEMENT INC., FARES YASIN. (tj, ) (Entered: 07/27/2017) |
| 08/07/2017 | 2 | NOTICE of Appearance by MATTHEW B. WEISBERG on behalf of RIGHT TRACK MANAGEMENT INC., FARES YASIN with Jury Demand and Certificate of Service(WEISBERG, MATTHEW) (Entered: 08/07/2017) |
| 09/27/2017 | 3 | Summons Returned Unexecuted by FARES YASIN, RIGHT |

LEAD,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:17-cv-01462-JHS

ACOSTA et al v. DEMOCRATIC CITY
COMMITTEE et al
Assigned to: HONORABLE JOEL H. SLOMSKY
related Case: 2:17-cv-01562-JHS
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

**Plaintiff**

**ORLANDO A. ACOSTA**
*WRITE IN CANDIDATE*
*REPUBLICAN*

represented by  **ORLANDO A. ACOSTA**
524 W. YORK STREET
PHILADELPHIA, PA 19133
268-414-8774
Email:
orlandoacosta688@gmail.com
PRO SE

**Plaintiff**

**EDWARD LLOYD**
*WRITE IN CANDIDATE*
*DEMOCRAT*

represented by  **MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email:
mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEMOCRATIC CITY
COMMITTEE**

represented by  **MARNI JO SNYDER**
LAW OFFICES OF M.J. SNYDER

LLC
100 S. BROAD ST SUITE 1910
PHILADELPHIA, PA 19110
215-515-3360
Fax: 215-376-6981
Email: marni@snyderlawyer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMILIO VAZQUEZ**
*WARDLEADER//CANDIDATE*

represented by **ADAM C. BONIN**
THE LAW OFFICE OF ADAM C.
BONIN
30 S. 15TH STREET
FLOOR 15
PHILADELPHIA, PA 19102
267-242-5014
Fax: 215-701-2321
Email: adam@boninlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CARLOS MATOS**
*WARDLEADER*

represented by **ANTHONY GEORGE
KYRIAKAKIS**
DILWORTH PAXSON LLP
1500 MARKET ST SUITE 3500E
PHILADELPHIA, PA 19102
215-575-7149
Fax: 215-575-7200
Email:
akyriakakis@dilworthlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELAINE TOMLIN**
*WARDLEADER*

represented by **ANTHONY GEORGE
KYRIAKAKIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

LEAD,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17-cv-01462-JHS

ACOSTA et al v. DEMOCRATIC CITY
COMMITTEE et al
Assigned to: HONORABLE JOEL H. SLOMSKY
related Case: 2:17-cv-01562-JHS
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

## Plaintiff

**ORLANDO A. ACOSTA**
*WRITE IN CANDIDATE*
*REPUBLICAN*

represented by **ORLANDO A. ACOSTA**
524 W. YORK STREET
PHILADELPHIA, PA 19133
268-414-8774
Email:
orlandoacosta688@gmail.com
PRO SE

## Plaintiff

**EDWARD LLOYD**
*WRITE IN CANDIDATE*
*DEMOCRAT*

represented by **MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email:
mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**DEMOCRATIC CITY
COMMITTEE**

represented by **MARNI JO SNYDER**
LAW OFFICES OF M.J. SNYDER

LLC
100 S. BROAD ST SUITE 1910
PHILADELPHIA, PA 19110
215-515-3360
Fax: 215-376-6981
Email: marni@snyderlawyer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMILIO VAZQUEZ**          represented by   **ADAM C. BONIN**
*WARDLEADER//CANDIDATE*                      THE LAW OFFICE OF ADAM C.
                                             BONIN
                                             30 S. 15TH STREET
                                             FLOOR 15
                                             PHILADELPHIA, PA 19102
                                             267-242-5014
                                             Fax: 215-701-2321
                                             Email: adam@boninlaw.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**CARLOS MATOS**          represented by   **ANTHONY GEORGE**
*WARDLEADER*                                **KYRIAKAKIS**
                                           DILWORTH PAXSON LLP
                                           1500 MARKET ST SUITE 3500E
                                           PHILADELPHIA, PA 19102
                                           215-575-7149
                                           Fax: 215-575-7200
                                           Email:
                                           akyriakakis@dilworthlaw.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**ELAINE TOMLIN**          represented by   **ANTHONY GEORGE**
*WARDLEADER*                                **KYRIAKAKIS**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*



**User:** gillassc
**Client:**
**Search:** Criminal Party Search Name Matos, Carlos All Courts Page: 1

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 1 Matos, Carlos Ruben (dft) | pamdce | 1:2008-cr-00424 | 11/19/2008 | 12/22/2009 |
| 2 MATOS, CARLOS (dft) | paedce | 2:2011-cr-00157 | 03/11/2011 | 03/11/2011 |
| 3 Matos, Carlos (dft) | nyedce | 1:1996-cr-01088 | 12/12/1996 | 02/06/1998 |
| 4 Matos, Carlos (dft) | nyedce | 1:1989-mj-01257 | 09/21/1989 | 08/01/1991 |
| 5 Matos, Carlos (dft) | nyedce | 1:1989-cr-00662 | 10/03/1989 | 06/24/1991 |
| 6 Matos, Carlos (dft) | ctdce | 3:2004-cr-00095 | 04/01/2004 | 02/08/2006 |
| 7 Matos, Carlos (dft) | madce | 3:2011-cr-30023 | 09/22/2011 | 11/25/2014 |
| 8 Matos, Carlos A. (dft) | hidce | 1:1997-cr-00019 | 01/07/1997 | |
| 9 Matos, Carlos (dft) | nysdce | 1:2000-cr-00820 | 08/03/2000 | |
| 10 MATOS, CARLOS (dft) | njdce | 1:2007-cr-00431 | 05/23/2007 | 09/26/2007 |

|  |  |
|---|---|
| | Receipt 11/17/2017 11:26:46 153196122 |
| **User** gillassc | |
| **Client** | |
| **Description** Criminal Party Search | |
| Name Matos, Carlos All Courts Page: 1 | |
| **Pages** 1 ($0.10) | |

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:11-cr-00157-AB-1

Case title: USA v. MATOS
Other court case number: 07-CR-431-01 NJ

Date Filed: 03/11/2011
Date Terminated: 03/11/2011

Assigned to: HONORABLE
ANITA B. BRODY

## Defendant (1)

**CARLOS MATOS**
*TERMINATED: 03/11/2011*

represented by **GILBERT J. SCUTTI**
LAW OFFICE OF GILBERT J.
SCUTTI
31 STATION AVE
SOMERDALE, NJ 08083
609-870-5427
Email: gjsesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

None

## Disposition

## Highest Offense Level
## (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level

## (Terminated)

None

## Complaints

18:666(a)(2) - BRIBERY
CONCERNING PROGRAMS
RECEIVEING FEDERAL
FUNDS (CT. 1)

## Disposition

IMPRISONMENT 36 MOS.,
SUPERVISED RELEASE 3
YRS., SPEC. ASSESS. $100.00,
FINE $50,000.00

## Plaintiff

USA

represented by **RICHARD P. BARRETT**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
STE 1250
PHILADELPHIA, PA 19106
215-861-8420
Fax: 215-861-8618
Email:
richard.barrett3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2011 | 1 | TRANSFER OF JURISDICTION for Supervision of Releasee CARLOS MATOS. Received certified copies of, judgment from NEW JERSEY. (cmc) (Entered: 03/11/2011) |
| 03/16/2011 | 2 | ORDER AS TO CARLOS MATOS ACCEPTING TRANSFER OF JURISDICTION. Signed by HONORABLE ANITA B. BRODY on 3/11/11. 3/16/11 Entered. (cmc) (Entered: 03/16/2011) |
| 04/13/2011 | 3 | NOTICE OF HEARING as to CARLOS MATOS HEARING RE: MODIFICATION TO CONDITIONS OF SUPERVISED RELEASE SET FOR 4/19/2011 10:00 AM IN COURTROOM 7-B BEFORE HONORABLE ANITA B. BRODY. (js, ) (Entered: 04/13/2011) |

| 04/13/2011 | 4 | REPORT AND ORDER OF PROBATION OFFICER AS TO CARLOS MATOS THAT THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE APPEAR AT A MODIFICATION OF CONDITIONS HEARING. Signed by HONORABLE ANITA B. BRODY on 4/13/11.4/13/11 Entered. (ke) (Entered: 04/13/2011) |
| --- | --- | --- |
| 04/15/2011 | 5 | NOTICE OF ATTORNEY APPEARANCE GILBERT J. SCUTTI appearing for CARLOS MATOS (SCUTTI, GILBERT) (Entered: 04/15/2011) |
| 04/19/2011 | 6 | Minute Entryfor proceedings held before HONORABLE ANITA B. BRODYModification to Conditions of Supervised Release Hearing as to CARLOS MATOS held on 4/19/11. AUSA addresses Court as to the U.S. Probation Office's petition to modify the conditions of the Deft's. supervised release and reasons thereof. Mr. Scutti responds arguing that the issue was already addressed by JUDGE KRUGLER of the District of New Jersey, etc. Govt's. Witnesses called and sworn. Defense Witness called and sworn. Court reserved decision on the U.S. Probation Office's petition to modify the Deft's. conditions of supervised release. Court Reporter ESR.(ke) (Entered: 04/19/2011) |
| 04/20/2011 | 7 | ORDER AS TO CARLOS MATOS THAT THE PETITION IS GRANTED AND THE FOLLOWING CONDITION IS IMPOSED: THE DEFT. IS BARRED FROM ACTING AS A WARD LEADER IN THE CITY OF PHILADELPHIA OR FROM HOLDING ANY OTHER POLITICAL POSITION DURING THE TERM OF HIS SUPERVISED RELEASE. Signed by HONORABLE ANITA B. BRODY on 4/20/11.4/20/11 Entered and Copies Mailed TO DEFT, E-Mailed BY CHAMBERS. (ke) (Entered: 04/20/2011) |
| 08/25/2011 | 8 | Praecipe to Satisfy Judgment by USA as to CARLOS MATOS (ap, ) (Entered: 08/25/2011) |
| 07/02/2012 | 9 | MOTION TO TERMINATE Supervised Release by CARLOS MATOS. (SCUTTI, GILBERT) (Entered: 07/02/2012) |
| 09/18/2012 | 10 | ORDER AS TO CARLOS MATOS THAT 9 MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE FILED BY CARLOS MATOS IS DENIED. Signed by HONORABLE ANITA B. BRODY on 9/18/12.9/18/12 Entered and Copies Mailed, E-Mailed BY CHAMBERS. (ke) (Entered: 09/18/2012) |



 Browse Alou

**Bankruptcy Party Search**
Thu Nov 16 11:02:31 2017
No Records Found

**User:** gillassc
**Client:**
**Search:** Bankruptcy Party Search Name Matos, Carlos 162403446 All Courts Page: 1

## No records found

|  |  |
|---|---|
| | Receipt 11/16/2017 11:02:32 152754424 |
| **User** gillassc | |
| **Client** | |
| **Description** Bankruptcy Party Search | |
| Name Matos, Carlos 162403446 All Courts Page: 1 | |
| **Pages 1 ($0.10)** | |

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**   **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|-------|--------|------|------|-----|-----|
| Carlos | | Matos | ▼ | | |

**6** Results for search **Carlos Matos**          🗑 Clear Form        Sea

| Name | Register # | Age | Race | Sex | Release Date | Location |
|------|-----------|-----|------|-----|--------------|----------|
| CARLOS ALBERTO MATOS | 06029-018 | 52 | White | Male | 08/05/1986 | RELEASED |
| CARLOS RUBEN MATOS | 18222-067 | 44 | White | Male | 08/17/2017 | RELEASED |
| CARLOS MATOS | 28439-053 | 47 | White | Male | UNKNOWN | NOT IN BOP CUSTODY |
| CARLOS MATOS | 41398-050 | 69 | White | Male | 06/23/2010 | RELEASED |
| CARLOS MATOS | 47747-053 | 53 | White | Male | 06/21/2002 | RELEASED |
| CARLOS MATOS | 94159-038 | 67 | White | Male | 03/25/2014 | RELEASED |

About the inmate locator & record availability

| About Us | Inmates | Locations | Jobs | Business | Resources | Resou |
|----------|---------|-----------|------|----------|-----------|-------|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employ |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media F |
| | Voice a Concern | | | | | |

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**     **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|-------|--------|------|------|-----|-----|
| Carlos | | Matos | ▼ | | |

**1** Result for search **Carlos Matos**, Num: **41398-050**          🗑 Clear Form          Sea



## CARLOS MATOS

Register Number: 41398-050

Age:    69
Race:   White
Sex:    Male

**Related Links**

Call or email
Send mail/package
Send money
Visit
Voice a concern

### Released On: 06/23/2010

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resou**
Victims
Employ
Former
Media F

Carlos Matos

AJ   Home

**All**   Posts   People   Photos   Videos   Pages   Places   Groups   Apps   Events   Links

## Filter Results

**POSTED BY**

Anyone

You

Your Friends

Your Friends and Groups

Choose a Source...

**POSTED IN GROUP**

Any group

Your Groups

Choose a Group...

**TAGGED LOCATION**

Anywhere

Philadelphia, Pennsylvania

Atlanta, Georgia

Choose a Location...

**DATE POSTED**

Any date

2017

2016

2015

Choose a Date...

### People       See All

**Carlos Matos**
Philadelphia, Pennsylvania
Lives in Philadelphia, Pennsylvania

**Carlos Matos**     Add Friend
Member Service Representative at The Y
Saint Cloud High School

**Carlos Matos**     Add Friend

See All

### Public Posts       See All



**Carlos Matos**
November 14 at 4:22pm ·

Na próxima sexta-feira, dia 17/11 a Assembleia
Legislativa por meio da Comissão de Desenvolvimento
Regional lançará o Projeto Poços de...See more

260          53 Comments 49 Shares



**Carlos Matos** was live.
September 6, 2016 at 5:59pm ·

Let's get to talking

224          276 Comments 3 Shares

**Carlos Matos**
December 16, 2015 at 11:21pm ·

...Guess I'll upload it here till they decide to unblock my
Carlos Santana Semidey nothings changed the like end
share show the world what Kahmor Vixenn...See more

### Trending

**Al Franken**
Woman accuses Al Fran
groping her without cons

**Rancho Tehama Rese**
When a gunman opene
the staff saved countles

**US Fish and Wildlife S**
Trump to allow imports c
trophies - thehill.com

**76ers vs. Lakers**
NBA Wednesday, score
Embiid has career night

**Robert Mugabe**
Mugabe resisting army
sources say - msn.com

**The Old Vic**
Spacey scandal: Old Vic
finds 20 counts of... - us

**Fort Bend County, Tex**
Profane anti-Trump stic
speech debate in Texas

**United States Senate**
Senators introduce bipa
background check bill -

**Benedict Allen**
Missing British explorer
well' in Papua New... - c

**Walmart**
Walmart's online sales s
- usatoday.com

**Learn More**

English (US) · Español ·
Português (Brasil) · Français
· Deutsch

Privacy · Terms · Advertising
Cookies · More
Facebook © 2017

Chat (29)

Carlos Matos

 AJ    Home



# Carlos Matos

Message

**Timeline     About     Friends     Photos     More**

**DO YOU KNOW CARLOS?**

If you know Carlos, send him a message.

## Intro

Lives in Philadelphia, Pennsylvania

Married

From Philadelphia, Pennsylvania

## Photos





**Carlos Matos**
November 14 at 5:50am ·

11 Views

**Like          Comment          Share**

Write a comment...

**Carlos Matos**
November 13 at 8:05pm ·

Chat (28)



Keith Peal · Vivian Vilches · Juanita Salamata

Timothy Farnon · Mark Mulero · Jik Barber

Joseph Charles Glinkowski · Yvette Marrero · Glenn Black

See what you have in common with Carlos's friends.

**View**

## Featured Albums

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

"The only problem we're gonna have is getting Jason to fight for what is his. You saw him tonight, barely saying a word, the way he was looking at Sam. He will give up everything just to give her what she wants!" – Sonny Corinthos

**Like**     **Comment**     **Share**

Write a comment...

See More Recent Stories ▾

Chat (28)



Carlos Matos

AJ    Home

# Carlos Matos

[ Add Friend ]    [ Message ]

**Timeline**    **About**    **Friends**    **Photos**    **More**

**DO YOU KNOW CARLOS?**

To see what he shares with friends, send him a friend request.

[ Add Friend ]

### Friends · 1



Juan Matos

### Featured Albums

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices    · Cookies
· More
Facebook © 2017

**NO RECENT POSTS**

To see posts on Carlos's timeline, send him a friend request.

**Chat (29)**

 **Home**    🎙 **Moments**        ( Carlos Matos        🔍 )    Have an account? **Log in** ▾

# Carlos Matos

| Top | Latest | **People** | Photos | Videos | News | Broadcasts |   ⋮ |

**Search filters** · Show

## New to Twitter?
Sign up now to get your own
personalized timeline!

[ Sign up ]

## Worldwide trends

**Al Franken**
147K Tweets

**#MICDrop**
176K Tweets

**#DandelionYugyeomDay**
278K Tweets

**Lil Peep**
786K Tweets

**#ThursdayThoughts**
66.3K Tweets

**#FelizJueves**
39.2K Tweets

**#الهلال_اوراوا_الياباني**
28.4K Tweets

**Sergio Ramírez**
6,178 Tweets

**The Crimes of Grindelwald**
51.9K Tweets

**Robert Hirsch**
1,946 Tweets

© 2017 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info


**Carlos Matos** 🔒
@twitmatos

[ Follow ]


**Carlos M. De Matos** 🔒
@cmdematos
cmdematos.com/bio

[ Follow ]


**Carlos Matos**
@carlosmatos2407

[ Follow ]


**Carlos Matos**
@Carlosmatos171

Viver se iludindo é a mesma coisa qu
tentar dormir o dia inteiro. Não adiar
uma hora você acorda

[ Follow ]


**Carlos Matos**
@Matos_Jones1st

[ Follow ]


**carlos j. matos g.**
@carlosmatos069

Comerciante emprendedor , echa'o
pa'lante por un futuro mejor 🙌

[ Follow ]



# Carlos Matos



### Carlos Matos
@Crlsmts

Follow



### Carlos Matos
@carlos_matos90

ig:_Unashamedmisfit_ kik:matosc



### Carlos Mc Matos
@CruznKnFuzn

I got no strings to hold me down, to
make me fret, or make me frown. I had
strings, but now im free, i got no strings
on me!! xD

Follow



### Matos
@carlos30matos10

Stay strong and believe in yourself

Follow



### Luis Carlos Matos
@LuisCarlosUCV

Abogado de la UCV. Consejero
Universitario - UCV 2012 - 2014.
Caraqueño, ETERNAMENTE #UCeVista,
miembro y fiel creyente de ...

Follow



### Juan Carlos Matos
@jcmatos0607

Diversity&Inclusion Educator, Gay, Af
Latinx Cis-Gender Male: ID Intersectic
@SigmaLambdaBeta, @UnivMiami,
@NYUniversity, @Fordhamnotes...

Follow

# Carlos Matos

**Top      Latest      People      Photos      Videos      News      Broadcasts**

**Carlos de Matos** 🔒
@Carlos_aka_Bala

Proud dad, music lover, #Trance DJ,
Resident #DJ on @In2TranceRadio,
#ESCAPISM #podcast on iTunes, #LFC is
my religion #YNWA

**Carlos Matos.**
@lapsusazul



( Follow )

**Carlos H Matos II**
@Syncronis

Fighting Game Player-In-Training. Goes
by Syncronis/Mathemalicious



( Follow )

**carlos Matos**
@carlos_mathos

Sao Paulo Brasil

in   Q carlos matos     Try Pre
for F

All    **People**    Jobs    Content    Companies    Groups    Schools

5 Mins. for $5 Gift Card! - **Participate in our short survey on real estate technology for a**

People results for carlos matos · 1,704 results



**Carlos Matos** · 3rd
Entrepreneur
Greater Philadelphia Area

> [ Connect ]

**Carlos Matos** · 3rd
Database Manager and Admistrative Assistant at Securitan Office Group
Greater Philadelphia Area

> [ Connect ]

**Carlos Matos** · 3rd
Ground transportation consultant
Greater New York City Area

> [ Send InMail ]

**Carlos Matos** · 3rd
COO-CFO - Director of Operations
Greater New York City Area

> [ Send InMail ]

**Carlos Matos**
Student at Temple University
Greater Philadelphia Area

> [ Connect ]

**Carlos Matos**
Depot de Justicia at Gobierno de PR
Charlotte, North Carolina Area

> [ Connect ]

Messaging

# EXHIBIT F

**GILL & ASSOCIATES, INC.**
*PRIVATE INVESTIGATIONS*
*1500 WALNUT STREET*
*SUITE 1050*
*PHILADELPHIA, PENNSYLVANIA 19102*

SENIOR INVESTIGATORS:
JOSEPH GILL
CRAIG GRIBBIN
ERIC KRAMER
FRANK GRIBBIN
TIMOTHY MADUZIA
ANGELA MARTIN
AMANDA BURDZIAK
ANALISE DENNIS
STEFANIE EICHMANN

(215) 790-0800
FAX: (215) 790-1576
E-MAIL: GILLANDASSOCIATES@VERIZON.NET
WWW.GILLANDASSOCIATES.COM

*LICENSED IN PENNSYLVANIA, DELAWARE & NEW JERSEY*

November 24, 2017

Schafkopf Law, LLC
11 Bala Avenue
Bala Crynwyd, Pennsylvania 19004

Attention:    Yanna Panagopoulos

Re:    Right Track Management & Fares Yasin v. Leonard Brown, et al
       Our File Number:    17-10015

Dear Ms. Panagopoulos,

Active investigation into this matter is suspended.  Enclosed please find our Report of
Investigation.

Kindest regards,
**GILL & ASSOCIATES, INC.**


Joseph Gill

JG/ad

     

# Gill & Associates, Inc.
## REPORT OF INVESTIGATION

| | |
|---|---|
| Subject of Investigation:<br>**Maria Matos** | Requested By:<br>**Yanna Panagopoulos** |
| Your File No.<br>Our File No:     **17-10015** | Date of Request:  **11/15/2017**<br>Date of Report:    **11/24/2017**<br>Status of Case:    **Continuing** |

## INFORMATION RECEIVED:

Counsel provided a Civil Action Summons that needs to be served upon the defendant, Maria Matos.

## ASSIGNMENT:

The assignment in this matter consisted of locating the defendant, Maria Matos.

## INVESTIGATION CONDUCTED:

Investigation into this matter consists of conducting record searches in an effort to locate and serve the defendant, Maria Matos.

## COMPUTER RECORDS:

A search of computer records determined that a multitude of individuals by the name of Maria Matos maintain addresses in the Philadelphia, Pennsylvania area and the investigator was unable to determine the subject of this investigation.

A search of computer records to determine if Maria Matos maintains an address history with the family members of Renee Tartaglione and Carlos Matos, at the addresses of 111 West Cumberland Street and 2122 North Hancock Street in Philadelphia, Pennsylvania, determined negative results.

A copy of these records have been obtained and attached for your review.

## PENNSYLVANIA DEPARTMENT OF STATE:

**Professional Licensing:** A search conducted through the Pennsylvania Department of State professional licensing database determined that Maria Matos does not maintain a professional license in the state of Pennsylvania.

**Corporations Bureau:** A search conducted through the Pennsylvania Department of State Corporations Bureau determined a business entity of Juniata Community Mental Health Clinic, Inc., however, Maria Matos is not listed as an officer of this business.

     

A copy of these records have been obtained and attached for your review.

## DEPARTMENT OF MOTOR VEHICLE SERVICES:

A search conducted through the Pennsylvania State Department of Motor Vehicle Services determined that approximately 25 individuals by the name of Maria Matos maintain vehicle registrations in Philadelphia, Pennsylvania. The investigator was unable to narrow down the subject of this investigation with these results.

## PENNSYLVANIA STATEWIDE VOTER REGISTRATION RECORDS:

A search conducted through the Pennsylvania State Board of Elections Office determined that 9 individuals by the name of Maria Matos are actively registered to vote in the state of Pennsylvania. The investigator was unable to narrow down the subject of this investigation with these results.

## TELEPHONE RECORDS:

A reverse search for an individual by the name of Maria Matos in Philadelphia, Pennsylvania determined too many results and the investigator was unable to determine the subject of this investigation.

A selection of these listings have been obtained and attached for your review.

## CITY HALL, PHILADELPHIA, PENNSYLVANIA:

**Property Records:** A search of the Philadelphia County Tax Assessor's records determined that multiple individuals by the name of Maria Matos own property in Philadelphia, Pennsylvania. However, none of these addresses reflect an association to Renee Tartaglione or Carlos Matos and the investigator was unable to determine the subject of this investigation.

A copy of a summary of these property records have been obtained and attached for your review.

**Civil Records:** A search of the Philadelphia County Prothonotary's records determined that several individuals by the name of Maria Matos have been involved in civil matters within this court; however, the investigator was unable to determine the subject of this investigation.

A copy of these case summaries have been obtained and attached for your review.

**Marriage Records:** A search of the Philadelphia Register of Wills determined that several individuals by the name of Maria Matos have applied for a marriage license in

     

Philadelphia County, however, the investigator was unable to determine if either of these individuals were the subject of this investigation.

A copy of this information has been obtained and is attached for your review.

## PHILADELPHIA MUNICIPAL COURT:

A search of Philadelphia Municipal Court records determined that Maria Matos has not been involved as a Plaintiff in any civil matters in this court within the last ten years.

A search of the Philadelphia Municipal Court records determined that several individuals by the name of Maria Matos have been involved in civil matters within this court, the most recent being in 2016. However, the investigator was unable to determine if any of these individuals were the subject of this investigation.

## PHILADELPHIA INMATE LOCATOR:

A search of Philadelphia's inmate locator determined that Maria Matos is not currently incarcerated in Philadelphia, Pennsylvania.

## CRIMINAL JUSTICE CENTER, PHILADELPHIA, PENNSYLVANIA:

A search of the Unified Judicial System Magisterial District Court criminal records determined that one individual by the name of Maria E. Matos-Figueroa has been involved in a criminal matter within this court in 2012. However, the investigator was unable to confirm if this individual is the subject of this investigation.

A search of the Unified Judicial System Magisterial District Court civil records determined that several individuals by the name of Maria Matos have been involved in three criminal matters within this court, the most recently being in 2013. However, the investigator was unable to confirm if any of these individuals are the subject of this investigation.

A search of the Unified Judicial System Common Pleas records criminal records determined that several individuals by the name of Maria Matos have been involved in four criminal matters within this court, the most recently being in 2012. However, the investigator was unable to confirm if any of these individuals are the subject of this investigation.

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS:

A search of the Pennsylvania Inmate Locator determined that Maria Matos is not currently incarcerated in the state of Pennsylvania.

     

# NATIONWIDE

## UNITED STATES DISTRICT COURT RECORDS:

**Civil:** A search of United States District Court records determined that several individuals by the name of Maria Matos have been involved in civil matters within this court. The investigator was able to determine the subject of this investigation through a case docket, identified as 2:17-cv-03353-AB, also determined as counsel's case *Right Track Management Inc. et al v. Juniata Community Mental Health Clinic, Inc. et al.* In this case docket, Maria Matos is identified as the Vice President of Juniata Community Medical Health Clinic, Inc.; however, no further information, such as a recorded address, is displayed at this time.

The investigator was unable to determine if the aforementioned additional case matters involve the subject of this investigation. A copy of this case list has been obtained and attached for your review.

**Criminal:** A search of United States District Court records determined that no individuals by the name of Maria Matos have been involved in any criminal matters within this court in the state of Pennsylvania.

Please note that these searches were conducted on a nationwide basis.

## UNITED STATES BANKRUPTCY COURT:

A search of United States Bankruptcy Court records determined that no individuals by the name of Maria Matos have filed for bankruptcy on any occasion in the state of Pennsylvania.

## FEDERAL BUREAU OF PRISONS:

A search of the Federal Inmate Locator determined that Maria Matos is not currently incarcerated in federal prison.

## WWW.FACEBOOK.COM:

A search of www.facebook.com identified several social networking profiles for individuals by the name of Maria Matos in the Philadelphia, Pennsylvania area and the investigator was unable to determine the subject of this investigation.

A copy of this profile list has been obtained and attached for your review.

     

**WWW.TWITTER.COM:**

A search of www.twitter.com identified several social networking profiles for individuals by the name of Maria Matos and the investigator was unable to determine the subject of this investigation.

A copy of this profile list has been obtained and attached for your review.

**WWW.LINKEDIN.COM:**

A search of www.linkedin.com identified several social networking profiles for individuals by the name of Maria Matos in the Greater Philadelphia area and the investigator was unable to determine the subject of this investigation. Please be advised that none of these individuals maintain an employment history at the business of Juniata Community Mental Health Clinic, Inc. or Juniata Community Medical Health Clinic, Inc. on their profiles.

A copy of this profile list has been obtained and attached for your review.

**SUMMARY:**

Active investigation into this matter is suspended, due to exhausted efforts to locate an address for Maria Matos, pending review and advise from counsel.

Kindest regards,
**GILL & ASSOCIATES**


Joseph Gill

JG/ad

     

**Search Criteria**

**Name:** MATOS, MARIA

**City:** PHILADELPHIA

**State:** PA

| Reports | Name | Address | Maps | SSN / DOB | Phone |
|---|---|---|---|---|---|
| | MATOS MARIA C | 1x3551 FRANKFORD AVE<br>PHILADELPHIA PA 19134<br>Reported: 12/16/2010 - 11/27/2017<br>County: PHILADELPHIA | Map It | Issued: 1966-1967 in CA | |
| | MATOS MARIA E | 2x7509 TORRESDALE AVE<br>PHILADELPHIA PA 19136-3326<br>Reported: 01/31/2009 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1983 in PR<br>DOB: 09/01/1980 Age: 37 | Cell: (856)993-3840 |
| | MATOS MARIA C | 2x322 ROSELYN ST<br>PHILADELPHIA PA 19120-1835<br>Reported: 11/01/1984 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1960-1961 in PR<br>DOB: 04/23/1944 Age: 73 | |
| | MATOS MARIA E | 1x241 E STELLA ST<br>PHILADELPHIA PA 19134<br>Reported: 11/25/2003 - 11/27/2017<br>County: PHILADELPHIA | Map It | Issued: 1976-1977 in PR<br>DOB: 1970 | |
| | MRS MATOS MARIA F | 7x2916 KIP ST<br>PHILADELPHIA PA 19134-2824<br>Reported: 03/01/1992 - 11/27/2017<br>County: PHILADELPHIA | Map It | Issued: 1977-1979 in PA<br>DOB: 09/13/1937 Age: 80 | Landline: (215)203-0350 |
| | MATOS MARIA B | 1x7217 LYNFORD ST<br>PHILADELPHIA PA 19149<br>Reported: 02/01/2003 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1934-1951 in PA | |
| | MATOS MARIA | 3x3604 7TH ST<br>PHILADELPHIA PA 19140-4413<br>Reported: 12/01/2009 - 11/27/2017<br>County: Philadelphia | Map It | | |
| | MATOS MARIA | 1x3063 N MASCHER ST<br>PHILADELPHIA PA 19133<br>Reported: 08/01/2001 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1975-1976 in PA<br>DOB: 1969 | |
| | MATOS MARIA H | 1x2011 N LAWRENCE ST<br>PHILADELPHIA PA 19122<br>Reported: 01/28/2015 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1956-1957 in PR<br>DOB: 12/09/1939 Age: 77 | |
| | MATOS MARIA | 1x1401 E BRISTOL ST A213<br>PHILADELPHIA PA 19124<br>Reported: 08/08/2014 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1975-1976 in PA | |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
| | MATOS MARIA | 1x7024 LARGE ST<br>PHILADELPHIA PA 19149<br>Reported: 12/01/1997 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 1981-1983 in PA<br>DOB: 12/07/1943 Age: 73 | |
| | MATOS MARIA C | 1x1603 CHRISTIAN ST D<br>PHILADELPHIA PA 19146<br>Reported: 02/06/2018 - 11/27/2017<br>County: Philadelphia | Map It | Issued: 2001-2005 in PA<br>DOB: 11/02/1968 Age: 49 | |
| | MATOS MARIA M. | 3x3425 ORMES ST<br>PHILADELPHIA PA 19134-1621<br>Reported: 01/01/1995 - 11/27/2017<br>County: PHILADELPHIA | Map It | Issued: 1959 in PR<br>DOB: 06/15/1943 Age: 74 | Landline: (215)423-0954 |

| | | | | | |
|---|---|---|---|---|---|
| | MATOS MARIA | 1x420 EALLEGHENY AVE 3<br>PHILADELPHIA PA 19134<br>Reported: 07/13/2011 - 11/27/2017<br>County: PHILADELPHIA | Map It | | |
| | MATOS MARIA | 5x924 MAGEE AV<br>PHILADELPHIA PA 19111-4814<br>Reported: 11/01/2011 - 11/27/2017<br>County: Philadelphia | Map It | | Landline: (267)731-7285 |
| | MATOS MARIA | 3x1100 ALCOTT ST<br>PHILADELPHIA PA 19149-3601<br>Reported: 12/07/2006 - 11/27/2017<br>County: Philadelphia | Map It | DOB: 09/10/1967 Age: 50 | |
| | MATOS MARIA L | 5x4113 LAWNDALE ST<br>PHILADELPHIA PA 19124-5225<br>Reported: 04/27/2001 - 11/25/2017<br>County: Philadelphia | Map It | Issued: 1976 in PR<br>DOB: 09/09/1964 Age: 53 | Landline: (215)289-7295 |
| | MATOS MARIA E | 5x3063 N MASCHER ST<br>PHILADELPHIA PA 19133-3925<br>Reported: 02/06/2002 - 11/23/2017<br>County: Philadelphia | Map It | Issued: 1975-1976 in PA<br>OOB: 05/01/1974 Age: 43 | Landline: (267)639-5272 |
| | MATOS MARIA M | 1x3425 ORMES ST<br>PHILADELPHIA PA 19134-1621<br>Reported: 11/23/2017 - 11/23/2017<br>County: PHILADELPHIA | Map It | Issued: 1959 in PR<br>DOB: 09/22/1902 Age: 115 | |
| | MATOS MARIA M | 7x3063 MASCHER ST<br>PHILADELPHIA PA 19133-2539<br>Reported: 09/12/2010 - 11/23/2017<br>County: Philadelphia | Map It | DOB: 05/01/1974 Age: 43 | Landline: (215)743-3740<br>Cell: (215)966-9537<br>Cell: (215)966-9537<br>Landline: (215)686-6281 |

## No Records Found

### Search Criteria
**Name:** MATOS, MARIA
**Address:** 111 W CUMBERLAND STREET
**City:** PHILADELPHIA
**State:** PA

### Search Result

## No Records Found

### Search Criteria
**Name:** MATOS, MARIA
**Address:** 2122 N HANCOCK ST
**City:** PHILADELPHIA
**State:** PA



Welcome to the Pennsylvania Licensing System Verification service. By using this service you are able to search for license information on individuals and businesses regulated by the Bureau of Professional and Occupational Affairs. This site is considered a primary source for verification of license credentials provided by the Pennsylvania Department of State.

🔍 Search - Enter one or more fields below.

◯ **Person**    ◯ **Facility**    ◯ **Disciplinary**    ◯ **Provider**

**Board/Commission**

| Select Board/Commission ▼ |
|---|

**License Type**

| Select License ▼ |
|---|

**License Number**

| License Number |
|---|

**Name**

| Matos |
|---|

| Maria |
|---|

| Middle Name |
|---|

**City**

| City |
|---|

**State**

| State |

**Zip**

| Zip |

**County**

| Select County ▼ |

**Country**

| ALL ▼ |

♁ Person details

Show [ 10 ▼ ] entries          Search: [                    ]

| Full Name | License Number | Board/Commission | License Type | Status | Address |
|-----------|----------------|------------------|--------------|--------|---------|

No data available in table

Showing 0 to 0 of 0 entries                    Previous    Next

The information contained in this web site is being made available as a public service by the Pennsylvania Department of State (Bureau of Professional and Occupational Affairs). No posted information or material provided is intended to constitute legal or professional advice. The information contained in this web site was supplied from license applications

Corporations ▾    Search Business Entities (corpsearch.aspx)    Search UCC Transactions (uccsearch.aspx)

Forms ▾    Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)

Register (../Account/Register_account)    Login (../Account/ValidateUser)

Search entity / Select entity / **Order documents**

# Order Business Documents

❓

Date: 11/27/2017

## Business Name History

| Name | Name Type |
|------|-----------|
| JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC. | Current Name |

## Business Entity Details
## Officers

| | |
|---|---|
| **Name** | JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC. |
| **Entity Number** | 3079216 |
| **Entity Type** | Non-Profit (Non Stock) |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 06/21/2002 |
| **Effective Date** | 06/21/2002 |
| **State Of Inc** | PA |
| **Address** | 2637-45 N 5th St Philadelphia PA 19133 Philadelphia |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 ▾ entries     Filter Records 🔍

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Micro Sta |
|--------|------|----------|-------|---------------------|-------|-------------------------|---------------------|-------------|-----------|

## A FEW WAYS TO USE WHITEPAGES

🏛

Get Background Information
Verify someone is who they say with criminal history, public records and property info.

📱

Get In Touch
Get complete contact information, including mobile numbers and addresses.

# 64 results found for Maria Matos in Philadelphia, PA

## 64 results found

Show Filters ▾

## Exact Matches

☐ See only ⊘ exact matches (13 or more) for Maria Matos in Philadelphia, PA

## Age Range

18 80+

## Filter by State

Pennsylvania
‹ Any State

## Filter by City

Philadelphia
‹ Any City
Premium ResultPremium results may include criminal records, bankruptcies, property records, and more.

## Maria H Matos

Age 77
Lives in **Philadelphia, PA**
Used to live in Lancaster, PA, Lititz, PA
Related to Francisc Candelaria, Francisco Colon Candelaria, Mari Candelaria
View Full Report
Premium ResultPremium results may include criminal records, bankruptcies, property records, and more.

## Maria L Matos

Also known as  Maria L Rivera
Age  53
Lives in  **Philadelphia, PA**
Used to live in  Sabana Grande, PR, Jacksonville, NC, Fairton, NJ
Related to  Carlos M Malave, Damaris Mary Martinez, Eduardo Matos

View Full Report

Show more premium results

Age
40s

# Maria C Matos



Brooklyn, NY (77 mi. from Philadelphia)
Other Locations
**Philadelphia PA**
Ozone Park NY
South Richmond Hill NY
Family
Guillermo Mata
Jasmine E Matos
Age  40s
Lives in  Brooklyn NY , **Philadelphia PA**
Used to live in  Ozone Park NY, **Philadelphia PA,** Brooklyn NY, South Richmond Hill NY
Related to  Guillermo Mata, Jasmine E Matos
View Details
Age
40s

# Maria E Matos



Newark, DE (40 mi. from Philadelphia)
Other Locations
**Philadelphia PA**
New Castle DE
Conyers GA
Rio Grande PR
May Go By
Maria E Benson
Family
Aneudi E Berrios
Yanira R Matos
Heidy Perez
Arnaldo R Matos
Mariaeliz R Rivera
Madeline M Matos
Age  40s

Lives in  Newark DE , **Philadelphia PA**
Used to live in  Newark DE, **Philadelphia PA**, New Castle DE, Conyers GA, Rio Grande PR
Related to  Aneudi E Berrios, Yanira R Matos, Heidy Perez, Arnaldo R Matos, Mariaeliz R
Rivera, Madeline M Matos
May go by  Maria E Benson
Show all locations and family ▾
View Details
Age
60s

# Maria M Matos


**Philadelphia, PA** (Near Northeast Philadelphia)
Family
Greshell M Matos
Kevin O Matos
Dalis Matos
Age  60s
Lives in  **Philadelphia PA** (Near Northeast Philadelphia)
Related to  Greshell M Matos, Kevin O Matos, Dalis Matos
View Details
Age
40s

# Maria I Matos


**Philadelphia, PA** (River Wards)
Family
Juan M Matos
Age  40s
Lives in  **Philadelphia PA** (River Wards)
Related to  Juan M Matos
View Details
Age
---- ---

# Maria Matos


**Philadelphia, PA** (Lower North)
Lives in  **Philadelphia PA** (Lower North)
View Details
Age
40s

## Maria E Matos


**Philadelphia, PA** (Kensington)
Other Locations
Mifflin PA
Harrisburg PA
Lewistown PA
Family
Israel N Corti Sr.
Rose F Salamatin
Winifred E Estabrook
Jorge L Nevarez
Carmen C Rojas
Age  40s
Lives in  **Philadelphia PA** (Kensington), Mifflin PA
Used to live in  **Philadelphia PA**, Harrisburg PA, Mifflin PA, Lewistown PA
Related to  Israel N Corti Sr., Rose F Salamatin, Winifred E Estabrook, Jorge L Nevarez, Carmen C Rojas
Show all locations and family ▾
View Details
Age
‒‒

## Maria De Matos-Juliao


**Philadelphia, PA** (Near Northeast Philadelphia)
Lives in  **Philadelphia PA** (Near Northeast Philadelphia)
View Details
Age
‒‒

## Maria Matos


**Philadelphia, PA** (South Philadelphia)
Lives in  **Philadelphia PA** (South Philadelphia)
View Details
Age
80+

## Maria F Matos


**Philadelphia, PA** (Kensington)
Age  80+

Lives in **Philadelphia PA** (Kensington)
View Details
Age
40s

## Maria C Matos



**Philadelphia, PA** (Olney Oak Lane)
Other Locations
Ephrata PA
May Go By
Marilyn Kreider
Family
Terry D Kreider
Diane J Kreider
Luis A Matos Jr.
Luis A Matos Sr.
Age  40s
Lives in **Philadelphia PA** (Olney Oak Lane)
Used to live in  Ephrata PA
Related to  Terry D Kreider, Diane J Kreider, Luis A Matos Jr., Luis A Matos Sr.
May go by  Marilyn Kreider
Show all locations and family ▾
View Details
Age
— —

## Anna Maria Matos



**Philadelphia, PA** (South Philadelphia)
Family
Joseph M Matos Jr.
Joseph M Matos Sr.
Grace M Matos
Dawn P Matos
Joseph M Matos
Anna M Matos
Michael Karen D Matos
Angela Matos
Lives in **Philadelphia PA** (South Philadelphia)
Related to  Joseph M Matos Jr., Joseph M Matos Sr., Grace M Matos, Dawn P Matos, Joseph
M Matos, Anna M Matos, Michael Karen D Matos, Angela Matos
Show all locations and family ▾
View Details
Age
— —

## Maria Matos



**Philadelphia, PA** (Kensington)
Family
Andino Acevedo III
Krystle M Mateo
Marisol Silva
Clarissa Matos
Maria A Matias
Lives in **Philadelphia PA** (Kensington)
Related to  Andino Acevedo III, Krystle M Mateo, Marisol Silva, Clarissa Matos, Maria A
Matias
Show all locations and family ▾
View Details
Age
50s

## Maria Matos



**Philadelphia, PA** (Near Northeast Philadelphia)
Family
Nilda I Matos I
Age  50s
Lives in  **Philadelphia PA** (Near Northeast Philadelphia)
Related to  Nilda I Matos I
View Details
Age
50s

## Maria-Delaluz Matus Matus

**Philadelphia, PA** (Far Northeast Philadelphia)
Age  50s
Lives in  **Philadelphia PA** (Far Northeast Philadelphia)
View Details
Age
50s

## Maria A Gomez

**Philadelphia, PA** (South Philadelphia)
Other Locations
Jersey City NJ
Allentown PA
Nutley NJ
Union City NJ

May Go By
**Maria A Matos**, Maria Jimenez
Family
Kelvin Gomez
Marina A Gomez
Chris Jiminez
Fernando M Matos Faro
Yesnardo Garcia
Age 50s
Lives in **Philadelphia PA** (South Philadelphia), Jersey City NJ (The Heights)
Used to live in Allentown PA, Nutley NJ, Union City NJ, Jersey City NJ
Related to Kelvin Gomez, Marina A Gomez, Chris Jiminez, Fernando M Matos Faro, Yesnardo Garcia
May go by **Maria A Matos**, Maria Jimenez
Show all locations and family ▾
View Details

1.
2. 1
3. 2
4. 3
5. 4
6. 5
7.

Birth, Death, and Divorce Records for Maria Matos
Sponsored by Ancestry.com


Maria Matos
Philadelphia PA
1 Birth Records


Maria Matos
Philadelphia PA
1 Death Records


Maria Matos
Philadelphia PA
28 Divorce Records

## Why use Whitepages?

On Whitepages you can lookup phone numbers, find mobile numbers, do an address search and get a background report and public records for the 64 results for Maria Matos in Philadelphia, PA and more.
Every second, Whitepages helps 19 people find friends, know who is calling and get critical background information to help keep their family safe.

| Address | Market Value | Sale Details | Owner | |
|---|---|---|---|---|
| **2949 N 7TH ST** | $47,800 | 6/29/1970, $1 | MARIA MATOS TR | ❯ |
| **1851 FULLER ST** | $165,000 | 10/29/2007, $195,000 | MATOS CARMEN MARIA, MATOS RAFAEL | ❯ |
| **2916 KIP ST** | $39,200 | 10/19/1995, $1 | MATOS MARIA, MATOS RICARDO | ❯ |
| **3063 MASCHER ST** | $56,800 | 4/22/2001, $1 | MATOS MARIA | ❯ |
| **322 ROSELYN ST** | $92,300 | 11/23/1971, $1 | MARIA C H/W, MATOS LUIS A AND | ❯ |
| **2631 S SARTAIN ST** | $160,200 | 5/11/1993, $1 | MATOS ANNA MARIA | ❯ |
| **7509 TORRESDALE AVE** | $95,100 | 1/26/2009, $82,000 | MATOS MARIA E | ❯ |
| **610 E WESTMORELAND ST** | $50,700 | 8/3/1994, $39,900 | MATOS LUIS G, MENDEZ RUBY MARIA | ❯ |





Person/Company Name
Search Results

A $5 Convenience fee will be added to the transaction at checkout.

▶ Home          ▶ New Search

## Phonetic Search: off   Last Name: Matos   First Name: Maria

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| MATOS, MARIA E | 3063 N MASCHER ST PHILADELPHIA PA 19133 **Case ID:** _150101162_ *COMMONWEALTH OF PA VS MATOS* | DFT | 13-JAN-2015 |
| MATOS, MARIA E | 7509 TORRESDALE AVENUE PHILADELPHIA PA 19136 **Case ID:** _130704660_ *ALLSTATE INSURANCE COMPANY A/S/O VS TUBENS-CORTES* | DFT | 01-AUG-2013 |
| MATOS, MARIA E | 7509 TORRESDALE AVENUE PHILADELPHIA PA 19136 **Case ID:** _130704660_ *ALLSTATE INSURANCE COMPANY A/S/O VS TUBENS-CORTES* | DFT | 01-AUG-2013 |
| MATOS, MARIA E | 7509 TORRESDALE AVENUE PHILADELPHIA PA 19136 **Case ID:** _130700162_ *ALICEA VS TUBENS-CORTES ETAL* | DFT | 01-JUL-2013 |
| MATOS, MARIA E | 7509 TORRESDALE AVENUE PHILADELPHIA PA 19136 **Case ID:** _130700162_ *ALICEA VS TUBENS-CORTES ETAL* | DFT | 01-JUL-2013 |
| MATOS, MARIA I | 3607 N LAWRENCE ST PHILADELPHIA PA 19140 **Case ID:** _910700764_ *ASSOCIATES COMMERCIAL CORP VS. MATOS* | DFT | 03-JUL-1991 |
| MATOS, MARIA LINDA | 5801 N 7TH ST PHILADELPHIA PA 19121 | PLF | 09-AUG-2007 |

| | **Case ID:** _070800802_ *MATOS VS SEPTA* | | |
|---|---|---|---|
| MATOS, MARIA | 2916 KIP ST PHILA PA 19134-2824 **Case ID:** _1703R16096499_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 14-MAR-2017 |
| MATOS, MARIA | 3063 N MASCHER ST PHILADELPHIA PA 19133-3925 **Case ID:** _1703R16096021_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 14-MAR-2017 |
| MATOS, MARIA | 3063 N MASCHER ST PHILADELPHIA PA 19133-3925 **Case ID:** _1603R15036836_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 08-MAR-2016 |
| MATOS, MARIA | 2916 KIP ST PHILA PA 19134-2824 **Case ID:** _1603R15037408_ *CITY OF PHILADELPHIA VS. MATOS MARIA* | DFT | 08-MAR-2016 |
| MATOS, MARIA | 3063 N MASCHER STREE PHILADELPHIA PA 19133 **Case ID:** _160261837_ *CITY OF PHILADELPHIA-TRAFFIC COURT VS. MATOS* | DFT | 11-FEB-2016 |
| MATOS, MARIA | 3063 N MASCHER ST PHILADELPHIA PA 19133-3925 **Case ID:** _1512R08688043_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 08-DEC-2015 |
| MATOS, MARIA | 3063 N MASCHER ST PHILADELPHIA PA 19133-3925 **Case ID:** _1512R09664796_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 08-DEC-2015 |
| MATOS, MARIA | 3063 N MASCHER ST PHILADELPHIA PA 19133-3925 **Case ID:** _1512R10637306_ *CITY OF PHILADELPHIA VS. MATOS* | DFT | 08-DEC-2015 |

Page: <u>Next</u>  <u>Last</u>
**Records Found:** 39, **Displayed:** 1 **to** 15



**phila.gov**

**register of wills**

Monday, November 27th 10:09:24 AM

HOME| RESIDENTS | BUSINESS | VISITORS | TERMS OF USE

**SITE CONTENTS**

**HOME**

**ABOUT**

**WILLS**

**ESTATES**

**INHERITANCE TAX**

**MARRIAGE LICENSES**

**MARRIAGE RECORDS**

**FEE SCHEDULE**

**FILING REQUISITES**

**FORMS**

**F.A.Q.**

**GLOSSARY OF TERMS**

**RESOURCES & LINKS**

**CONTACT US**

**REQUEST PROBATE RECORD**

**SEARCH MARRIAGE RECORDS**

**REQUEST MARRIAGE RECORD**

**ATTORNEY LOG-IN**

## Search Marriage Records

---

**NOTE**

1. A fee is levied for issuing a copy of a marriage record. For information on how to obtain a copy and the fees involved, **click here.**

2. Please note that the range of Marriage Record data is currently limited. The Register of Wills is continuing to update the range of data. However, it is estimated that the data will go back only as far as 1995 after this process is completed.

---

Applicant 1 First Name:

Applicant 1 Last Name:

Applicant 2 First Name:    Maria

Applicant 2 Last Name:    Matos

License Date - From:                     To:

(Enter dates as MM/DD/YYYY)

**Need help searching?  Click here for help.**

| Search | | Clear the Form |

| Applicant 1 | Applicant 2 | Date of License | License Number | |
|---|---|---|---|---|
| ANGEL LUIS LUNAS | MARIANGELIE PADILLA MATOS | 04/12/2014 | 165920 | Get Copy |
| ELVIS G. FERNANDEZ | MARIA LUISA SEGURA MATOS | 06/04/2010 | 98772 | Get Copy |
| ELY S. MATOS | MARIA E. MATOS | 12/16/2013 | 146986 | Get Copy |
| FRANCISCO CANDELARIA | MARIA H. MATOS | 04/15/2017 | 199171 | Get Copy |
| JUAN S. SANTIAGO | MARIA ALTAGRACIA OZUNA MATOS | 02/08/2009 | 87029 | Get Copy |
| MIGUEL ANGEL ANTONIO | LUZ MARIA MATOS CASTRO | 12/17/2015 | 185178 | Get Copy |
| REGINALD CUTTS | MARIA A. DEMATOS | | 67820 | Get Copy |
| RIMPY KALRA | MARIA M COLON-MATOS | 08/20/2015 | 181815 | Get Copy |
| SALVADOR COLON | MARIA MATOS | | D63952 | Get Copy |

1

THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

HOME      CASE SEARCH      LOGOUT

PHILADELPHIA MUNICIPAL COURT        Monday, November 27, 2017 | *GUEST USER*

## CMS - Search Screen

### Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

| | |
|---|---|
| **Type:** | Plaintiff ▼ |
| **Case Type:** | Select... ▼ |
| **Start Date:** 11/27/2007   🔲 | **End Date:** 11/27/2017   🔲 |
| **Search:** | %Maria%Matos% |

No records were found.

THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

HOME　　CASE SEARCH　　LOGOUT

PHILADELPHIA MUNICIPAL COURT

Monday, November 27, 2017 | GUEST USER

# CMS - Search Screen

## Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

**Type:** Defendant ▼

**Case Type:** Select... ▼

**Start Date:** 11/27/2007 📅 **End Date:** 11/27/2017 📅

**Search:** %Maria%Matos%

| Case Number | Matching Party | Plaintiffs | Defendants |
|---|---|---|---|
| CE-13-09-33-0268 | MARIA E MATOS | City of Philadelphia, Bureau of Administrative Adjudication | MARIA E MATOS(D1) |
| SC-12-01-23-5895 | Maria E. Matos | Barclays Bank Delaware | Maria E. Matos(D1) |
| LT-10-12-28-6132 | MARIA LINDA MATOS | JUSTIN REEVES | MARIA LINDA MATOS(D1) |
| CE-12-02-72-0378 | MARIA MATOS | Commonwealth of Pennsylvania, City of Philadelphia | MARIA MATOS(D1) |
| CE-16-05-72-0371 | MARIA MATOS | City of Philadelphia Law Department, Water Revenue Bureau | MARIA MATOS(D1) |

1 to 5 of 5 records are displayed.

Office of CJO ~215-685-7093, 7080,7711         Home / Phila.gov / Sitemap /Feedback




- **Training Academy**
- **Access To Inmates**
- **Feedback Form**
- **News**
- **Opportunities**
- **Links**

# Please Enter Criteria to search for an Inmate.

| Facility | | |
|---|---|---|
| ASDCU | CFCF | D/C |
| HOC | PICC | RCF |

**Search Criteria**

| | |
|---|---|
| **PPN:** | |
| **Last Name:** | Matos |
| **First Name:** | Maria |
| **Date of Birth:** | (mm/dd/yyyy) |

[ Find Inmate ] [ Clear ]

**No Result Found.**

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promu public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to imple the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record informati accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or on information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania St the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as s

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket numb court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informati search system for public records provided by private organizations for which fees may be incurred. The ability to search for and revi sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

* Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type sele*

* Last Name: Matos
(Exact Last Name)
* First Name: Maria
(Example: James or Ja)(Exact Using 1 Letter)
Date of Birth: __/__/____ 🖩

**and any combination of**

County: | ▼ |
Court Office: | ▼ |
Docket Type: | Criminal ▼ |
Case Status: | ▼ |
Date Filed: __/__/____ 🖩 through __/__/____ 🖩

Click the Print Preview icon to display the report

| Docket Number | Court Office | Short Caption | Filing Date | County | Case Status | Primary Particip: |
|---|---|---|---|---|---|---|
| MJ-23201-CR-0000069-2012 | MDJ-23-2-01 | Comm. v. Matos-Figueroa, Maria E. | 02/02/2012 | Berks | Closed | Matos-Figueroa, M |

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promu web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement re Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regard public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or om information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania St provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set f

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket numb boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informatic system for public records provided by private organizations for which fees may be incurred. The ability to search for and review inf free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

        \* Search Type: | Participant Name       ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type sele*

        \* Last Name: Matos
                   (Exact Last Name)
        \* First Name: Maria
                   (Example: James or Ja)(Exact Using 1 Letter)
       Date of Birth: __/__/____ 🗓

                      and any combination of

           County: |         ▼ |
      Court Office: |         ▼ |
      Docket Type: | Civil         ▼ |
       Case Status: |         ▼ |
         Date Filed: __/__/____ 🗓 through __/__/____ 🗓

Click the Print Preview icon to display the report

| | Docket Number | Court Office | Short Caption | Filing Date | County | Case Status | Pr |
|---|---|---|---|---|---|---|---|
| 📄 | MJ-31104-CV-0000529-2013 | MDJ-31-1-04 | Cypress Financial Recoveries,LLC v. Matos, Maria | 12/16/2013 | Lehigh | Closed | Mː |
| 📄 | MJ-43304-CV-0000383-2010 | MDJ-43-3-04 | Equable Ascent Financial Llc v. Matos, Maria | 11/16/2010 | Monroe | Closed | Mː |
| 📄 | MJ-02201-CV-0000094-2008 | MDJ-02-2-01 | Palisades Collection, L.L.c. v. Matos, Maria | 03/21/2008 | Lancaster | Closed | Mː |

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Un Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delaye docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be prov Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq. forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applic: Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every c and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern tl

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearin; page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. ' chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public informatic any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type sele*

        \* Last Name: Matos
        \* First Name: Maria
      Date of Birth: __/__/____ 📅

                and any combination of

         County: | ▼ |
    Docket Type: | Criminal ▼ |
  Case Category: | ▼ |
     Case Status: | ▼ |
      Date Filed: __/__/____ 📅 through __/__/____ 📅

| Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | I |
|---|---|---|---|---|---|---|---|
| 🔍 CP-06-CR-0001221-2012 | Comm. v. Matos-Figueroa, Maria E. | 3/12/2012 2:39:00 PM | Berks | Matos-Figueroa, Maria E. | Closed | T1453303 | |
| 🔍 CP-22-CR-0002621-1994 | Comm. v. Matos, Maria | 1/1/1994 12:00:00 AM | Dauphin | Matos, Maria | Closed | E9651316 | |

| Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | I |
|---|---|---|---|---|---|---|---|
| CP-36-CR-0001620-1992 | Comm. v. Matos, Maria | 1/1/1992 12:00:00 AM | Lancaster | Matos, Maria | Adjudicated | C2218930 | |
| CP-36-CR-0003493-1991 | Comm. v. Matos, Maria | 1/1/1991 12:00:00 AM | Lancaster | Matos, Maria | Adjudicated | C2206411 | |

# Inmate Search Results

≣ Table    ⚏ Tile

Records Per Page: [ ▼ ]

| Inmate Number | Full Name | Race | Date of Birth | Current Location | Committing County |
|---|---|---|---|---|---|

Showing search results: 0 records

‹   1   ›

Back to Search





**PACER**
Case Locator

**Civil Party Search**
Mon Nov 27 09:48:34 2017
24 records found

User: gillassc
Client:
Search: Civil Party Search Name Matos, Maria All Courts Page: 1

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Matos, Maria C. (pla) | flsdce | 9:1987-cv-08764 | 890 | 10/19/1987 | 04/15/1988 |
| 2 Matos, Maria (dft) | pamdce | 4:2005-cv-00812 | 220 | 04/21/2005 | 07/28/2005 |
| 3 Matos, Maria (pla) | prdce | 3:2010-cv-02097 | 360 | 11/08/2010 | 02/18/2016 |
| 4 Matos, Maria (pla) | prdce | 3:2014-cv-01341 | 362 | 04/30/2014 | 03/13/2015 |
| 5 Matos, Maria (pla) | nysdce | 1:2017-cv-03887 | 360 | 05/23/2017 | |
| 6 MATOS, MARIA (dft) | paedce | 2:2017-cv-03353 | 190 | 07/26/2017 | |
| 7 Matos, Maria (pla) | nysdce | 1:2005-cv-05601 | 890 | 06/15/2005 | 01/29/2009 |
| 8 MATOS, MARIA R. (pla) | njdce | 2:2004-cv-01211 | 864 | 03/12/2004 | 03/09/2007 |
| 9 Matos, Maria (pla) | nysdce | 1:2000-cv-08583 | 863 | 11/09/2000 | 04/19/2001 |
| 10 Matos, Maria R. (dft) | codce | 1:2000-cv-00762 | 890 | 04/13/2000 | 07/17/2000 |
| 11 Matos, Maria (pla) | pamdce | 3:2006-cv-01467 | 480 | 07/27/2006 | 09/25/2006 |
| 12 MATOS, MARIA (pla) | njdce | 2:2000-cv-06763 | 863 | 11/22/2000 | 07/09/2002 |
| 13 Matos, Maria Fatima (pla) | caedce | 1:1987-cv-00591 | 360 | 10/15/1987 | 01/12/1990 |
| 14 Matos, Maria A. (pla) | prdce | 3:1995-cv-02503 | 360 | 12/11/1995 | 12/03/1996 |
| 15 Matos, Maria (pla) | nysdce | 1:2006-cv-12786 | 360 | 10/20/2006 | 01/25/2011 |
| 16 Matos, Maria (dft) | nysdce | 7:2004-cv-01653 | 710 | 02/27/2004 | 02/03/2006 |
| 17 MATOS, MARIA FELIZ (pla) | njdce | 2:2002-cv-01976 | 555 | 04/22/2002 | 02/26/2005 |
| 18 MATOS, MARIA (pla) | njdce | 2:1999-cv-02043 | 791 | 05/05/1999 | 08/04/2000 |
| 19 MATOS, MARIA FELIZ (pla) | njdce | 2:2001-cv-04035 | 555 | 08/13/2001 | 11/30/2001 |
| 20 Matos, Maria De-Los-A. (pla) | prdce | 3:1997-cv-01558 | 890 | 04/15/1997 | 05/02/1997 |
| 21 Matos, Maria (pla) | flsdce | 0:2007-cv-61004 | 710 | 07/18/2007 | 01/25/2008 |
| 22 Matos, Maria Elena (dft) | prdce | 3:1998-cv-01750 | 220 | 08/19/1998 | 08/28/1997 |
| 23 Matos, Maria (pla) | ctdce | 3:1998-cv-02147 | 360 | 11/04/1998 | 10/31/2000 |
| 24 Matos, Maria E (pla) | ilcdce | 3:1999-cv-03190 | 440 | 08/06/1999 | 02/07/2002 |

```
                                          Receipt 11/27/2017 09:48:35 155220873
         User gillassc
      Client
Description Civil Party Search
             Name Matos, Maria All Courts Page: 1
      Pages 1 ($0.10)
```

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03353-AB

RIGHT TRACK MANAGEMENT INC. et al v.
JUNIATA COMMUNITY MENTAL HEALTH
CLINIC, INC. et al
Assigned to: HONORABLE ANITA B. BRODY
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/26/2017
Jury Demand: Plaintiff
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

## Plaintiff

**RIGHT TRACK
MANAGEMENT INC.**

represented by **GARY SCHAFKOPF**
HOPKINS SCHAFKOPF, LLC
11 BALA AVE.
BALA CYNWYD, PA 19004
610-664-5200
Email: gschafkopf@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email:
mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**FARES YASIN**

represented by **GARY SCHAFKOPF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW B. WEISBERG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**JUNIATA COMMUNITY
MENTAL HEALTH
CLINIC, INC.**

<u>Defendant</u>

**LEONARD BROWN**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
PRESIDENT OF JUNIATA
COMMUNITY MENTAL
HEALTH CLINIC, INC.*

<u>Defendant</u>

**NORRIS HANCOCK, LLC**

<u>Defendant</u>

**RENEE TARTAGLIONE**
*INDIVIDUALLY AND IN
HER OFFICIAL CAPACITY
AS PRESIDENT OF NORRIS
HANCOCK LLC*

<u>Defendant</u>

**MICHAEL WRIGHT**
*INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
BUSINESS ADMINISTRATOR
OF JUNIATA COMMUNITY
MEDICAL HEALTH CLINIC,
INC.*

<u>Defendant</u>

**CARLOS MATOS**
*INIDIVUDALLY AND IN HIS*
*OFFICIAL CAPACITY*

**Defendant**

**MARIA MATOS**
*INDIVIDUALLY AND IN*
*HER OFFICIAL CAPACITY*
*AS VICE PRESIDENT OF*
*JUNIATA COMMUNITY*
*MEDICAL HEALTH CLINIC,*
*INC.*

**Defendant**

**JOHN DOE(S)**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | COMPLAINT against LEONARD BROWN, JOHN DOE(S), JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT ( Filing fee $ 400 receipt number 163251.), filed by FARES YASIN, RIGHT TRACK MANAGEMENT INC.. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 07/27/2017) |
| 07/26/2017 | | Summons 7 Issued as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. Forwarded To: Counsel on 7/27/17 (tj, ) (Entered: 07/27/2017) |
| 07/26/2017 | | DEMAND for Trial by Jury by RIGHT TRACK MANAGEMENT INC., FARES YASIN. (tj, ) (Entered: 07/27/2017) |
| 08/07/2017 | 2 | NOTICE of Appearance by MATTHEW B. WEISBERG on behalf of RIGHT TRACK MANAGEMENT INC., FARES YASIN with Jury Demand and Certificate of Service(WEISBERG, MATTHEW) (Entered: 08/07/2017) |
| 09/27/2017 | 3 | Summons Returned Unexecuted by FARES YASIN, RIGHT |

| | | |
|---|---|---|
| | | TRACK MANAGEMENT INC. as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. (kp, ) (Entered: 09/27/2017) |
| 10/03/2017 | 4 | Praecipe To Issue Alias Summons by FARES YASIN. (SCHAFKOPF, GARY) Modified on 10/4/2017 (nd, ). (Entered: 10/03/2017) |
| 10/03/2017 | | 7 Alias Summons Issued as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., CARLOS MATOS, MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. Forwarded To: COUNSEL on 10/4/2017. (kp, ) (Entered: 10/04/2017) |
| 11/09/2017 | 5 | ORDER that PLAINTIFFS ARE ORDERED TO SHOW CAUSE ON OR BEFORE NOVEMBER 22, 2017, WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION.-1(footnote) SIGNED BY HONORABLE ANITA B. BRODY ON 11/8/2017. 11/9/2017 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 11/09/2017) |
| 11/13/2017 | 6 | Summons Returned Unexecuted by FARES YASIN, RIGHT TRACK MANAGEMENT INC. as to LEONARD BROWN, JUNIATA COMMUNITY MENTAL HEALTH CLINIC, INC., MARIA MATOS, NORRIS HANCOCK, LLC, RENEE TARTAGLIONE, MICHAEL WRIGHT. (kp, ) (Entered: 11/13/2017) |
| 11/20/2017 | 7 | AFFIDAVIT of Service by Gill and Associates re: served Summons and Complaint upon Renee Tartaglione by Personal Service on 11/18/17 (SCHAFKOPF, GARY) Modified on 11/22/2017 (tjd). (Entered: 11/20/2017) |
| 11/20/2017 | 8 | AFFIDAVIT of Service by Gill and Associates re: served Summons and Complaint upon Renee Tartaglione by Personal Service on 11/18/17, answer due 12/11/2017. (SCHAFKOPF, GARY) Modified on 11/22/2017 (tjd). (Entered: 11/20/2017) |
| 11/21/2017 | 9 | RESPONSE TO ORDER TO SHOW CAUSE by RIGHT TRACK MANAGEMENT INC., FARES YASIN. (WEISBERG, MATTHEW) (Entered: 11/21/2017) |



**PACER**
Case Locator

🎧 **Browse Alou**

**Criminal Party Search**
Mon Nov 27 09:52:12 2017
3 records found

**User:** gillassc
**Client:**
**Search:** Criminal Party Search Name Matos, Maria All Courts Page: 1

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 1 Matos, Maria (dft) | nyedce | 1:1993-mj-00789 | 04/09/1993 | |
| 2 Matos, Maria (dft) | nyedce | 1:1993-cr-00339 | 04/27/1993 | 06/15/1994 |
| 3 Matos, Maria D (dft) | lawdce | 7:2016-po-00626 | 08/22/2016 | 10/12/2016 |

|  |  |
|---|---|
| | **Receipt** 11/27/2017 09:52:12 155223380 |
| **User** | gillassc |
| **Client** | |
| **Description** | Criminal Party Search |
| | Name Matos, Maria All Courts Page: 1 |
| **Pages** | 1 ($0.10) |



**PACER** Browse Aloud
Case Locator



**Bankruptcy Party Search**
Mon Nov 27 09:52:24 2017
116 records found

User: gillassc
Client:
Search: Bankruptcy Party Search Name Matos, Maria All Courts Page: 1

| Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Matos, Maria (jdb) | nyebke | 1:10-bk-40891 | 7 | 02/04/2010 | 05/11/2010 | Standard Discharge 05/11/2010 |
| 2 Matos, Maria C. (db) | ganbke | 1:12-bk-53565 | 7 | 02/08/2012 | 08/01/2012 | Standard Discharge 06/01/2012 |
| 3 Matos, Maria E. (db) | flsbke | 1:04-bk-19962 | 13 | 10/22/2004 | 10/29/2009 | Standard Discharge 07/08/2009 |
| 4 Matos, Maria Isabel (db) | nyebke | 1:03-bk-19908 | 7 | 07/29/2003 | 03/11/2004 | Standard Discharge 12/19/2003 |
| 5 Matos, Maria M. (db) | flmbke | 6:93-bk-02873 | 7 | 06/09/1993 | 09/21/1995 | Standard Discharge 10/13/1993 |
| 6 Matos, Maria (db) | nyebke | 8:04-bk-81231 | 7 | 03/01/2004 | 06/17/2004 | Standard Discharge 06/17/2004 |
| 7 MATOS, MARIA C (jdb) | nvbke | 2:02-bk-20881 | 7 | 09/24/2002 | 03/06/2003 | |
| 8 Matos, Maria E (db) | njbke | 2:03-bk-29399 | 7 | 06/06/2003 | 09/26/2003 | Standard Discharge 09/19/2003 |
| 9 Matos, Maria I (db) | flmbke | 6:03-bk-11997 | 7 | 10/14/2003 | 02/26/2004 | Standard Discharge 02/03/2004 |
| 10 Matos, Maria M. (db) | ctbke | 2:11-bk-23625 | 7 | 12/28/2011 | 05/30/2012 | Standard Discharge 04/19/2012 |
| 11 Matos, Maria V. (db) | njbke | 3:95-bk-31649 | 7 | 03/21/1995 | 07/13/1995 | Standard Discharge 07/05/1995 |
| 12 Matos, Mariana (db) | njbke | 2:94-bk-25537 | 7 | 08/12/1994 | 01/30/1995 | Standard Discharge 12/14/1994 |
| 13 Matos, Maria (db) | nyebke | 1:17-bk-40563 | 7 | 02/06/2017 | 05/10/2017 | Standard Discharge 05/10/2017 |
| 14 MATOS, MARIA C (jdb) | nvbke | 2:11-bk-10225 | 7 | 01/07/2011 | 04/18/2011 | Standard Discharge 04/13/2011 |
| 15 Matos, Maria E. (dft) | flmbke | 6:93-ap-00201 | | 08/13/1993 | 12/23/1993 | |
| 16 Matos, Maria I (jdb) | nyebke | 1:13-bk-46199 | 7 | 10/15/2013 | 01/16/2014 | Standard Discharge 01/16/2014 |
| 17 MATOS, MARIA M. (db) | debke | 1:89-bk-00474 | 7 | 06/15/1989 | 03/07/1990 | Standard Discharge 12/15/1989 |
| 18 MATOS, MARIA (db) | nvbke | 2:00-bk-19905 | 7 | 12/28/2000 | 11/06/2001 | Standard Discharge 04/09/2001 |
| 19 Matos, Maria Brasil (jdb) | idbke | 8:10-bk-41814 | 7 | 10/11/2010 | 11/30/2011 | Standard Discharge 02/17/2011 |
| 20 Matos, Maria E (jdb) | ilnbke | 1:00-bk-27148 | 7 | 09/15/2000 | 01/02/2001 | |
| 21 Matos, Maria H (db) | njbke | 2:07-bk-17050 | 7 | 05/21/2007 | 08/28/2007 | Standard Discharge 06/24/2007 |
| 22 Matos, Maria M. (db) | ctbke | 2:08-bk-21292 | 7 | 07/08/2008 | 08/12/2009 | Dismissed for Failure to File Information 07/30/2009 |
| 23 Matos, Maria (db) | njbke | 3:98-bk-33419 | 7 | 03/17/1998 | 07/10/1998 | Standard Discharge 07/07/1998 |
| 24 MATOS, MARIA A. (pla) | ezbke | 0:96-ap-00069 | | 08/28/1996 | 03/19/1997 | Dismissed for Want of Prosecution |
| 25 Matos, Maria Dolores (db) | nysbke | 1:05-bk-10563 | 7 | 02/01/2005 | 08/29/2005 | Standard Discharge 06/21/2005 |
| 26 Matos, Maria G (db) | flsbke | 1:10-bk-11815 | 7 | 01/27/2010 | 07/20/2010 | Standard Discharge 04/26/2010 |
| 27 MATOS, MARIA M. (db) | azbke | 0:96-bk-00723 | 7 | 08/20/1996 | 03/20/1997 | Dismissed for Other Reason 12/23/1996 |
| 28 Matos, Marlene (db) | ilnbke | 1:13-bk-40250 | 7 | 10/15/2013 | 02/05/2014 | Standard Discharge 02/03/2014 |
| 29 Matos, Maria (db) | flsbke | 1:04-bk-18911 | 7 | 08/20/2004 | 01/05/2005 | Standard Discharge 01/04/2005 |
| 30 Matos, Maria A (db) | ilnbke | 1:11-bk-41238 | 7 | 10/11/2011 | 01/20/2012 | Standard Discharge 01/17/2012 |
| 31 Matos, Maria Del Carmen (pla) | ganbke | 4:93-ap-04102 | 0 | 07/22/1993 | 08/23/1994 | Dismissed, discontinued, settled, remanded, etc. **pre-BAPCPA** |
| 32 Matos, Maria Eugenia (db) | ribke | 1:99-bk-11023 | 7 | 04/30/1999 | 08/13/1999 | Standard Discharge 07/22/1999 |
| 33 Matos, Maria M (db) | njbke | 3:02-bk-58213 | 7 | 08/02/2002 | 11/12/2002 | Standard Discharge 10/26/2002 |
| 34 Matos, Maria T. (jdb) | flmbke | 6:92-bk-03535 | 7 | 06/10/1992 | 10/28/1992 | |
| 35 Matos, Maria P (db) | nyebke | 8:03-bk-81465 | 7 | 03/10/2003 | 07/14/2003 | Standard Discharge 07/01/2003 |
| 36 Matos, Maria R. (db) | caebke | 9:08-bk-92338 | 7 | 10/31/2008 | 02/13/2009 | Standard Discharge 02/09/2009 |
| 37 Matos, Maria (db) | flsbke | 1:02-bk-22079 | 7 | 03/22/2002 | 07/10/2002 | Standard Discharge 07/09/2002 |
| 38 Matos, Maria A (db) | ilnbke | 1:04-bk-15935 | 7 | 04/22/2004 | 08/20/2004 | Standard Discharge 08/17/2004 |
| 39 Matos, Maria del Carmen (db) | ganbke | 4:08-bk-41573 | 7 | 05/28/2008 | 11/05/2009 | Standard Discharge 11/05/2009 |
| 40 Matos, Maria Eugenia (db) | cobke | 1:10-bk-29059 | 7 | 07/29/2010 | 01/21/2011 | Standard Discharge 11/17/2010 |
| 41 Matos, Maria Lourdes (db) | nyebke | 1:16-bk-44473 | 7 | 10/03/2016 | 11/21/2018 | Dismissed for Other Reason 11/18/2016 |
| 42 Matos, Maria (db) | flsbke | 1:86-bk-00293 | 7 | 02/05/1986 | 03/23/1989 | |
| 43 Matos, Maria A (db) | ilnbke | 1:94-bk-06720 | 7 | 04/05/1994 | 09/15/1994 | Standard Discharge |
| 44 Matos, Maria del Carmen (db) | ganbke | 4:93-bk-41314 | 13 | 06/17/1993 | 08/24/1996 | |
| 45 Matos, Maria Esther (db) | flsbke | 1:15-bk-30608 | 13 | 11/24/2015 | 07/12/2017 | Dismissed for failure to make plan payments 03/14/2017 |
| 46 Matos, Maria Lidia (db) | ilnbke | 9:15-bk-24381 | 13 | 08/10/2015 | | |
| 47 MATOS, MARIA (jdb) | ilnbke | 1:98-bk-05505 | 7 | 09/01/1998 | 07/23/2003 | |
| 48 Matos, Maria A (db) | ilnbke | 1:94-bk-06720 | 7 | 04/05/1994 | 09/15/1994 | Standard Discharge |
| 49 Matos, Maria Del Carmen (db) | flsbke | 9:05-bk-32255 | 7 | 05/05/2005 | 08/29/2005 | Standard Discharge 08/29/2005 |
| 50 Matos, Maria Esther (db) | flsbke | 1:07-bk-19286 | 7 | 10/30/2007 | 12/31/2008 | Standard Discharge 02/08/2008 |
| 51 Matos, Maria L. (db) | ctbke | 3:10-bk-30426 | 7 | 02/15/2010 | 06/11/2010 | Standard Discharge 05/25/2010 |
| 52 Matos, Maria (jdb) | flmbke | 8:09-bk-28323 | 7 | 12/11/2009 | 08/24/2010 | Standard Discharge 06/24/2010 |
| 53 Matos, Maria (db) | ohnbke | 1:98-bk-19430 | 13 | 12/07/1998 | 05/17/2002 | Standard Discharge 12/06/2001 |
| 54 Matos, Maria De Las Nieves (jdb) | flmbke | 8:16-bk-05789 | 13 | 07/06/2016 | | |

Receipt 11/27/2017 09:52:24 165223522
User gillassc
Client
Description Bankruptcy Party Search
Name Matos, Maria All Courts Page: 1
Pages 1 ($0.10)

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**    **Find By Name**

| First | Middle | Last | Race | Age | Sex |
| --- | --- | --- | --- | --- | --- |
| Maria | | Matos | ▼ | | |

**0** Results for search **Maria Matos**                    🗑 Clear Form        Sea

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resou**
Victims
Employ
Former
Media F

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

maria matos

AJ   Home   5

| All | Posts | **People** | Photos | Videos | Pages | Places | Groups | Apps | Events | Links |

### Filter Result

**City**

Any city

Philadelphia,
Pennsylvania

Atlanta, Geor

Choose a city

**Education**

Any school

Starr's M
School PTS

Kennesa
University

Peirce C

Choose a sch

**Work**

Any compan

Choose a co

**Mutual Friends**

Anyone

Friends

Friends of Fr

Mutual friend



**Maria Matos**     Add Friend



**Maria Matos**     Add Friend



**Maria Matos**     Add Friend



**Maria Matos**     Add Friend

Delaware



**Maria Matos-Perez**

Security Private Company



**Maria Matos**



**Carolina Matos**     Add Friend



**Maria Matos**     Add Friend

McDonald's



**Maria Matos**     Add Friend



**Maria Matos**     Add Friend

**Maria Matos**     Chat (27)

**Trending**

**Kathleen, Florida**
Derailed train leaks haza
sulfur in Lakeland - orla

**Prince Harry**
Prince Harry 'thrilled' aft
is to marry Meghan... -

**Packers vs. Steelers**
Steelers win 31-28 on 5
final play - post-gazette.

**Mount Agung**
Flights cancelled, peopl
massive Bali... - busines

**Brexit**
Republic 'should pay for
- bbc.com

**Galleria at Crystal Run**
N.Y. mall evacuated am
shooting; 2 injured - ms

**Al Franken**
Sen. Al Franken says h
and ashamed" - msn.co

**Zahid Hamid**
Pakistan law minister re
protests disperse - cnn.

**Sumter, South Carolin**
SLED investigating after
shooting in Midlands - w

**John Conyers**
Conyers steps aside as
on House Judiciary... -

**Learn More**

English (US) · Español ·
Português (Brasil) · Français
· Deutsch

Privacy · Terms · Advertising
Cookies · More
Facebook © 2017

## Filter Result

**City**

Any city

Philadelphia,
Pennsylvania

Atlanta, Geo

Choose a city

**Education**

Any school

Starr's M
School PTSC

Kennesa
University

Peirce C

Choose a sch

**Work**

Any compan

Choose a con

**Mutual Friends**

Anyone

Friends

Friends of Friends

Mutual friends with...

**Maria Matos**             Add Friend

**Maria Matos**             Add Friend
Target

**Maria Matos**             Add Friend

**Mara Mattos Thaisa Gabrielle**      Add Friend

**Maria Matos**             Add Friend
Facebook

Chat (27)

 **Home**   🎙 **Moments**    ( maria matos    🔍 )   Have an account? **Log in ▾**

# maria matos

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**  ⋮

## Search filters · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

( **Sign up** )

## Worldwide trends

**#GoogleHome**
Google Home Mini is $29 for a limited time.
⬛ Promoted by Made by Google

**#CyberMonday**
153K Tweets

**Meghan Markle**
217K Tweets

**#FelizLunes**
42.3K Tweets

**#royalwedding**
19K Tweets

**#MondayMotivation**
89.1K Tweets

**#uominiedonne**
8,805 Tweets

**Patricia Bullrich**
12.6K Tweets

**Peing**
45.9K Tweets

**Phil Collins**
4,143 Tweets

© 2017 Twitter About Help Center Terms Privacy policy Cookies Ads info

---



### Maria Isabel Matos
@mariaimatos ( Follow )

Periodista. Subeditora revista Aldaba. Colaboradora @RevistaAlaModa #BODAS de @listindiario. RRPP: @evelynarod. Directora de información de …



### Maria Matos
@mom809 ( Follow )

Organo Gold All The Way!!!



### Maria Matos
@_MariaMatos ( Follow )

My life is perfectly imperfect ♥/College flow /May 10th /Lover of God, life, music, piña coladas, red wine, & sweets /Blessed ♡

---

maria matos

### Maria Matos Mediação
@mariamatos_Imob ( Follow )

Para comprar, vender ou arrendar, contacte +351 261 422 000, nunca fo fácil…. Maria Matos - Mediação Imobiliária, Contabilidade e Marketin



### Maria Matos
@mariamatos1986 ( Follow )

hello God bless all



### MariaMatos
@InmarM ( Follow )

Lcda en Educación. Abgda de la República.Luchadora Social por vocación.Demócrata por Conviccion



# maria matos

Top   Latest   **People**   Photos   Videos   News   Broadcasts

@Newnham_College Ballet •
Photography • Traveling • Poetry "A
ciência desenha a onda; a poesia...



### Maria Pia Matos
@mapimalu99

Follow

♡ MAPI • 17 • PERU • GOD ♡ ♪
Passionate artist ~ Bohemian girl ♪
Instagram • @mapimalu99



### Maria Matos Graça
@matosgraca

Follow



### Maria Matos
@matosmariaa

Follow

star*athletics



### Teatro Maria Matos
@mariamatoslx

Follow

Oriented towards contemporary artis
creation, we present a multidisciplina
programme that aims to reflect upon
world we live in #teatromariamatos



### Maria matos
@mariamatos034

Follow



### Maria Matos
@mmariamatos

Follow

Publicitária, 28 anos. ♥ Cada dia um
cada pessoa uma energia.

# maria matos

### Maria Matos Elices
@mme_mus

Periodista y Comunicadora Audiovisual.
Amante de la cultura.Redactora de
@CincoDiascom En mi tiempo libre
escribo en @palabrasdviaje

### Maria Carolina Matos
@Mariamatos121



Follow

### Maria Cristina Matos
@mariematos

Jornalista, explorando novos começos,
meios e fins, com toda amplitude que
estes adverbios nos oferecem.



Follow

### jose maria matos
@josemariamatos1

José María Todo el día

 🔍 maria matos            Try Pre
for F

**All**    **People**    **Jobs**    **Content**    **Companies**    **Groups**    **Schools**

5 Mins. for $5 Gift Card! - Participate in our short survey on real estate technology for a

**People results for maria matos** · 2,343 results



**Maria Matos** · 2nd
President & CEO at Latin American Community Center
Greater Philadelphia Area

3 shared connections

Connect

**Maria Matos**
Executive Director at Latin American Community Center
Greater Philadelphia Area

Connect

**María Federica Matos Arends** · 2nd
Co-Founder | Co-Director | Manager at Creaciones Onoto
Venezuela

1 shared connection

Connect

**Maria Matos** · 3rd
Legal Assistant at Attorney at Law
Greater Philadelphia Area

Connect

**Maria Matos** · 3rd
Owner CEO at emopi
Greater New York City Area

Send InMail

**Maria Matos**
President and CEO at Latin American Community Center
Greater Philadelphia Area

Connect

**Maria Matos** · 3rd
QA DEA and Documentation Control Manager at Fisher Clinical Services
Allentown, Pennsylvania Area

Send InMail

Messaging