```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RIGHT TRACK MANAGEMENT INC.              :      CIVIL ACTION
et al.                                   :
            v.                           :
                                         :
JUNIATA COMMUNITY MENTAL                 :      No. 17-3353
HEALTH CLINIC, INC.
```

**O R D E R**

      **AND NOW,** this 20th day of December, 2018, **IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** will be held on **January 23, 2019** at **10:00 a.m.**.  Chambers will initiate the call.


ATTEST:

                                          or    BY THE COURT

        s/Marie O'Donnell
BY:_____     _____
M. O'Donnell, Civil Deputy/              Anita B. Brody,    J.
Secretary

Civ 12 (9/83)

**COPIES VIA ECF ON:     12/20/2018**